

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

GERALD CUNNINGHAM

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ROD R. BLAGOJEVICH

ROGER E. WALKER

LARRY TRENT

LISA MURRY MADIGAN

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case
(To

08CV2700
JUDGE GETTLEMAN
MAG. JUDGE KEYS

_____

**CHECK ONE ONLY:**

____✓____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A.   Name: _Gerald Cunningham_

   B.   List all aliases: _NONE_

   C.   Prisoner identification number: _# B-39888_

   D.   Place of present confinement: _Pinckneyville Correctional Center_

   E.   Address: _P.O. Box 999, Pinckneyville, IL  62274_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: _Rod R. Blagojevich_

        Title: _Governor of the State of Illinois._

        Place of Employment: _207 State House, Springfield, IL 62706_

   B.   Defendant: _Lisa Murray Madigan_

        Title: _Illinois Attorney General._

        Place of Employment: _100 W. Randolph, Chicago, IL  60601_

   C.   Defendant: _Roger E. Walker_

        Title: _Director of the Illinois Department of Corrections._

        Place of Employment: _100 W. Randolph, Ste. 4-200, Chicago, IL. 60601_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   D.   Defendant: _Larry Trent_

        Title: _Director of the Illinois State Police_

        Place of Employment: _125 E. Monroe, Rm. 103, P.O. Box 19461, Springfield, IL 62794-9461._

Revised 9/2007



**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Im denied all of my property because of grieving complaint issues. IDOC's retaliation against me, has kept my property from me over one year. Property of minels worth millions!_

B.   Approximate date of filing lawsuit: _Northern District_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____

D.   List all defendants: _Unable to because Pinckneyville C.C. Warden's et al., is denying_
_____
_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _Robert Gettleman._
_* I request relief to be heard under the Honorable Marie Valdez! I believe I will get a fair chance of the Law!_

G.   Basic claim made: _____
_____
_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The case was dismissed with what I believe was prejudice. I didn't know how to file then, and I don't know now! I believed that the U.S. Court would protect my life, instead it help me get beaten abused more, then the last! Which is why I filed to get protection, and a right to press charges against my_

I.   Approximate date of disposition: _assalants. But they were protected, not me!_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

## INTRODUCTION

From the year 2000, to 2008, I have been a victim of abuse in the Illinois Department of Corrections by staff/employee(s). The abuses committed consist of staff with titles such as wardens; correctional officers; assistant wardens; counselors; deputy directors; grievance officers and health care staff. All grievances filed against each person, including getting response of denied grievances with the director and governor's, in total agreement, of staff assaulting the Plaintiff, Attempt Murder, Planned Mafia Style Hit Placed on the Plaintiff's life, Mail Constantly tampered with & destroyed, and false medical reports written, with yearly physicals falsified!

After receiving denial of all grievances process, the Plaintiff sought ;.. Believed to be proper authorities since crimes of Abuse of Authority, Conspiracy Coverup on grievances were the outcome of all grievances of staff misconduct, and, that "AFSCME", American Federal State County Municiple Employees Union are procted by fellow Union Law Enforcement Community, turning blind eyes to crimes committed by IDOC staff! Plaintiff

4

took all complaints to the defendants, and each de-
fendant "after" reviewing the complaints gave those
that committed the crimes to put a stop to the plain-
tiff any means possible, and caused retaliation revengeful
acts to take place against the Plaintiff causing harm.

## DEFENDANT No. #1.   GOV. ROD R. BLAGOJEVICH

After informing Gov. Blagojevich of the corruptions going
on's throughout the years dating as far back as 2000, thru 2008;
the Plaintiff directed his complaints of high caliber crimes in
2007 to force those under his rule to obey the laws, and
not violate Due Process rights so must the governor do which
defacto dejure. The governor instead sent his employee(s) to
attack him, and attempted to take documented complaints to
protect the governor. The Plaintiff was then physically hit
with a cell door by the same guard, Swallers. (Exhibits
will show time frame; exact Dates. See Exhibits A. p. 17-54.) complaint
(Grier. Destroyed  Phone Shutoff  Mail Tampering  Life Endangerment  Property
(B. p. 55-66.) (C. p. 67-75.) (D. p. 76-84.) (E. p. 85-95.) (F. p. 93.)

※ Crimes committed by Gov. & Dir. Smoking Rule. Page 115-122.

## DEFENDANT No. #2.   ROGER E. WALKER JR.

Because of the abuses that the Plaintiff was receiving
pass and present; the Plaintiff had to, in order to save his
life, sought relief from God, and help from Director Walker
by a R. F. P. H. S.! Religious Fast & Prayer Hunger Strike. The
director must be notified after 72 hours, and or the pri-

Revised 9/2007

soner has refused nine food trays. Director Walker being directly and personally aware of all incidents, and did receive Faxes from the Western Correctional Center's Medical Director, Fuquae in 2007. Director Walker refused deliberately to **INTERVENE**, and gave order's to put all stops to the Plaintiff from being able to complain to the proper authorities, such as the Federal Bureau of Investigations, and the United States Department of Justice. Currently, the Plaintiff's mail addressed to the FBI, 219 Dearborn Chicago, IL. is "Return to Sender" address unknown! Another strange Return to Sender that Dir. Walker, et al., of IDOC doesn't want the Plaintiff and other prisoner's to reach is, the ACLU, 1875 Connecticut Ave. N.W. Suite 410, Washington, D C, 20009. With the evidence the Plaintiff has obtained, the Chicago ACLU office also are in the bed with IDOC refusing to assist in stopping the mail tampering committed in IDOC with clear evidence in their possession. Gov. Blagojevich and Director Walker sent the staff/employee(s) to attack the Plaintiff, of whom also placed Mafia style Hits on his life. The same as the criminal attack against residence/inmates can not smoke or chew tobacco, but guards do. (See Exhibits (A-F. p. 17-(15)))

DEFENDANT No. #3.        **LARRY TRENT**

The Plaintiff has requested the help of Director Trent

throughout 2007, and years before, no realizing, nor knowing how, that he could file a ~~formal~~ complaint. The Plaintiff being under attach by staff sent by Gov. Blagojevich, and Director Walker, the Plaintiff filed a Letter Request to Director Trent begging for his help in enforcing the Laws on my behalf. (See Exhibit "A".) [Page 96-101] Director Trent did not respond, but Pinckneyville Correctional Center's staff was contact due to the letter Request dated March 14, 2008, retaliation by staff worsen.

The Plaintiff made up another form, in a complaint, dated, April 7, 2008, and addressed it to Director Trent, and begging for his help again. (See Exhibit "A".) [Page 96-101] Each time, the Director would inform IDOC's warden & I.A. the Plaintiff would be some kind of way retaliated against by the staff of Pinckneyville C.C. targetted on the walk to chow. Or harassed by guards, making up rules, and told by a C/O. Jack that the Plaintiff's documents dont mean nothing, and to write the **President** instead of the State Police. Now for harassment purposes, due to grievances filed, second shift guards makes an unauthorized rule; no hats on the wings that prisoners reside on. There is no such rule, but guards use only as a retalitory measure against inmates, and only a harassment tool to cause aggression levels of prisoners to rise

7

higher due to so much more other provoking & harassing tools used by these employee(s), whom police themselves and do not have any concern of the governor, Director of IDOC, Director of the IL State Police, or the IL Attorney General to the crimes they put and commit against inmates daily. This is why the Plaintiff has his neck on the chopping block, and does realize he could be killed by these staff/employees whom are capable of murder, and no doubt has done so to other prisoners in IDOC therefore, I am a dead man talking; (See formal complaints, Exhibit A. p. 96-101.)

## DEFENDANT No.#4.     LISA MURRAY MADIGAN

As the Attorney General of the State of Illinois, General Madigan, amusingly has a right to use her discretionary judgement of what cases to take or not. The question is when does it become a crime, or can it become a crime. Gen. Madigan receiving the Plaintiff's complaints against her, in discriminating against the Plaintiff to not order the criminal acts taken against the Plaintiff by DOC staff/employee(s) in a law suit. This caused great attacks by staff against the Plaintiff. (Exhibits A. p. 102-114 will show waves of official misconduct by staff, and the belief of the Plaintiff causing crimes therefore commiting.

8

The office of the Attorney General, and all of the United States Attorneys retain/hold, "broad discretion" to enforce the Nation's criminal laws.

They have this latitude because they are designated by "STATUTE" as the Governor's of each State, & President's delegates to help them discharge the constitutional responsibility to "take CARE that the Laws be faithfully executed."

As a result, "the presumption of regularity," "business as usual" supports" their prosecutorial decisions and, "in the absence of clear evidence to the contrary, courts presume, take for granted, and act without authority or leave what the prosecutorial decisions made are true, that they have properly discharge their official duties." But when taken into proper, full investigation, the evidence will show in most cases that great harm was done to the constitutional Laws, were indeed violated by the prosecutorial decision makers.

To assume that their are no violations committed by Attorney General's, or States Attorney's, prosecutorial decision makers, is to assume that there has been no mistakes made in these offices, and that each individual employed/elected officials are perfect, having no revengeful hearts and mind; and are unable to commit any crime, and never, ever have anger or prejudice toward any person, especially inmates whom file complaints against prison officials in IDOC whom has committed crimes against prisoners just because these same prosecutorial attorney's must represent the IDOC staff/employee's whom are voters! The courts are saying that the Attorney General's and all prosecutorial decision makers are in capable of committing a crime of conspiracy, prejudice decisions, tainting the constitutional Laws; Tainting Due Process laws.

The reality is, is that these prosecutorial decision makers

view inmates / offenders / prisoners as those whom does not deserve any constitutional rights, therefore violating constitutional Laws!

The courts can not take for granted that <u>any</u> of the prosecutorial decision makers decisions are always true. To many prisoners are in prison for ten, twenty and more years to find out that the prosecutorial decision makers cheated some sort of way, and withheld evidence on behalf of the defendants, or lied themselves just to get a conviction, or just needed a win due to election time, as in this defendants case!

Relief:

1. The Plaintiff request that the presiding Judge would be the Honorable, Marie Valdez due to Honor:

2. The Plaintiff request an attorney; the Honorable Jed Stone of Chicago. Probono:

3. The Plaintiff request a Federal criminal prosecutor, of whom will prosecute IDOC staff/employee(s), including each defendant, while holding their political seats of authority:

4. The Plaintiff request that all of his grievances filed be taken from the ARB files, and all that are in the, Plaintiff's possession, and in all of his property that this prison's officials has deliberately kept from him for over one year, and denied the Plaintiff his electronics in perfect working order, along with change of clothing for Retalitor practices against the Plaintiff:

V.    **Relief:** Continued:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

5. Because the Defendant's hold certain offices, these con-stitution Law makers & abider's must answer these alle-gations under oath; AND "ALL" Court *(Also all postage & copies)* & Attorney cost paid by Defendants:

6. The Plaintiff request the Defendant (s) pay him Compen-satory damages of one-hundred and fifty thousand dollars. Exemplary damages of two-million dollars, and Punitive damages of twenty-five million dollars, and any other relief this court deems necessary!

AFFIANT FURTHER SAYETH NAUGHT!

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **3rd** day of **May** , 20 **08**

*Gerald Cunningham*

(Signature of plaintiff or plaintiffs)

Gerald    Cunningham

(Print name)

#B39 888

(I.D. Number)

P. O. Box 999

Pinckneyville, IL 62274

(618) 357-

(Address)

Revised 9/2007

# (EXHIBIT A)
## (PART # 1.)

STATE OF ILLINOIS )
)
COUNTY OF PERRY )

## REQUEST GOVERNOR'S EXECUTIVE ORDER
## AFFIDAVIT
## AGAINST STAFF/EMPLOYEES OF IDOC!

I, Gerald Cunningham, being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

Due to not being able to write to you under Constitution violations committed by Dir. Walker and IDOC! Again governor, I am being denied to correspond with you; The Governor of The State of Illinois; Senator's / State Representatives, Congress. Elected Representatives etcetera, because I am Indigent. This is because IDOC, Pinckneyville C.C. staff refuse to allow my families to write me or send me funds / money orders / checks, as you have been informed! This violates Due Process Rights, the 5th Amendment. This is your fault harboring Labor Union criminals.

As of today's date, your staff governor has still refused, and has denied me all of my property / electronics / Legal & court documents et al., violating all Constitutional Rights of Due Process et al!

* * * * I am mailing you in three different stamp envelopes, marked No. # 1.; No. # 2.; & No. # 3., written in the bottom left corner of each envelope. Enclosed you will find evidence stated in letter.

As the governor, you are not to allow crimes to be committed against anyone. Any one does include prison inmates. I request you to do your job Mr. Blagojevich.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I also again request that you governor, would send a team of investigator's to operate de novo ab damnum cui bono by Constitutional rights.

Respectfully Submitted

*Gerald Cunningham*

Subscribed and sworn to before me on
the 18th day of ___Oct___ 200 7

*Donna Heidemann*
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

17



James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910

# Illinois Department of Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

(Labor Union Voters protected) "Gov. Blagojevich is protecting State employees, instead of innocent I/M's!"
CRIMES COMMITTED BY IDOC, (OFFICIAL MISCONDUCT)

### COMPLAINANT

| | |
|---|---|
| Your Name  Gerald Cunningham | Day Telephone No.  Institution |
| Mailing Address  P. O. Box 999 | Night Telephone No.  Institution |
| City/Town  Pinckneyville | State  Illinois | ZIP Code  62274 |

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

| | |
|---|---|
| Name of Provider of Services  Rod R. Blagojevich | Profession  Governor of IL | Telephone No.  (217) 782-6830 |
| Street Address  207 State House | Date Event Occurred  From 2005 thru 2007, and BEFORE 2005 Beyond |
| City/Town  Springfield, | State  Illinois | ZIP Code  62706 | County of Occurrence  Perry |

Briefly describe your complaint/claim:  (CONSPIRACY/COVERUP/ASSAULTS/ MAIL TAMPERING & MORE)

Due to being assaulted by Staff/employees of the Illinois Department of Corrections. Also these same employees placing mafia style "Hit" placed on my life by name callings, and informing other prisoners false statements to get me killed (Life endangerment) I informed Gov. Blagojevich of all, and mailed him sworn notary public affidavits with all evidence of grievances being denied, due to Labor Union to protect each other, all the way to IDOC headquater's in Springfield! I am denied all my property. ('Legal' et al)

Therefore due to the seriousness of my allegations, which are true, I request for my Governor to allow my Constitutional Rights of Due Process, and Equal Protection, the 5th & 14th Amend. Mr. Blagojevich has refused to send the Illinois State Police I requested, of which all of IDOC refused willingly to protect fellow staff that I may file a complaint, and formal charges be filed! Prejudice is against me due to I mam a prison inmate and the governor turns a blind eye to all corruptions by IDOC staff

### DEPARTMENT USE ONLY

Complaint/Claim Received By: _____     Date: _____

How Received:   ☐ Phone      ☐ Letter      ☐ Walk-in

IL486-1717 12/02 (ENF)      **You will receive an acknowledgment letter in the mail.**

C. C: Gov. Blagojevich:
Gerald Cunningham's File:
ABY-Seven-Roszn:
Agent Nicholas Maxwell, the U.S. Dept. of Justice: 18
News Media:

STATE OF ILLINOIS )
)
COUNTY OF PERRY )OFFICIAL MISCONDUCT
IMMINENT LIFE ENDANGERMENT

A F F I D A V I T

I, Gerald Cunningham , being first duly sworn upon oath depose and
state the following matters are true and correct made upon personal
knowledge and belief, and if called as a witness, I am competent to testify
thereto:

that in my complaint form attach to this sworn statement, ad-
dressed to the Illinois Department of Professional Regulation are
true with much more to be added in respect to a face to face
interview, and with evidence if Pinckneyville C.C./IDOC et al
would give me all of my property, all in perfect working condi-
tion. The evidence I have will prove all of the lies they are using
to not give me my legal documents et al, violating the 5th Amend!
    Gov. Blagojevich is responsible soley, and he has seen all grie-
vances/sworn affidavits, and his office along with IDOC
headquarter's contain copies/originals of all of my complaints,
and has criminally refused to obey the Laws on my behalf intention-
ally protecting staff/employees and himself.
    Mail tampering by IDOC staff has cost me my freedom by in-
tentionally not receiving a timely response that I was allowed
                    withheld response
to finally send out a followup letter to find out the results
one entire year later at this prison! The same tactical mea-
sures are being used even now, not being allowed to receive any
responses from attorneys, News media and so forth I've written.
    All incidents began's from the year 2000, and leads up to
today. (Please get copy from the Northern District Court, Judge
Robert Gettelman for more evidence/information, 2001.)
Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that
the foregoing is true and correct. Due to Lock Down I am unable to
get notary. EXECUTED, Oct. 8, 2007
An ink copy shall be placed in my files, Respectfully Submitted
and one to the governor!

                                Gerald Cunningham
                                Mr. Gerald Cunningham
                                #B39888
Subscribed and sworn to before me on    P.O. Box 999
the 11ᵗʰ day of   Oct    2007          Pinckneyville, IL 62274


Donna Heidemann
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

19

#B 39888
P.O. Box 999
Pinckneyville, IL 62274

October 8, 2007

THE
GOVERNOR
OF THE
STATE OF ILLINOIS
Rod R. Blaggievich
207 STATE HOUSE
SPRINGFIELD, IL 62706

DEAD MAN TALKING FOR THE FINAL TIME !

INJUSTICE, NOW BRINGS IMPEACHMENT !

PROSECUTION / TRIAL / CONVICTION / JUDGMENT

RIGHTEOUSNESS
STANDS ALL ALONE !!!
BUT GOD IS WITH THEM !!!

Mr. Governor:

I have conducted myself in an extremely professional manner; and have exhausted all remedies with your office and your authority. You sir, and your members that you've appointed to take care of the corruptions I've brought to your attention has stupidly caused your demise in / of office as governor of this State by committing Official Misconduct, ILCS, 5/33-3.

I have fowarded any and, ALL legal documents / evidence / sworn statements to; Federal Attorney Steven Jay Rozan, of Houston, Texas; CNN; WGN; Federal Burea of Investigation, in Chicago; and shall confront the House of Representatives; The United States Department of Justice; The U.S. Atty. General, whom has the power to conduct legislative investigations in determining if you, and your office have committed enough crimes to began impeachment procedures! From all I've collected, and sent silently out, there's more than enough!

Enclosed, you will find eight denied responses to the grievances you have received, and the Administrative Review Board, as I stated would take place,

- 1 -

20

are all denied without any proper investigation. A Brian Fairchild, again commits conspiracy coverup to protect Labor Union staff/employees of IDOC. And for you and your office to clearly see!

Remember Mr. Governor, that your name is on these documents, along with the other hell bound H.N.I.C., Director Walker whom both of you concured.

Last, you will find an reponse directed to yours truly, from a Joseph P. Burke, Chief Investigations and Intelligence, whom has proven in his reply to me that he has the I Q that doesn't go any higher than a cement two-ton block, chain around his neck, on a cliff, in the middle of the deepest part of the sea. This Chief of Investigations and Intelligence hasn't done one thing but sat on his hind end and made a phone call and took the words of these lying "Labor Union", staff/employees. My "Sworn Affidavit's"/Grievances are not taken into consideration, but your office has copies of all, and Mr. Burke has help and given me great evidence more, of your office continued in Official Misconduct! I truly hope that you thank Him for me. Job well done! He's a culinary in all conspiracy headed down a cuidesac!

Mr. Governor, I ask you sir, to "send" the Illinois State Police, whom investigates allegations within city police departments, and within all of the Illinois Department of Corrections. Boy is their a lot of that in IDOC!

I have informed you that the entire IDOC system is corrupt from the bottom to the top! These documents, copies, before your face proves all and more! Terry Anderson, of I/M's Issues, and now, J.P. Burke, Chief of I.A.; And IDOC headquarters will not investigate crimes committed by staff no matter what! You've got a, Major Pickeren whom has murdered a inmate at State expense at Menard C.C., and he has numerous sexual assaults at this prison. Go figure! He has lots of political pull, and that's right up your alley. This must stop! All of this must and shall be stopped! You can't keep turning a blind eye to what prison inmates are receiving from staff! The majority of us are Black & Hispanic. Isn't this racist and prejudice?

You could have given an executive order to cause a "true" investigation due to the seriousness of my allegations, but you did not. What Lt. Townley and other correctional guards did, they would be processed, BOOKED and removed from their jobs without pay until their convictions. You chose not to do so. We're only inmates. Protect Labor Union votes!!! Allow crimes?

How can I be lying on these guards, and why haven't I been pro-

secuted for filing false reports? I'll tell you why governor, they know that in front of a jury, they shall be found guilty of all allegations! And you know it as well, that Im telling you the truth Mr. Blagojevich, "but I expect retaliation from headquarters, passed on down to guards as Lisa Madigan did to me at Western C.C., one of the most racist prisons and cities in the State of Illinois."

I will be filing all documents, against you, Gov. Blagojevich with the Illinois Department of Professional Regulation, with all documents as evidence I've sent to you! As far as Im concern, you, and your office is a disgrace and must be shut down! Injustice anywhere, is injustice everywhere! Blacks and Hispanic prison inmates do have constitutional Rights, and my Due Process Rights are passed due! See ya in court!!!

(GALATIANS 6:7)

Thank you for nothing Mr. Governor sir! There are times to sow, and then the time to reap that what you sowed. Those that sowed goodness and righteousness, shall reap the same, one-hundred times more; But those that sow evil and corruption, shall reap the same, but I pray one-billion times more! May you sir, and the entire State Senators & Representatives reap what you sow one-billion times one-billion in the name of Jesus Christ, amen! God our heavenly Father will show all of his wonderous, marvelous power/works in the days to come. I pray that all repent and be forgiven, for Jesus is Lord over all things. Let his Spirit cleanse all of you! So Do I Pray! All by God's hands; not man!

It's getting extremely easy to prove that all of the Illinois departments of law are corrupt and are prejudice toward Blacks, Hispanic's prisoner's, and inmates that are considered trash. Each person, staff/employees so named in all documents has committed crimes and criminal violations of State and federal Constitution Laws, but you have denied me Due Process "which can only be done through authorities over inmates", or Law Enforcements wont respond! And you govern all of these Labor Union employees and go along with there criminal conspiracy acts! Congradutions Gov. Rod R. Blagojevich! Job well done!!! I am the Dead, man taking!

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct! EXECUTED ON, October 2007.

Sincerely
Respectfully Submitted
I am: Thee Gerald Cunningham

Thee Gerald Cunningham

c c: Gov. Blagojevich:
Atty. Steven Jay Rozan:
Agent Nicholas Maxwell, U.S. Dept. of Justice:
ESSENCE Magazine, Edward Lewis:
EBONY Magazine, Linda Johnson-Rice:
Illinois Department of Professional Regulation:



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 24, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

Your recent correspondence and Committed Person's Grievance form, regarding numerous concerns, addressed to Governor Blagojevich has been referred to this Department for review and response.

The Administrative Review Board is in receipt of your letters and grievance forms. Your information is in the process of being reviewed by the ARB Chairperson, you will receive a correspondence as to the outcome of that review.

Sincerely,

Terri Anderson, Manager
Office of Inmate Issues
Administrative Review Board

CC:     Office of the Governor
        Acting Warden Dan Austin, Pinckneyville Correctional Center
        Gerald Cunningham B39888
        File

*All of the original documents was return to me - Why? that I received October 3, 2007 by, %. Clark on 2nd shift. Governor, this should prove to you how criminal Terri Anderson et al. (IDOC) one and you are in fault. All grievances & assaults by staff are denied as moot. Criminal conspiracy coverup is a crime. Thanks Blagojevich!*

23



**Illinois**    ( PART #2 )

Department of

**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Investigations & Intelligence / 19551 W. Divisions St. / Lockport, IL 60441 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

September 24, 2007

Mr. Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL  62274

### Re:  Correspondence

Dear Mr. Cunningham:

Your correspondence addressed to Governor Blagojevich has been forwarded to my office for investigation and response.

Administrative Staff at Pinckneyville Correctional Center have reviewed your interview and investigation results with Internal Affairs staff at that facility.  As a result of this investigation, your allegations of staff misconduct cannot be substantiated.  Additionally, your personal property file reveals that you refused to sign for your property upon your arrival at Pinckneyville Correctional Center on November 8, 2006.

If you should need any additional assistance, please contact your assigned Correctional Counselor.

Sincerely,

Joseph P. Burke, Chief
Investigations and Intelligence

*I received September 28, 2007
by 9o, Mrs. Long on 2nd Shift.
Did not have to sign for it.
Conspiracy coverup.*

cc:    Warden Austin
       Internal Affairs
       Clinical Services
       Master File
       file

24



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

July 30, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on February 21, 2007, regarding a disciplinary report 200700063/1-PNK dated January 7, 2007, which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing

In your grievance you write that you did not refuse to return to your cell, and you were declaring a hunger strike in order to be removed from your cell due to problems with your cellie. You ask that the disciplinary report be expunged and to be paid $500,000. You further request all staff involved be placed on administrative leave and disciplined.

CO Olkoski wrote the report at 5:00AM on January 7, 2007 charging violation of 403 – Disobeying a Direct Order. Olkoski notes in his report that you removed your property from the cell on R4 B-Wing and refused a direct order to return to you cell with your property.

The Adjustment Committee Hearing was conducted at 9:05M, January 12, 2007 at Pinckneyville Correctional Center. The committee found you guilty of the 403 charge. Discipline recommended was 1 month C-Grade and 1 month Segregation. The CAO concurred on January 17, 2007.

The Grievance Officer's report 1-52 and subsequent recommendation dated January 26, 2007 and approval by the Chief Administrative Officer on January 26, 2007 have been reviewed.

Based on a review of all available information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this office is reasonably satisfied you committed the offense and recommends the grievance be denied.

FOR THE BOARD:  _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr
Director

cc:   Warden Jolande Johnson, Pinckneyville Correctional Center
      Gerald Cunningham. Register No. B39888

*I received Sept. 2-6, 2007 I at
2nd shift, CO Clark passed it
mail I Did not have to sign for it
and this is unconstitutional—*

25

**Rod R. Blagojevich**
Governor

# Illinois
## Department of
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 13, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on March 22, 2007, regarding staff conduct, mailroom (2-79), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you include seven paragraphs of accusations regarding your allegations that staff at Pinckneyville CC are tampering with, or otherwise obstructing your legal mail activities. You also allege you are being denied hygiene products.

The Grievance Officer's report 2-79 and subsequent recommendation dated February 23, 2007 and approval by the Chief Administrative Officer on February 27, 2007 have been reviewed.

This office notes responses to each of your accusations were provided by the Grievance Officer and approved by the warden. The issue of your claim regarding denial of hygiene items was not addressed. However, there is no specific information included with that allegation and no response would have been possible based on your complaint.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Allegations of staff misconduct are not substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Jolande Johnson, Pinckneyville Correctional Center
      Gerald Cunningham, Register No. B39888

*I received sept. 21, 2007 by C/O - Fletcher # 7880. Five answers in one envelope same date. Did not have to sign for. Just tossed under the door.*

26

**Illinois**
**Department of**
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone (217) 558-2200 / TDD: (800) 526-0844

September 13, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on March 23, 2007, regarding staff conduct (Lists 9 categories #3-10), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you contend 9 categories of staff misconduct are occurring at Pinkneyville CC with the approval of administrative staff. You describe these actions as official misconduct, deliberate indifference, conspiracy/coverup, and criminal assault-recklessness-negligence, abuse of authority, hate crimes and violation of rules. You further raise issues associated with property, transfer and segregation placement.

In your grievance you request that your allegations be investigated by the Federal Bureau of Investigation.

The Grievance Officer's report 3-10 and subsequent recommendation dated March 9, 2007 and approval by the Chief Administrative Officer on March 12, 2007 have been reviewed

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Allegations of staff misconduct are not substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc    Warden Jolande Johnson, Pinckneyville Correctional Center
Gerald Cunningham, Register No. B39888

I received Sept. 21, 07
by %. Fletcher #7880

Five grievances in
one envelope taped.
Did not have to sign
for them. Just found
under cell door. Seen
date by Fairchild.

27

# Illinois
**Department of**
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 13, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on March 23, 2007, regarding staff conduct (Lists 8 categories #3-28), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you allege 8 categories of staff misconduct are occurring at Pinckneyville CC and continue to phrase your complaints in similar or identical language to your previously appealed grievance 3-10 from a week earlier

The Grievance Officer's report 3-28 and subsequent recommendation dated March 16, 2007 and approval by the Chief Administrative Officer on March 19, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration Allegations of staff misconduct are not substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Jolande Johnson, Pinckneyville Correctional Center
       Gerald Cunningham, Register No B39888

*I received Sept. 21, 2007
by co Fletcher #7880
Five grievance answer as
this one in one envelope
Did not have to sign for
this - Just Passed under door*

28

**Rod R. Blagojevich**
Governor

**Illinois** ( PART # 3.)
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 13, 2007

Gerald Cunningham
Register No B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on March 23, 2007, regarding staff conduct (Lists 5 categories #3-11), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you allege 5 categories of staff misconduct are occurring at Pinckneyville CC and continue to phrase your complaints in similar or identical language to your previously appealed grievances 3-10 and 3-28.

The Grievance officer's report 3-11 and subsequent recommendation dated March 9, 2007 and approval by the Chief Administrative Officer on March 12, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Allegations of staff misconduct are not substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc.    Warden Jolande Johnson, Pinckneyville Correctional Center
Gerald Cunningham, Register No. B39888

*I received Sept. 21, 2007*
*by Yo. Fletcher #7880.*
*Five answers in one envelope*
*tape. Did not have to sign*
*for it and none was mailed*
*thru the U.S.P.S. !*

29



**Illinois**

**Department of**

**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 13, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on March 23, 2007, regarding staff conduct (Allleges shower repairs not timely 3-12), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you allege that water was wasted and the staff plumber didn't work quickly enough to correct a problem with hot water pressure in your cell and others in your housing unit. You ask that the plumber be harshly disciplined and hot water plumbing lines in the cellhouse be redesigned in a configuration you have suggested.

The Grievance Officer's report 3-12 and subsequent recommendation dated March 16, 2007 and approval by the Chief Administrative Officer on March 19, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Jolande Johnson, Pinckneyville Correctional Center
       Gerald Cunningham, Register No. B39888

*I received Sept. 21, 2007
by C/o Fletcher # 7880..
Five answers in one envelope
and taped - Did not have to
sign for.*



**Rod R. Blagojevich**
Governor

**Illinois**
Department of
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

August 7, 2007

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

This is in response to your grievance received on February 27, 2007, regarding staff conduct and classification (Security level 1-84), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that your security level has been increased in a fraudulent manner by the warden and others as a means of making more money for unidentified entities.

The Grievance Officer's report 1-84 and subsequent recommendation dated January 29, 2007 and approval by the Chief Administrative Officer on February 2, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Allegations of staff misconduct are not substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Jolande Johnson, Pinckneyville Correctional Center
       Gerald Cunningham, Register No. B39888

*[Handwritten annotations:]*

*Falsely addressed*

*Praise God for such liars as Fairchild & Walker*

*I'd dare you to check grievance for yourself if governor*

*I received October 10, 2007 my 2nd shift, Co. Chapman, Fairchild lied and did read grievance but intentionally conspired to protect Western C.C., Warden Zimmerman & I.A. Major Lowe. Brian Fairchild has committed in a major way, Official Misconduct and many other crimes. My security level was not increased, but decreased to a 2, when I was a 3 and could transfer to any prison in IDOC. This was done by Zimmerman intentionally. The grievance is simple and clear.*

31

PART #12,3 to come
March 10, 2008

C COMPLAINT

NOT ALLOWED TO SEND OUT
UNDER INDIGENT MAIL, I
HAD TO MAIL OUT IN TWO
PARTS IN TWO STAMP EN-
VELOPES I'VE HAD TO BOR-
ROW. All others are sent out
in other ways

I am Thee: Harold Cummingham

32

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Offender Name _____ Cunningham _____ ID# B34382 Date December 10, 2007

Housing Unit 2-A-62

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ NONE _____ dollars and _____ cents charged to my trust fund account, for the purpose of Postage addressed to Gov. Blagojevich 4 page document. Stamp envelope, decla-ration of perjury on front envelope with Affiant's signature, and signature inside.

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# B34382

Witness Signature _____

☐ Approved ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender
1- received December 11.07
by Clark using gray 2nd shift

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 626)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Date  March 5, 2008

Offender Name  Cunningham          ID#  B31822          Housing Unit  A - A - 78

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of  Postage  for  the  IL  Dept.  of  Professional  Regulation  Declaration of perjury with  Affiant's signature on front, and signature inside- Governor Blagojevich & Lisa Madigan is formal complaint.

☒ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____          ID#  B31822

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and  2-3  /  14  cents.

Printed on Recycled Paper

I refused 02
Mailraft to wing guard
b1

Distribution:  Business Office, Offender          DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

34

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Authorization for Payment**

*All IL Dept. of must be mailed out!*
*FORCED TO REMAIL W/ Prestamp envelope! "A pages only"*

Posting Document # _____

Offender Name _____ Cunningham _____ ID# R39888 Date March 10, 2008 Housing Unit A-A-78

Pay to _____ NONE _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of Postage for "IL Dept. of Professional Reg. again! Declaration of perjury with Affiant signature on front, and signature inside. Government and Attorney General complaint.

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ (signature) _____ ID# R39888

Witness Signature _____ (signature) _____

☐ Approved ☐ Not Approved    Chief Administrative Officer Signature _____ (signature) _____ ID# R39888

Postage applied in the amount of _____ dollars and _____ 17 _____ cents.

Distribution: Business Office, Offender    *I received 2 day to return mail with? I received by Co Harris March 12, 2008. He it's the wrong mail March 10, 2008.*    (signature)

Printed on Recycled Paper

DOC 0294 (Eff. 1/2006)
(Replaces DC 624)

Where are all of my receipts to mail(Bestout.
Please send them!

## Offender Authorization for Payment

ILLINOIS DEPARTMENT OF CORRECTIONS

Posting Document # _____

Offender Name _____ Cunningham _____ ID# B39898 _____ Date March 12, 2008

Pay to _____ Housing Unit 4-A-78

Address _____

City, State, Zip _____

The sum of _____ NONE _____ dollars and _____ cents charged to my trust fund account, for the purpose of Postage to the IL Dept Professional Repl. Declaration of perjury with *Plaint's signature on the Outside envelope, and signature inside. (2) pages, pre-stamped envelope!
☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic
(Governor and IL Atty. Gen. Complaint)   funds transfers to be placed in the attached mail.

Offender Signature _____ [signature] _____ ID# B39898

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents [signature]

Distribution: Business Office, Offender
received March 13, 2008
by using guard's hart mail receipts.
No return of legal mail...     Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 626)

36

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Authorization for Payment**

*Please return my receipts from legal mail [mail out]*

*Return envelope prepared by a paralegal*

Posting Document # _____    ID# B39888    Date March 12, 2008    Housing Unit 4-A-78

Offender Name ___Cunningham___

Pay to _____

Address _____

City, State, Zip _____    NONE    _____ dollars and _____ cents charged to my trust fund

The sum of ___for Postage to IL Dept Professional [Read] Declaration of perjury with Affiants___

account, for the purpose of ___for Postage to IL Dept Professional___ envelope how (2) pages

□ "I hereby request information on electronic

signature on front, and signature in title. Prestamp

☒ I hereby authorize payment of postage for the attached mail.    funds transfers to be placed in the attached mail.

Reserver- & IL Atty. Gen. Complaint

_____ dollars and _____ cents.    ID# B39888

Offender Signature _____

Witness Signature _____    Chief Administrative Officer Signature _____

□ Approved   □ Not Approved

Postage applied in the amount of _____ dollars and _____

*I received March 13, 2008 by arms guard, that - No return receipts?*

Distribution: Business Office, Offender    *Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

On the envelope
I addressed the Postmaster
General concerning
mail tampering.

Posting Document #

Date August 26, 2007

Offender Name Cunningham                    ID# K91866    Housing Unit 2-B-62

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Postage due to officers for my legal mail Mrs. T. Anderson with another

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on an electronic
funds transfers to be placed in the attached mail.

Offender Signature _____                    ID# K91866

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender

Printed on Recycled Paper

I received
Aug. 29 2007

DOC 0286 (Eff. 1/2005)
(Replaces DC 828)

38



# Illinois Department of Professional Regulation

James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

**COMPLAINANT**

Your Name
Gerald Cunningham
#B53988

Mailing Address
P.O. Box 999

City/Town
Pinckneyville,          State
Illinois

Day Telephone No.
(618) 357 - 9722

Night Telephone No.
//        //        //

ZIP Code
62274

**YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)**

Name of Provider of Services
Terri Anderson

Profession
IDOC, ARB

Telephone No.
(217) 522- 2666

Street Address
1301 Concordia Court

Date Event Occurred
January 23, 2008

City/Town
Springfield,          State
Illinois          ZIP Code
62794

County of Occurrence
Perry

Briefly describe your complaint/claim:

### INTIMIDATION AND THREAT OF/TO MURDER

After I sent affidavit statement of facts to Gov. Rod.R. Blagojevich, to show and prove to him of the corruption all throughout all of IDOC, which included Terri Anderson in her hands in coverup the beatings I endured with her help by staff members of IDOC, in the years of 2000 and 2001.

I brought this to Mrs. Anderson's memory in a request for her help August 26, 2007. (See Exhibit A.)    (See Exhibit B.)

In return, Mrs. Anderson angerly in her response brought to me in her document addressed to me, dated: Jan. 23, 08, that I'd be at Menard C.C. soon. This was not a mistake but a promise of revenge. Menard staff kill prisoners without fear.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

February 2, 2008          AFFIANT FURTHER SAYETH NAUGHT!          Gerald Cunningham
EXECUTED ON          RELIEF                                      AFFIANT & PLAINTIFF
                     TERMINATE Terri Anderson.!
                     WITH CRIMINAL CHARGES TOO.!

**DEPARTMENT USE ONLY**

Complaint/Claim Received By:_____          Date:_____

How Received:  ☐ Phone      ☐ Letter      ☐ Walk-in

IL486-1717  12/02  (ENF)          **You will receive an acknowledgment letter in the mail.**

Mr. Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274

August 26, 2007

Mrs. Terri Anderson, Manager
Office of Inmates Issues
Administrative Review Board
1301 Concordia Court/P.O. Box 19277
Springfield, IL 627~~

(1 OF 4 PAGES)
Also
A Ten page grievance,
copy for your records.
One is filed at Institu-
tional level, et al.!
Grievance is on mail tampering
and theft.
Cun~~

RECEIVED

OFFICE OF
INMATE ISSUES

Dear Mrs. Anderson:

I received your response from the legal document(s) I sent to the Honorable Gov. Blagojevich. I regret to inform you that abso- lutely nothing has changed.

I have not received my property, legal document(s), TV. Walk- man, change of clothing, Razors, but I am forced to borrow razors which jeopardizes my life, which was the plan for sending me here done by Western C.C.'s warden, Roger Zimmerman, and he also, criminally / illegally demoted my security level from a (3) to a level (2) with the help of Major Lowe, of whom was sent their to stop the corruption, but my question is who's Policing him? He is just as criminally guilty as the rest of them, and there all friends! I witness- ed all.

Let me remind you of the law, 730 ILCS 5/3-4-3, no prisoners property can be destroyed, but Lt. Jordan so ordered my legal doc- ument(s), cosmetics to be destroyed which was all I had in popu- lation. Why isn't she terminated yet? Another conspiracy coverup.

My grievances have been setting in ARB "over" (120) day's, way over, and this is not my first letter to you. Why are you now contacting me after the governor's office is informed? Why didn't you help me when you knew that Menard guards were yank

-1-   40

(CONT FROM PAGE #1.)

ing my hair out while cuffed. Are you going to help now all of a sudden?

On my property problems, "now over a year without", that begun with Western C.C.'s Personal Property guard whom was literally destroying inmates property going thru our property without us being present. When I saw what he had done to mine I took Federal Laws into work, and filed grievance first, of which I filed with Warden Zimmerman at the Institution level, and I a copy to the Governor, and Agent Nicholas Maxwell of the U.S. Dept. of Justice, and to "your" office addressed to "Mrs. Sherry Benton", an entire year ago this month.

Your office has done nothing to stop all of these crimes being committed and why are these grievances not being answered, and why are we not given the opportunity to sign for (ARB) response, even though we know all this office does is conspiratorize with all institutions and allow them to continue in their criminal acts just because they are Labor Union members. This is being exposed as I'm writing and just watch the trickle down indictments about to be handed down very shortly as Donald Snyder reap what he sowed! The worse is yet to come!

I am asking you Mrs. Anderson, where is my grievances response on my **security** level criminally changed, my property and et al. ! Isn't this considered conspiracy coverup by IDOC Headquarters? YES!

In your letter document, you stated and I quote, "It is noted that your grievance has been reviewed and completed on the in-

OFFICE OF INMATE ISSUES    RECEIVED

(CONT. FROM PAGE # 2)

stitution level. You have 30 days from the date of CAO decision to foward to the Administrative Review Board? Well Mrs. Anderson, as you well know, that Gov. Blagojevich already gave the documents to you so ARB has already received it; and I sent a copy to that office, but it wasn't necessary! You just confirm that you've received it in clear details in your statement, CC: Office of the Governor! Also Gov. Blagojevich is ARB! Since his name is on the denied grievances I've received, "which all of them are denied", his address is more then adequate and correct, in the color of Law!

The Governor must be inform of these criminal acts committed by all of you so that if nothing is done now, he can and shall be included in all law suits I am ready to file!!!

Mrs. Anderson, I am requesting immediate relief. Please order Warden Yolande D. Johnson to give me "all" of my property, with my TV, Walkman, all in perfect working condition with headphones! If any repairs are needed, so order all to be taken from I/M's funding which has accumulated off of the intrest from my account for over fifteen years of my being illegally incarcerated with the help of Lawrence C.C., (I.A.), and warden Ryker with ex-director Garnett's acts of stopping all of my mail. I am at a stand still due to ignorance of the Law, and IDOC played major parts by stopping procedures thru mail tampering! But God, he shall deliver me!

Due to the facts that this prison refuse to allow monies from my families to reach me, or any mail from the same. Monies are sent

-3-
42

OFFICE OF INMATE ISSUES RECEIVED

(CONT. FROM PAGE# 3.)

back stating, "P.O. Box 999 is not this address?", and other false in-
formation. I need change of clothes, razors, et al.!

Also out of the same funding, allow me to go to commissary
and buy whatever I want and need including a Hot Pot please.
"What is being done to me past, and present are violations of ILCS;
Departmental Rules; The Constitution of the State of Illinois &
The United States of America!

Mrs. Anderson, you know within your heart that all of the
acts committed by staff/employee(s) are criminal and against
the law! You also know, as well as all of the rest of you that's
read my complaint(s), are true, and those such as Lt. Townley
and the rest are guilty of the crimes I've stated in the State-
ment of Facts you have now; And that those so named, must be
indicted by the criminal Justice system! The burden of the tax-payers
from the Law suits that shall be won to stop the abuses of staff
misconduct exposing all crimes by the same! Please do all that
you can to stop the corruption in IDOC and help make arrest! If
you have any parts of God our Heavenly Father, the creator of
all; And our Lord and Savior Jesus, Thee Christ in you, make the
right decision to stand up for Righteousness! Don't go to hell for
this evil demonic system! I pray that you won't.

I thank you for your immediate cooperation on all of these
urgent matter's.

Sincerely

Gerald Cunningham

RECEIVED

OFFICE OF
INMATE ISSUES

P.S.                    In population
                    (Just leave me in cell alone)
I am constantly being placed with
uncontrolable/mentally ill/extremely
high aggression levels inmates. This is
to get me killed. Emergency grievances
are file. The last is not return to me
as of yet which means counselor Lutz
intercepted both in Williams and stopped it!
You should have the other.

CC: Office of The
Governor
Terri Anderson, Manager of Inmates Issues
Agent Nicholas Maxwell of the U.S. Dept. of Justice.



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 23, 2008

Gerald Cunningham
Register No. B39888
Pinckneyville Correctional Center

Dear Mr. Cunningham:

Your recent Committed Person's Grievance form, regarding numerous issues, addressed to Governor Blagojevich has been referred to this Department for review and response.

Administrative Review Board has no record indicating this office received your committed person's grievance and Grievance Officer's Report regarding the above disciplinary report. In accordance with established Department Rules, you have 60 days from the time of the incident in which to file a grievance. You may wish to pursue this matter by filing a Committed Person's Grievance form within that timeframe <u>at Menard Correctional Center</u>. Upon completion of the institutional grievance review, you may then forward these concerns to the Administrative Review Board for further review.

Sincerely,

Terri Anderson, Manager
Office of Inmate Issues
Administrative Review Board

CC:    Office of the Governor
       Warden Dan Austin, Pinckneyville Correctional Center
       Gerald Cunningham B39888
       File

*Threats to Kill Me.*
*I received this retaliation to come letter Jan. 28, 2008 by Ser. Stofferman 2nd Shift. They have a plan, and possibly now death.*

44

( EXHIBIT B.)

STATE OF ILLINOIS ........................ )
....................................................... )
COUNTY OF **PERRY**_____ )

## A F F I D A V I T

I, _Gerald Cunningham_____ being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

_that I did witness each situation so stated in these documents before you, and this Honorable office of authority upon which I pray you and the power you have will help to expose all that are now exposed to you!_

_I also testify to you that the Illinois Department of Corrections employees did commit such crimes as I have stated, and my statements are true and corrects!_

_It is also true and correct, 100% true and correct that the same so mention and said are the ones whom Police themselves, and any and all powers / authoritative figures shall not seek the truth and allow the truth to be exposed that the staff at Pinckneyville C.C. has, and shall continue to lie to coverup the crimes they have committed against me and so many other prison inmates. Mail tampering, Falsifying Disciplinary Reports written by retalitory revengeful staff, with the Adjustment Committee fellow staff members conspiratorize along with staff, and even destroy witnesses of whom the A.C. states must be done in order to hear them, but placing the names of witnesses in the mail I now do not reach the committee due to lies told to me by Sgt. Carol McBride and her assistant, Assassination attempts by Sgt. Townley has been committed against me and all of the authorities, from Gov. Blagojevich to Dir. Walker to Police refuse to obey Laws._

_Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct._

## AFFIANT FUTHER SAYETH NAUGHT!

Respectfully Submitted

_Gerald Cunningham_

Mr. Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274
Phone No.# (618)357-9722

Subscribed and sworn to before me on
the 28th day of February 200 8

_Tracy L Maue_
Notary

OFFICIAL SEAL
TRACY L MAUE
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/08/11

45

STATE OF ILLINOIS
COUNTY OF PERRY

UNITED STATES DEPARTMENT OF JUSTICE
The Criminal Division, Civil Rights  Complaint Intake

January 31, 2008

ALSO

GERALD CUNNINGHAM
# B39388;
Plaintiff & Affiant:

THE LAW ENFORCEMENT
COMMUNITY,
Judges, Justices & Courts

Mr. Gerald Cunningham
# B39388
P.O. Box 99
Pinckneyville, IL 62274
(618)-357-9722

Vs.

RE: ILLINOIS DEPARTMENT OF
PROFESSIONAL REGULATION
et al.; staff employed herein;
Defendants!

IL. Department of Professional
Regulation
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601

CASE NO.:# _____

## THE CAO, & GOV, OF THE IL DEPT. OF PROFESSIONAL REG.
## PRISONER'S LIFE PLACED IN IMMINENT DANGER
### BY THE STAFF IN THIS OFFICE!
### FORMAL COMPLAINT

I, Gerald Cunningham  placed formal complaints to Gov. Blagojevich, and after the governor refused to stop IDOC staff/employee(s) from the corruptions so widely entangled with injustice, I received attacks of retaliations from head authority figures such as, Terri Anderson, of the Office of Inmates Issues, of whom also placed my life in danger in 2000, and 2001, helping in having me beaten by staff guards of Pinckneyville C.C. and Menard C.C. for filing grievances. Also I am receiving Intimidations & Threat from Deputy Director, Danny Hartline. Warden Daniel Austin is a protector of staff/employee's, but not a protector of the Constitution, and laws, violations/crimes committed against prison inmates as "all" IDOC staff do! Current grievances are being held/destroyed by Austin, T. Kisro, Mrs. Deen & Mr. Lutz.

I then filed a criminal complaint against Gov. Blagojevich in the IL. Dept. of Professional Regulations; whom did not investigate. This office submitted the original complaint to Gov. Blagojevich, whom ordered IDOC to getrid of this; whom did began attacks against me. (See Exhibit A) completed at the Institutions level, awaiting ARB, whom shall deny all. IDPR placed my life in danger with intent.

## RELIEF REQUEST

1.)  I  request an criminal investigation to began immediately, allowing

46

STATE OF ILLINOIS
COUNTY OF PERRY

Direct Authority of proper Police Authority by the Federal government due to the corruption in these complaints are State Wide, Conspiracy, murder by the hands of staff/employee(s), and so much more. All courts, Justices, Judges, I am requesting a prompt adjudication under Constitution laws.

2.) I request that the U.S. Department of Justice so order an investigation into the Illinois Department of Professional Regulation in it's entirety causing also possible impeachment of Gov. Rod Blagojevich for his action taken in this matter. I am denied all of my property, legal documents, electronics and access to the courts because of legal documents in my property illegally kept from me, for/as a revenge tactic.

3.) I request immediate order of protection to also be granted because of staff retalitory revenge against me is inevitable! Arrest must began against staff corruption, and Government criminal acts in the State of Illinois by this Federal Office of which I am entitled to, and any other relief thise Federal Offices by the law feels necessary! Professional Regulation Office put my life in danger, INTENTIONALLY!
AFFIANT FURTHER SAYETH NAUGHT!

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on; January 31, 2008.

Respectfully Submitted

*[signature]*

Mr. Gerald Cunningham
#B39888
P. O. Box 999
Pinckneyville, IL. 62274
(618) 357-9722

Subscribed and sworn to before me on
the 28th day of February 2008

*[signature]*
Notary

OFFICIAL SEAL
TRACY L MAUE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/08/11

Butler Legal Group, PLLP,
Atty. James Quincy Butler;
Atty. Marian Emily Perkins;
Gundlach, Lee, Eggmann, Boyle & Roe
U.S. Court of APPEALS 7th
Circuit:
Chief Justice OF THE
U.S. SUPREME COURT;
THE COCHRAN FIRM;
THE LANGONE LAW FIRM;
CHIEF JUSTICE, MARIE VALDEZ
Atty. Jon Loey;
Atty. Saratt W. Cunningham
Atty. Thomas J. Cunningham;

CC: U.S. Dept. of Justice; Nichlas Maxwell;
U.S. Atty. General; MICHAEL B. MUKASEY;
Gerald Cunningham;
IL. Dept. of Professional Regulation;
Gov. Rod Blagojevich; IDOC;
IL STATE Secretary of State; Jesse White;
IL STATE HOUSE OF REPRESETATIVES;
IL Senate President, Emil Jones Jr.;
IL Speaker of the House, Michael J. Madigan;
Chief Justice/Judge Timothy C. Evans;
Atty. Susan A. Bandes;
Goldberger & Dubin, P.C.

47



# Illinois Department of Professional Regulation

James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910

## COMPLAINT/CLAIM INTAKE REPORT

1.  Please type or print clearly in dark ink.
2.  Please attach copies of important papers concerning your complaint/claim.

### COMPLAINANT

| | |
|---|---|
| Your Name **Gerald Cunningham** **#B39888** | Day Telephone No. **(618) 357-9722** |
| Mailing Address **P. O. Box 999** | Night Telephone No. **" " "** |
| City/Town **Pinckneyville**    State **Illinois** | ZIP Code **62274** |

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

| | |
|---|---|
| Name of Provider of Services **Rod R. Blagojevich** | Profession **State of Illinois** **Governor**   Telephone No. **(217) 782-6830** |
| Street Address **207 State House** | Date Event Occurred **November 14, 2007** |
| City/Town **Springfield**   State **Illinois**   ZIP Code **62706** | County of Occurrence **Perry** |

Briefly describe your complaint/claim:

## GOVERNOR SENDS GOONS TO ATTACK PRISONER

After I sent this office a criminal complaint against Gov. Blagojevich for protecting IDOC, instead of using an outside ~~source~~ Policing Authorities, or any true constitutional law Police "outside" of IDOC, that would not protect the Union staff "AFSCME", over violators of the laws; and not show prejudice toward prison Inmates.

This office intentionally prejudized itself, and sent the governor my original complaint without any investigation, and jeopardized my life, placing my life in dange[r]

Gov. Blagojevich ordered his leading officials; Director Roger Walker; Terri Anderson Brian Fairchild; CAO. Warden Daniel Austin; and Warden Earl Wilson, "Lt. Bradley" to stop me from complaining about staff committing crimes. Bradley sent a "Hit", a Mr. Swalles[?]

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.
Febuary 2, 2008    AFFIANT FURTHER SAYETH NAUGHT!    *Gerald Cunningham*
EXECUTED ON    AFFIANT & PLAINTIFF

### DEPARTMENT USE ONLY

Complaint/Claim Received By: _____    Date: _____

How Received:  ☐ Phone    ☐ Letter    ☐ Walk-in

IL486-1717 12/02 (ENF)    **You will receive an acknowledgment letter in the mail.**

STATE OF ILLINOIS
COUNTY OF PERRY
ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: November 14, 2007 | Offender: (Please Print) Cunningham, Plaintiff / Affiant | ID#: B39888 |
|---|---|---|

| Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:** UNDER THE DECLARATION OF PERJURY 28 U.S.C. SECTION 1746 18 U.S.C. 1621 & 735 ILCS 5/1-109 730 ILCS ILLINOIS DEPARTMENT OF CORRECTIONS UNIFIED CODE OF CORRECTIONS FOR A VIOLATION: 720 ILCS 5/33-3:

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☒ Staff Conduct 18 USC. A. § ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify)
§ 245
☒ Declaration Of Perjury With Request For State Police
☒ Disciplinary Report: _Nov. 15, 2007_ Pinckneyville C.C.
                        Date of Report

1.) **OFFICIAL MISCON-DUCT.**
2.) **RETALIATION:**
3.) **EQUAL PROTECTION VIOLATIONS:**
4.) **VIOLATION OF RULES:**
5.) **HARASSMENT.**
6.) **PLANNED BY I.A. LT. BRADLEY**
7.) **LIFE ENDANGER-MENT**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**GOVERNOR SENDS RETALIATION GOONS!**

**Brief Summary of Grievance:** LT. BRADLY HEAD OF INTERNAL AFFAIRS, SENT HIS RETALIATION GOONS
TO HARASS THE PLAINTIFF AFTER BRADLY INTERVIEWED THE DAY BEFORE OF MAJOR
CRIMINAL COMPLAINT [AGAINST GOV. BLAGOJEVICH] TOO "THE OFFICE OF PROFESSIONAL
REGULATIONS" THE RESULTS ARE LEGAL EVIDENCE REMOVED; ALONG WITH READING &
LEGAL DOCUMENTS OUTSIDE THE PLAINTIFF'S PRESENCE COWARDLY, VIOLATING
FEDERAL LAWS: GOV. BLAGOJEVICH ORDERED THIS HIT; LT. BRADLY; WING GUARDS
SWALLERS AND FLOWERS PLANNED ALL WITH HOUSE LIEUTENANT MY ENEMY, WILLIAMS:
CAO. WARDEN AUSTIN, OPERATION, A/W. WILSON, MY ENEMY, WERE ALL INVOLVED:
PARAGRAPH ONE ( KEEP %'s SWALLERS & FLOWERS 100 YARD AWAY FROM THE
                 PLAINTIFF SO THEY WONT GET A CHANCE FOR REVENGE.)
    On November 15, 2007, the Plaintiff was interrogated harshly by Internal Affairs
                        (CONTINUED ON OTHER SIDE)
**Relief Requested:** 1.) Witnesses are cells#63 Mckinney & Curtner; 64. William Lear; 59. Lovendahl.
All can testify the %'s Swallers lied and gave a false report; 2.) Lovendahl will testify
that %. Swaller had to open cell door and heard all that went on; 3.) The Plaintiff request
                        (CONTINUED ON PAGE #4.)
☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Mr. Gerald Cunningham_        B39888        Nov. 15, 2007
Offender's Signature                              Date

Nov. 15, 07; Swallers is assigned to A-wing to get revenge. I ask Lt. Laird to place
do no fall %. Swallers [illegible] has lied on ticket recently. Laird [illegible]
[illegible] to help and took guards side. _Gerald_

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

Print Counselor's Name        Counselor's Signature        Date of Response

(Turn in Nov. 20, 2007. Thru mail) (Received Nov. 26, [illegible] [illegible] to Counselor Nov. 27) (Turn in to S/A Nov. 27, 07)

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _11/21/07_ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_Darl Uinst_        _11/21/07_
Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

Lt. Bradly, head of I.A. at Pinckneyville C.C.

**PARAGRAPH TWO**    NOVEMBER 14, 2007

Lt. Bradly interrogated the Plaintiff on a complaint of criminal acts committed by Gov. Rod R. Blagojevich FILED against him in the Illinois Department of Regulation. IDOC should have not received this document under any circumstance nor did they have any rights to conduct an investigation, which the Plaintiff clearly sought outside relief due to the entire IDOC is corrupt? By Law, this was an invasion of privacy, an act of conspiracy coverup, and an act to cause harm to the Plaintiff by Gov. Blagojevich sending the complaint to I.A. to take care of it? ?

**PARAGRAPH THREE**    NOVEMBER 14, 2007 INTERROGATION

Lt. Bradly, after ask by the Plaintiff, how did he get the documents in the first place. Lt. Bradly shown the Plaintiff from a distance, a letter he stated that came with the documents with the IL. Department of Regulation heading on top, and all pages of the Plaintiff's complaint form, Stamped with the date the Office of Regulations received. Lt. Bradly said, "The Dept. of Regulation sent it to the governor, and the governor sent it to Inmates Issue, and Inmates Issue sent it to us to take care of it" The grievance against the governor also had the original stamp envelope that the Plaintiff addresses with the Declaration of perjury on the front of envelope. The Plaintiff was drilled about his property of which Lt. Bradly stated that the Plaintiff had signed for his property that the Plaintiff shown clearly that that form was when he was released from seg after he was forced to go on a fast and prayer hunger stroke to get moved from a cell with a caucasion inmate that loved to fight Blacks and made Dog hound noise and his records shows his pattern of doing so which is why he was placed in the cell with the Plaintiff. These things are current as well with present cellie. Eventhough grievances are filed the problems still exist. The Plaintiff did prove to Lt. Bradly that his property was here and eventhough he has proven guilt by IDOC, and whatever was not working, must be repaired by IDOC and or replaced what was taken which was paper/legal documents, commissary items et al. The Plaintiff was then drilled about the "HIT" placed against his life by Lt. Townly et al. the evidence is overwhelming against Townley but Lt. Bradley stated he'd check all grievances in his Master File and see what happen and his witnesses. The Plaintiff was told to get out and interrogation was over, but a very angry Lt. Bradly was not pleased with the outcome.

**PARAGRAPH FOUR**    PLANNED HIT ATTACK REVENGE BY I.A.

On November 15, 2007, the Plaintiff walk out of his cell, 2-A-62, to go to lunch and closed the cell door. The Plaintiff's cellie, I/M. Martin was at a ABE cell pass. The Plaintiff passed up his neighbors in 61 cell before they closed their cell door. Returning from the lunch room, the Plaintiff saw a bag

(CONTINUED ON PAGE #3.)

on the floor by the ice machine, that caught his attention due to some legal envelope, and books inside the clear plastic bag which was very familiar to him. Then, a few guys upstairs yelled, "they've done took somebodies shit from they're cell." As I the Plaintiff reached the top of the stairs, the Plaintiff saw a trail of debree around his assigned cell, and when reaching the cell, he saw his personal items tossed around in the cell with the light on, and a lot of his items leading from the cell on the day room floor where all could see. The Plaintiff knew that this was called by Lt. Bradly, I.A.

## PARAGRAPH FIVE

Since the doors had not been open yet, due to Inmate line from lunch was still coming in; the Plaintiff walk to the stair case, where %. Swallers was standing on the first flight of stairs Platform. The Plaintiff asked, this c/o if he torn up the cell he's asign in and why did he take the Plaintiffs property. Swallers said, "Your door was open, these are contraband." Plaintiff informed Swallers that he's taking legal documents which is unauthorized. Swallers said, "those are not legal stuff." Plaintiff requested to see a lieutenant. Swallers said, "I'll get a lieutenant go lock the fuck up now." %. Flowers came up behind the Plaintiff, as the Plaintiff headed back to the cell and waited for the door to open. While waiting, the Plaintiff ask C/O cell, when they came out of their cell did they see the Plaintiff's cell door open. they both said no! The Plaintiff never said one more word to Swallers nor Flowers since that second and day! This is an extremely dangerous situation! Witnesses 63, 61, &59 cells

## PARAGRAPH SIX

On Friday November 16, 2007, the usual assigned officer, %. Harbison came to the cell and brought three discipinary report. Two for the Plaintiff, and one for his cellie, "Whom was not in the cell at the time of these attack hits." (2) tickets, one for the Plaintiff, and one for his cellie was the same with the same charges; "404. Violation of Rules & 308 contraband/unauthorized property." the Plaintiff received a second ticket for, "304 Insolence & 403 Disobeying a Director order." Both tickets are false! The Plaintiff written his witnesses on the front of the tickets which was cells 63, 61 & 59! The Plaintiff placed the bottom of the ticket in the box for mail on A-wing on the same day, Nov. 16, 2007! All of A-wing witeness.

## PARAGRAPH SEVEN

If the Plaintiff had of disobeyed any direct order and used any curse words the Plaintiff would have been taken the Plaintiff to seg immediately seeing that one of his enemies are in charged on that day which was Lt. Williams! %'s Swallers has done this same thing to other inmates, falsely lying on inmates for revenge for whatever reason he feels, and has taken Inmates property on purpose for a revenge tahtic. Also %'o Flowers, whom as well make up his own rules as Swallers, to whatever mood he may be in, even though it is not Dept. Rules, and ticket a inmate as well. "59 cell, I/M. Lovendahl, did not go to lunch and cantestify that %. Swaller came up and open the Plaintiffs assign cell without reason, and heard %'s Flowers

( CONTINUED ON PAGE # 9

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

come up behind Swallers to assist in this harassment Hit attack a-
gainst the Plaintiff. These staff members placed the Plaintiffs life
in danger by ticketing the Plaintiffs cellie, which was design to cause
an arguement hoping for the outcome of the Plaintiff to be beaten
or killed. Gov. Blagojevich is in fault of all.

**PARAGRAPH EIGHT**                    PROPERTY TAKEN

The Plaintiff went thru his property and found that some legal envelope
had been gone thru as if Swallers and Flowers were looking for something
specific, and they were. Legal documents are missing. The took a bag of
taster's Choice Coffee, and some Menthol Tobacco along with all of his
bucks, an envelope of evidence with News papers, and clipping from
news papers that the Plaintiff is going to use in a law suit against the
governor and Attorney General. All staff here knows the Plaintiff is denied boxes etc.

**PARAGRAPH NINE**                    WITNESSES ºONLY ONE WITNESS CALLED

The entire A-wing can testify that the Plaintiff did no curse one time
nor at any time refuse to go to the assigned cell. Cells 63, and 61 Lear
will testify that the Plaintiffs cell was shut after he left the cell. cell
59, Lovendahl will testify that Swallers did open the cell, 2-A-62
proving the tickets are a lie! I request Swallers & Flowers stay 100 Yards away from me.

DECLARATION OF PERJURY LAW VIOLATIONS

When the governor passed these documents to any parts of IDOC, the gov-
ernor knew the outcome and what he wanted done. The 5th Amendment
Prohibits officials from retaliating against inmates who report complaints,
file grievances, or file law suits! Forms of retaliation are e.g. refusing to
provide an inmate in seg or poor living conditions, transferring an inmate to a
different cell or different cellies & prisons, threats, even assault by high aggression cellies.

It is clear that the attacks done by Swallers and Flowers were deliberate and
done for retaliation after meeting with Lt. Bradly only the day before. This
is Gov. Blagojevichs doing along with Dir. Walker. By these tickets being
written falsely, considering that IDOC protect each other and will go along
with staff, the Plaintiffs life is in danger. If they can get away with this, they
will get away with murder, which has been done in IDOC time and time again.

(DO NOT ALLOW REVENGE) CONTINUED RELIEF & DECLARATION OF PERJURY

that the witnesses in this grievance will not be harassed in any way, form or
fasion as IDOC is known for doing. Leave them alone! Return/give all prop in perfect ness!
4.)    The Plaintiff request criminal charges to be filed immediately and he request to
speak to an IL State Police/ or county Sheriff to file a complaint.

Warden/CAO. Austin now is aware of these incidents and now is responsible for
his staff and criminal charges to be filed! Pursuant to 28 U.S.C. §1746, I declare under
penalty of perjury that the foregoing is true and correct. Keep Swallers & Flowers away.

November 20, 2007                              Herald Cunningham
EXECUTED/SIGNED & TURN IN              PLAINTIFF/AFFIANTS SIGNATURE
ccs. Gov. Blagojevich!
        OFFICE OF INMATE ISSUES!
        Warden Austin & Pinckneyville C.C.
        Attorneys!

| Grievance Officer's Report |
|---|

**Date Received:** 12-3-07          **Date of Review:** 12-28-07          **Grievance # (optional):** 12-1707

**Committed Person:** Cunningham, Gerald          **ID#:** B39888

**Nature of Grievance:** Disciplinary report; staff conduct

**Facts Reviewed:** Inmate is grieving a disciplinary report issued by C/O A. Swallers on 11-15-07 charging him with 304 Insolence, 308 Contraband/Unauthorized Property, 403 Disobeying a Direct Order, and 404 Violation of Rules. Grievant claims the IDR was written as a means of harassment and retaliation the day after he was interviewed by Lt. Bradley, Internal Affairs regarding a complaint document he filed against the governor. Grievant claims he was seeking outside relief; therefore, IDOC should not have received this document and had no right to investigate it. Grievant states Lt. Bradley advised him the document was sent to PNK by the Office of Inmate Issues "for handling". Grievant states Lt. Bradley also interrogated him about his property. Grievant states he never received all his property when he transferred here and only signed for property issued upon release from seg. Grievant states he has never been issued property boxes since arrival here. Grievant claims he was interrogated about the "hit" placed on his (grievant's) life by Lt. Townley. Grievant claims there is evidence to support that Lt. Townley has a hit on him. Grievant claims on 11-15-07, his cell was searched when he was at lunch. Grievant claims his property was thrown around the cell and items were confiscated. Grievant states he did not leave his cell door open when he left for lunch. Grievant states C/O Swallers opened his cell door for no reason and searched the cell. Grievant states other inmates can verify this. Grievant claims Lt. Bradley ordered this search. Grievant states the IDR is false. Grievant states he did not curse at C/O Swallers; nor did he refuse to return to his cell. Grievant states all inmates on A wing can verify this. Grievant states his cellie was also issued an IDR. Grievant believes this was done to manipulate a fight between him and his cellie. Grievant claims C/O Swallers searched through his legal papers. Grievant states some of his legal documents are now missing. Grievant claims the governor ordered staff to harass him. Grievant claims C/O Swallers, C/O Flowers, Lt. Williams, A/W Wilson, and Warden Austin were all involved. Grievant states his life is in danger.           ~~he told Ausrisa~~  →Kisro Heal1  →did not interview1
                                                                                                                                                                            ~~Kisro was that~~

**Relief requested:** interview witnesses McKinney (cell 63), Curtner (cell63), Cear(cell61), and Lovendahl (cell 59); refrain from harassing witnesses; return all confiscated property; file criminal charges; interview with Illinois State Police and/or county sheriff

**Record of Proceedings:** the IDR was read to inmate. Inmate pled not guilty stating, "I don't have boxes so stuff was out. I asked to please see a lieutenant." The Adjustment Committee found inmate guilty of 304 and 308. The 403 and 404 charges were deleted. The Committee based their decision on (1) the IDR which stated C/O Swallers approached inmate Cunningham's B39888 cell and found numerous excess items (listed on DC252). The items were not stored properly in property box. When the items were confiscated, Cunningham stated, "You have no right to go in my cell. This is bullshit. Get me a lieutenant." (2) Inmate's own partial admission of guilt that he did have the items out in the cell and that he did have words. Inmate identified by ID card. The Committee recommended

**Recommendation:**

This Grievance Officer found no evidence to support grievant's allegations of harassment and retaliation by staff. Based upon a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR 504, I recommend grievance be denied.

*Why was Lovendahl Jan.*
*not interviewed?*
*His testimony along proves*
*Swallers lied.*

___T. Kisro CCII___
Print Grievance Officer's Name                              Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12-28-07          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:** _____

_____

_____

___David Aus___                              12 28 07
Chief Administrative Officer's Signature                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)
*VERY SUSPICIOUS. Why have I*
*It is strange that I didn't  received Summary?*
*get the original this time  or is it written?*
*The original?  received in mail*

___Gerald Cunningham___                              B39888                              Jan. 2 / 2008
Committed Person's Signature                              ID#                              Date

1 month commissary restriction and the disposal of all confiscated items, with the exception of grievant's legal material which is to be returned to grievant. The CAOI approved.

C/O Swallers stands by the IDR as written. He stated he was not directed or ordered by any other staff member to search grievant's cell. The search was conducted in accordance with IDOC policy and procedure. C/O Swallers denied grievant's allegations of harassment and retaliation.

Lt. Bradley stated grievant was interviewed regarding documents he sent to the governor's office. Lt. Bradley stated no conspiracy to harass and retaliate against grievant exists.

This Grievance Officer interviewed grievant's witnesses on 12-11-07. Inmate Curtner stated grievant's cell door was closed when they left for lunch. Curtner stated he did not witness the incident which occurred after lunch. Inmate Lear stated he did not witness the incident and does not know if grievant's cell door was opened or closed when they left for lunch. Inmate McKinney stated he does not know if grievant's cell door was opened or closed when they left for lunch. McKinney stated he was present when C/O Swallers ordered grievant to lock up after lunch. McKinney stated grievant did as instructed and did not curse at staff.

DR501(c) states all committed persons and their clothing, property, housing and work assignments are subject to search at any time.

Grievant's request for an interview with outside agencies will not be addressed here as this issue is outside the jurisdiction of this facility.

Grievant's request to file criminal charges against staff members will not be addressed here as this issue is outside the jurisdiction of this facility.

After reviewing the disciplinary report and the Adjustment Committee Summary, I find that the Committee followed due process guidelines. The IDR and Final Summary contain all necessary information. The basis for decision appears reasonable. The discipline imposed complies with DR504 guidelines.

**(EXHIBIT B)**

STATE OF ILLINOIS
COUNTY OF PERRY

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: **February 29, 2008** | Offender (Please Print): **Cunningham, Plaintiff/Affiant** | ID#: **B39888** |

| Present Facility: **Pinckneyville Correctional Center** | Facility where grievance issue occurred: **Pinckneyville Correctional Center** |
|---|---|

NATURE OF GRIEVANCE: UNDER THE DECLARATION OF PERJURY 28 U.S.C. §1746.. 18 U.S.C. §4& 735 ILCS: 730 ILCS: ILLINOIS DEPARTMENT OF CORRECTIONS ADMINISTRATIVE CODE OF CORRECTIONS POST DISCRIMINATION RULES 5/33-3:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Sets of Request Slips Mailed To CAO Austin Are Exhibits A,B;
- [ ] Disciplinary Report _____ Date of Report

- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- See Perjury 1 & 2 page Affidavit:

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): 1.) **OFFICIAL MISCON-DUCT**; 2.) **CONSPIRACY COVER UP;** 3.) **THEFT;** 4.) **DELIBERATE INDIFFERENCE;** 5.) **MENTAL ABUSE**

**FILED** Facility where issued: **MARCH 2007**

**(1 OF 12 PAGES)**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer. March 21

Sent to CAO March 21, **WARDEN DANIEL AUSTIN IS THE LAST TO HAVE**

Brief Summary of Grievance: **AFTER BEING UNSUCCESSFUL IN FILING A SET OF GRIEVANCES**
THAT INCLUDED "FILING AGAINST C/O. T. KISRO"; KISRO SENT THEM
BACK CONSECUTIVELY THREE TIMES WITH NONSEQUITUR REASONS TO NOT
PROCESS: THE PLAINTIFF MAILED GRIEVANCES TO WARDEN AUSTIN IN
A ENVELOPE, SEALED: AFTER TWENTY DAYS AND COUNTING THERE IS NO
RETURN OF THE GRIEVANCES OR REQUEST SLIPS THAT (1) WAS ATTACHED:

*Destruction of grievances, Conspiracy cover up.*

**PARAGRAPH ONE          C/O. KISRO INTERCEPTS GRIEVS**

January 4, 2008, I placed a grievance in on being moved back to 4-
House, where I've filed grievances against the same corrupt staff/employees
that were assign in 4-House since **2000 when grievances filed, Nov, 07.** (CONTINUED ON PAGE#3) (CONTINUED ON OTHER SIDE#2.)

Relief Requested: **1.) Warden Austin was the last I sent these documents to! Since the mail room**
will state they mailed it to the warden. Supvr. Fisher always tell the truth? Yes: Mason, Biggs, Rosie,
and Edds will state they didn't notice nor check mail, so what did Mr. Austin do with documents (CONTINUED ON PAGE 4.)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*I turn this grievance in on 3/5/08.*
*Why give false info you received it*
*3/10/08. This is a lie. By the way* Offender's Signature
(Continue on reverse side if necessary) *did pick up the grievances* Cunningham

---

| | **Counselor's Response (if applicable)** | |
|---|---|---|
| Date Received: **3/10/08** | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: **Counselor Kisro, Grievance Officer, and**
**Counselor Dees, R4 Counselor, processes**
**Grievances according to DR504 guidelines.**

| Print Counselor's Name | Counselor's Signature | Date **3/18/08** |
|---|---|---|
| Spencer | Spencer | |

*Grievance Counselor's No Response other reply March 18, 08. Other than seen still missing. X Turn To C/O. March 21, 08 to Cunning*

---

| | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: ___/___/___ | **So where are the missing grievances!**
Is this determined to be of an emergency nature?
**504 guidelines states you**
**complete and return all grievances**
**to inmate! How can they** Offender should submit this grievance in the normal manner.
**deny a grievance against herself/**
**himself, as a grievance against his cell on 1st/ham** Cunningham | [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. |

| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender          Page 1          **55**          DOC 0046 (Rev. 3/2005)

So by this retaliatory move, because of Gov. Blagojevich's order of attack against me, which took place November 15, 2007, (See Grievance # (optional):12-1707), and the security guards whom committed these Hits for the governor was security guards, Swallers and Flowers. After requesting for a restraining order for Swallers and Flowers to be kept away from the Plaintiff, Swallers is placed immediately assigned directly to the Plaintiff's assigned wing! By Mr. Swallers being placed directly to the Plaintiff's assign wing, and grievance filed emergency against Swallers et al, the Plan of I.A. Lt. Bradley and Warden Austin was to get Swallers close to try and provoke the Plaintiff, but it did not work. So on Saturday, December 12, 2007, Mr. Swallers decided to close a cell door on the Plaintiff head physically assaulting intentionally, with intent to cause harm. "Grievances on this (17) pages" on it's final last mailing; the Plaintiff place this grievance in the mail box on 4-A wing January 4, 2008; and it was return on the 5th of January.

## PARAGRAPH TWO    G/O.T. KISRO COMMITS CONSPIRACY AGAIN

Mrs. T. Kisro intercept these grievances each time, stating they needed a counselor's reponse. And on grievance of now seventeen page. —(one added against Kisro), and as stated in paragraph one, by the end/last time mailing this grievance out, it became (17), seventeen pages by the end. So the Plaintiff mailed this grievance out, and added a grievance challenging the Pinckneyville C.C. Administration, "allowing the Adjustment Committee, Lt. Davenport, Lt. Jordan, & %. McBride to give an order to destroy any Inmates Property violating " 730 ILCS 5/3-3-83-4-3 willingly with absolutely no respect of the Law; And refusing to give me "all" of my property electronics in perfect working order at the orders of the governor. I request for relief, that all involved and named, from T. Kisro thru and to Warden Johnson and Austin; to Gov. Rod Blagojevich, that if "anything" is missing from my property, I will be able to choose "whatever" I want from what they own et al." It's very extremely obvious, that Kisro and the wardens are not liking those request of which the courts shall so agree and order. The final grievance, is dealing with G/O. T. Kisro, intentionally committing crimes to protect fellow staff/employees willingly committing conspiracy coverup and many Constitution laws violations and State laws intentionally and did cause unnecessary treatment to prisoners. I requested her job and criminal charges to be filed." But these grievances disappeared."

## PARAGRAPH THREE    MAILED ALL GRIEVANCES TO CAO. AUSTIN

On January 10, 2008, since my grievances were getting returned due to a memo from Mrs. T. Kisro stating nonsequitur reasons for returning grievance as she had done for the 3rd time on the same day, January 10, 2008. The Plaintiff's only last remedy was to expose KISRO's

(CONTINUED ON PAGE # 3.)

STATE OF ILLINOIS
COUNTY OF BERRY

criminal acts and violation of Rules and Administrative Directives, of which she does willfully and knowingly. The Plaintiff attached an *DOC O286, Request Slip for Inmates*, to the grievances and placed all in a envelope sealing them inside. The Plaintiff addressed the envelope to Warden Daniel Austin, and also the Plaintiff's name on front as well, with cell number and his I.d.:

PARAGRAPH FOUR        ASSIGNED WING SECURITY GUARDS

On January 10, 2008, 2nd shift wing guards assigned to A-wing, four House was %. Mason. And on 3rd Shift, whom are the ones that removes the mail and seperates request slips, and illegally read inmates letters, and they go thru the Personal Legal mail also unsealed if Inmate forgotten to seal. These 3rd shift guards assigned to 4-A-wing and House, for January 10, 2008, shift beginning at 10:50 pm, guards assign to 4-House were %. Biggs, in charge of A & B-wing. %. Prosle, in charge of C & D-wing. And %. Edds, in charge of control pod.

PARAGRAPH FIVE        FOLLOWUP REQUEST TO WARDEN/CAO, DANIL AUSTIN

On January 24, 2008, the Plaintiff placed another Request slip, to Warden Austin, informing him on the same documents. No answer (See Exhibit B). On February 7, 2008, Counselor Deen came door to door on 1rst shift request-ing if Inmates needed any assistance. The Plaintiff began to explain to Mrs. Deen on how he had to mail his grievances to Warden Austin asking why no response due to he mailed them January 10, 08 and as of today upon seeing her, Feb. 7, 2008, there is no response in any way. But before the Plaintiff could get the question out, coun-selor Deen interrupted the Plaintiff and said ? I dont know anything about it. I haven't received it." Plaintiff; so where are they then ?" Deen said? I'll check on it." As of the day's date of filing this grievance, Counselor Deen has not responded in any way. She lied as all the rest. The Plain-tiff also believe without any doubt, that Counselor Deen Knows about the grievances in question, and is playing a part of the intentional de-lay of these grievances, and or destruction of the same. I must remind the hearers of this grievance that Counselor Lutz is assign to this House of whom was caught in the very act of criminally tam-pering with grievances delay's and destroyed by Mr. Lutz and he is still employed and no criminal charges has been file for now, but the Plaintiff shall see to it that it shall be done, if not already in progress! (See Exhibit C). Who's holding these grievances and why?:

PARAGRAPH SIX        THE LAST TO RECEIVE ALL, WAS WARDEN AUSTIN

After this one envelope, sealed with the grievances enclosed with the CAO's name on the front, the Mail Room person in charge, Supvr. Fisher, of whom I've clearly proven time and time again that she openly committed theft, conspiracy coverup, mail tampering and fraud. The re-

(CONTINUED ON PAGE #4.)

STATE OF ILLINOIS
COUNTY OF PERRY

sponse the G/O. and ARB & Director agrees that Supvr. Fisher acted by D-R 504, which does not allow crimes to be committed under any circumstances. So that eliminates Supvr. Fisher of whom will proclaim that she did send the sealed envelope addressed to Warden Austin directly to his office! And certainly; C/o. Mason on 2nd shift, and C/o.'s. Biggs, Prosie and Edds will certainly state that they sent all mail to the mail room. Then this Administration can do what they do best, that is to lie and state that the Plaintiff never mailed any grievances to Warden Austin, but that could not stand up against the copies of the Plaintiffs in his possesion:

## PARAGRAPH SEVEN

So where are these grievances? It is obvious that T. Kisro would not want the grievances I filed with Mr. Austin to be processed! I also know that G/o. Kisro has been an employee at this facility just about as long as this prison has been open, and has made herself to have authority over many, and it is no doubt to the Plaintiff that Kisro intercepted these documents thru the CAO's secretary with the great position of fellow conspiracy and that the Warden himself gave these documents to Kisro to do as Counselor Lutz did, which was hold the grievance until "Time Frame" expires. No Inmate knows when the time frame ends because we are not allowed to see this Rule, nor have we received any Memo. Time Frames has to end when the grievance has reached the counselor, or in case of an emergency the warden. then only the 30 day time frame kicks in to reach the ARB. All of these coverups, and not processing grievances are intention, and criminal, all to stop the processing of especially the seventeen page grievance which included the C/o. Shirley committing sexual harassment, allowed by Lt. Jordan, as any crimes are committed by staffs of IDOC. Lieutenants, wardens, mean nothing. They all allow AFSCME Union employees to break the laws as long as it's against prison inmates! I.   Plaintiff believes that Warden Austin has grievances

### CONTINUED RELIEF REQUESTED

and why tamper with the process of these legal documents as T. Kisro deliberately did several times. I request that criminal investigations be done to bring State and Federal charges against all sonamed in this grievance! Let the record show, that a grievance box was put next to HCU box in Jan 08.

Pursuant to 28 U.S.C. 81746, I declare under penalty of perjury that the foregoing is true and correct. Executed on

| March 5, 2008 | Herald Cunningham |
| Mailed/Filed | PLAINTIFF/AFFIANT'S SIGNATURE |
| | Mr. Gerald Cunningham |
| | #B39888 |
| | P.O. Box 999 |
| | Pinckneyville, IL. 62274 |
| | (618) 357-9722 |

INK COPY

# ( EXHIBIT A )
### ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _____Cunningham_____ ID #: _B39 888_ Living Unit: _4-A-78_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ____CAO. Warden  D. Austin____

I request ☒ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☒ other (specify) GRIEVANCES ENCLOSED:
for the purpose of (explain): Mr. Austin, I have been unsuccessful of being allowed to file a (17) page grievance, and a one page grievance three times. Mrs. T. Kisro is intentionally sending them back due to they're partly, if not entirely against her. This is so unprofessional. I also request a response on my grievance enclosed that this prison must stop giving false information and destroying inmates property. Thats against the Law! Kisro refuse to process these now to you to commit con spiracy. ___Cunningham___ January 10, 2008

Also, 4-House guards,                Offender's Signature                Date
Shirley, Jones & Liszewski is turning off our heat using it as a weapon, freezing us in the cells, please stop this.
**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (If necessary) : _____    Remarks by supervisor (If necessary) : _____

_____Print Staff Name_____                          _____Print Supervisor Name_____

_____Staff Signature_____    _____Date_____         _____Supervisor Signature_____    _____Date_____

Distribution:  Affected Unit

5  Printed on Recycled Paper

DOC 0286 (Eff. 9/2005)
(Replaces DC7177 & DC3811)

---

INK COPY

Request No. # 2.

# ( EXHIBIT B )
### ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _____Cunningham_____ ID #: _B39888_ Living Unit: _4-A-78_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ____CAO  Warden  D. Austin____

I request ☒ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☒ other (specify) NO RESPONSE / MISSING GRIEV.
for the purpose of (explain): Mr. Austin, I sent you a set of grievances Jan. 10, 08 asking you to intervene due to G/O. Kisro's unauthorized efforts to stop them forth being processed. It is now four teen" days later and I have not received no response nor return grievances. Is this conspiracy? Is this a crime committed by your staff? Please help.

___Cunningham___                    Jan. 24, 2008
Offender's Signature                Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (If necessary) : _____    Remarks by supervisor (If necessary) : _____

_____Print Staff Name_____                          _____Print Supervisor Name_____

_____Staff Signature_____    _____Date_____         _____Supervisor Signature_____    _____Date_____

Distribution:  Affected Unit

6  Printed on Recycled Paper
59

DOC 0286 (Eff. 9/2005)
(Replaces DC7177 & DC3811)

STATE OF ILLINOIS )
                  ) (EXHIBIT C)
COUNTY OF PERRY   )

## A F F I D A V I T     (1 OF 4 PAGES)

I, Gerald Cunningham, being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

that on September 4, 2007, Tuesday, at approx. 10:45 am. Counselor Lutz came to my assign cell, 2-A-62, called my name and said "Here you go." Mr. Lutz slid two grievances under the door and took off; but was immediately stopped by one of the prisoner's next door, 2-A-61; Which gave the Affiant time to view the grievances.

The first grievance I looked at, was on this prison criminally tampering with my "Phone Numbers" I hand to Counselor Lutz on May 24, 2007, on A-wing, 2-House.
I saw immediately the "Counselor's Response", "Date Received" was tampered with and criminally changed to June 29, 2007, with Counselor Lutz signature making himself guilty of Official Misconduct, intentionally falsifying Legal Document's committing conspiracy coverup to assure that the Grievance Office would Deny the Grievance stating "Not file in Time frame". [This is a serious violation.]

The second grievance "Handed" to Warden Yolande Johnson while I came off of a (Religious Fast & Prayer Hunger Strike) due to Life Endangerment. Even though I handed this grievance to this warden on April 16, 2007, this warden writes received 4/18/07; AND signed it as nonemergency dated, 4/19/07. I received thru mail, April 20, 07 confir

Respectfully Submitted

*Gerald Cunningham*
Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21 day of Sept 2007

*Donna Heideman*
Notary

-1-

7

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp 01/20/2008

60

SD428

STATE OF ILLINOIS          )
                           )
COUNTY OF PERRY            )

( EXHIBIT  C )

A F F I D A V I T        ( 1 OF 4 PAGES)

I, Gerald Cunningham   , being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

mation of Warden denial refusing to protect prisoner's constitutional rights! April 21,07, guards began tampering with my food:

On April 23, 07, I tried to hand this same twelve page grievance from the warden to the next stage to Seg. Counselor, Mrs. Dolce, but Sgt. Owens inform her to not except and left the wing. I immediately used scratch paper and wrote Warden Johnson informing her of these criminal acts. On April 24, 07, Mrs. Dolce came to the Affiant with great rage. Dolce snatched the grievance and snarled at the Affiant and left extremely angry. (Sgt. Owen assaulted me in seg.)

After several request, and seventy-three days later, I received a response from the so called head counslor, Mrs. P. Dement whom addressed "Counselor's Response" Dated; May 1, 2007: received, and signed Response May 31, 2007. I received, June 6, 07, incomplete without Grievance Officer response to go to ARB! All was done on 1rst shift.

On June 6, 07, on 2nd shift, I sent the twelve page griev. back in for G/O response. This deals with Disciplinary Report so it automatically goes to G/O. But not this one?

After receiving no response on this grievance, I begun to send request slips to the warden, Counselor Lutz & G/O. Kisro. With no response, I sent letter request to Head counselor P. Dement and still no response and the Affiant see's what these named are do-

Respectfully Submitted

*Gerald Cunningham* (signature)

Gerald Cunningham
#B39982
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21st day of  Sept   200(7)

*Donna Heideman* (signature)
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

- 2 -

8

SD42E

STATE OF ILLINOIS                )
                                 )
COUNTY OF PERRY                  )

( EXHIBIT   C )

## A F F I D A V I T          ( 1 OF 4 PAGES)

I, Gerald Cunningham, being first duly sworn upon oath depose and
state the following matters are true and correct made upon personal
knowledge and belief, and if called as a witness, I am competent to testify
thereto:

ing, which is delay the processing that "time frame" can be
used to deny, or process grievances when crimes has been committed
by Labor Union Staff/employee's.

On September 4, 2007, Counselor Lutz slid this grievance,
and the phone tampering grievance under the Affiant's assign cell,
2-A-62. (See paragraph #1 on page #1.)

On September 4, 2007, same day; Counselor Lutz put under cell
door; At 12:30 Day Room for the upper deck, Lutz came on the
deck to give document to #61 cell. The Affiant shown Lutz the
phone grievance and ask him why did he lie and put the wrong
date he received the phone grievance, which was May 29, 2007,
but he wrote and held it till Sept. 4rth, and stated he re-
ceived June 29, 2007. Counselor Lutz went crazy with rage
and stated; I'm not going to argue with you. Do you want these
filed or WHAT? Affiant ask about the twelve page asking why
he is not getting G/O response even though its concerning Disciplinary
Report. Lutz again flared up and fling the grievances on the floor
stating the same. The Affiant request for each to be process
and Mr. Robert Lutz said; That is all you had to say 5 and took
the grievance on the phone, & the twelve page and angerly

Respectfully Submitted

*Gerald Cunningham*

Gerald Cunningham
# B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on
the 31st day of Sept 2007

*Donna Heideman*
Notary

-3-

9

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

62

SD42B

STATE OF ILLINOIS    )
                   )
COUNTY OF PERRY    )

( EXHIBIT  C )

## A F F I D A V I T   ( 1 OF 4 PAGES)

I, __Gerald Cunningham__ being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

left the wing in a rage!

The Affiant mailed copies of both grievances to the Governor's Office, and Office of Inmates Issues → manager, Terri Anderson, to prove Counselor Lutz, and Pinckneyville C.C. staff, counselor Dolce, Counselors head; Dement, C/O. Kisro and Warden Yolande Johnson did falsify and commit Official Misconduct, with intent to commit conspiracy against the Affiant!

Gov. Blagojevich's Office, and Terri Anderson can & must act accordingly since the Affiant has substantiated that those so name has indeed violated Departmental Rules, Administrative Directives, Illinois Compiled Statutes and the Constitutional Rights and laws with intent to do harm.

Therefore I, Gerald Cunningham do request his rights to Due Process, & Equal Protection of the Laws be so granted; FREE FROM POLITICS, and arrest be made immediately   SO DO I PRAY.

Counselor Lutz, if investigated will be found guilty of these offenses done to the Affiant, but also he has done so to many other prison inmates; Also the Counselors in the Pinckneyville.CC. prison are doing the same crimes!

Respectfully Submitted

_Gerald Cunningham_
Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21ˢᵗ day of _Sept_ 2007

_Donna Heideman_
Notary

**"OFFICIAL SEAL"**
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

– 4 –

10

**CC:** Warden Johnson, Pinckneyville C.C.
Gov. Blagojevich;
Terri Anderson, Office of Inmates Issues;
Linda Rice, EBONY Magazine;
Edward Lewis, ESSENCE Magazine;
Agent Maxwell, U.S. Dept. of Justice;

63

STATE OF ILLINOIS      )
                       )
COUNTY OF PERRY        )

*Turn in to 07/2008
March 27, 2008* Cun...

## A F F I D A V I T      (1 OF 2 PAGES)

I, __Gerald Cunningham__ being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

that on Jan. 10, 2008, Thursday, I mailed grievances in a sealed envelope addressed to CAO. Warden Daniel L. Austin. Also, on the front of the envelope, I placed my name and number of cell location, and my I.d. number.

There was two sets of grievances enclosed. The first was a seventeen page grievance complaint. The second, a two page complaint.

The seventeen page grievance I attempted to send both to it's proper offices, but C/O. T. Kisro kept intercepting them and sending them back, stating they need a counselor's response first. So I placed them in another envelope and addressed to Counselor/C/O and Kisro intercepted again and mailed them back. "This is done to assure that the (60) day time frame by DR 504 expires." So after (3) times of Kisro's act, I mailed them to Warden Austin with a Request slip.

The two page grievance concerns Pinckneyville C.C. Administration's Adjustment Committt criminally ordering Inmates Personal Property to be destroyed, Knowingly and willingly violating Laws, 730 ILCS 5/3-4-3.

The (17) page grievance is about being physically assaulted by a C/O. Swallers, and proving that Gov. Blagojevich sent guards thru Warden Austin and I.A. to cause harm to me if I did not stop complaining about IDOC staff corruption. I am sent to 4-House where I've had trouble with staff before, and now even more, with Disciplinary Re-

Respectfully Submitted

*Gerald Cunningham*

Mr. Gerald Cunningham
#B34888
P.O. Box 999
Pinckneyville, IL 62274
Phone No.# (618) 357-9722

Subscribed and sworn to before me on
the 28th day of February 200_

*Tracy L. M...*
Notary

OFFICIAL SEAL
TRACY L MAUE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/08/11

1

11

64

STATE OF ILLINOIS          )
                           )
COUNTY OF PERRY            )

## A F F I D A V I T        (1 OF 2 PAGES)

I, Gerald Cunningham   being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

ports written under deceptive practice underneath through the omission suppression and concealment of underling facts.

As of today's date, I am still waiting for the process or return of these grievances. I've mailed request slips to Warden but he refuse to assist me since he's been here. I can be safe to assume the last CAO, Yolande Johnson inform Mr. Austin to stay clear and allow the staff to continue in their committing official misconduct. He's surely doing that!

On Febuary 7, 2008, I spoke directly to Counselor Deen whom gave me all implication of the implementation act to coverup crimes was taking place in her office, by her responding to quickly when I ask her the question of the grievances and before I could complete the question she answered "I I don't know anything about it. I haven't received it." (See grievance attached).

As stated earlier, T. Kisro et al., commit these delay's to cause the 504 time frame (60) day expire which concludes and grievance is denied. Inmates have not received any Memorandum nor do we have any way of knowing how this 504 60 day time frame works. No matter how we file grievances, we are denied when it's staff misconduct. [Warden Daniel L. Austin is responsible for these documents!]

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on Febuary 26, 2008.

AFFIANT FURTHER SAYETH NAUGHT!

Respectfully Submitted

*Gerald Cunningham*

Mr. Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274
Phone No. (618) 357-9722

Subscribed and sworn to before me on the 28th day of Febuary 2008

*Tracy L. Maue*

Notary

OFFICIAL SEAL
TRACY L MAUE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/08/11

12

## Grievance Officer's Report

**Date Received:** 3-26-08  **Date of Review:** 4-11-08  **Grievance #** (optional): 3-14708

**Committed Person:** Cunningham, Gerald  **ID#:** B39888

**Nature of Grievance:** Staff conduct

**Facts Reviewed:** Offender grieves the conduct of grievance officer T. Kisro, Counselor Lutz, and Counselor Deen. Grievant claims Ms. Kisro intercepts his grievances sent to Warden Austin. Grievant claims Ms. Kisro, Mr. Lutz, and Ms. Deen fail to process grievances appropriately. Grievant claims Ms. Kisro holds grievances until they are past timeframe and then refuses to process them. Grievant claims he submitted grievances to Warden Austin in January but has never received them back.

**Relief requested:** advised the status of his grievances sent to Warden Austin; criminal investigation conducted; state and federal charges against all staff involved

Grievance Officer T. Kisro stated she processes grievances in accordance with DR504. Ms. Kisro denied grievant's allegations of intercepting grievances intended for Warden Austin.

Counselor Deen stated she processes grievances in accordance with DR504.

Counselor Lutz stated he processes grievances in accordance with DR504.

Investigations are conducted at the discretion of administration.

Filing of criminal charges is outside the jurisdiction of this facility.

*[handwritten:] Why is there no response from Daniel Austin. Is that where this missing grievance still is? How can he sign and ok this grievance and he's one of the accused?*

*[handwritten:] April 15, 2008 this maybe a really stupid question but where is the missing grievan? ARB, Fairchilds better not answer these forthcoming grievances. And where is my grievance answer on smoking (mail) on Nov. 30, 2007 I've lost that. Cunningham*

**Recommendation:**

This Grievance Officer was not able to substantiate grievant's allegations. I recommend denial of grievance.

*[handwritten:] Why Counselor Deen & Counselor Linda Fritts refuse to place the affidavits in my master files. That's tampering isn't it?*

**L. Fritts CCII**
Print Grievance Officer's Name

*L. Fritts CC II*
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 4-11-8   ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:** _____

*Daniel L. Austin* EW
Chief Administrative Officer's Signature

4, 11, 8
Date

## Committed Person's Appeal To The Director

*[handwritten:] Total 13 pages*

I am appealing the Chief Administrative Officer's decision to the Director. I understand that this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*Gerald Cunningham*
Committed Person's Signature

B39888
ID#

*[handwritten:] I received April / 15 / 2008*
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

9-0107

Original again not placed in Master file by C/O. Kiso.

| Date: May 25, 2007 | Offender: (Please Print) G. Cunningham, Plaintiff/Grievant | ID#: B39888 |
|---|---|---|

| Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center |
|---|---|

NATURE OF GRIEVANCE: UNDER THE DECLARATION OF PERJURY 28 U.S.C. 1746, 18 U.S.C. 1621, 705 ILCS 405/, 730 ILCS 5/3-5, ILLINOIS DEPARTMENT OF CORRECTIONS UNIFIED CODE OR CORRECTIONS: FOR DESCRIPTION: 5/33-5.

- [ ] Personal Property
- [x] Staff Conduct 18 U.S.C. 241
- [ ] Transfer Denial by Facility
- [x] See attached phone List & Denial of legal copy attached:
- [ ] Disciplinary Report:
- [x] See Sworn Affidavit Form Response's to Counselor's Crimes:
  I again get the original and instead of my Masterfiles

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

FILED
May 29 2007
ARB Facility where issued

- [ ] Disability
- [ ] HIPAA
- [x] Other (specify) PHONE HARASS-MENT:
  2.) REFUSAL/RE-VENGE
  3.) DELIBERATE INDIFFERENCE:
  CRIMINAL RECK-LESSNESS
  RETALIATION:
  CONSPIRACY

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED
JUN 08 2007
GRIEVANCE OFFICE

Brief Summary of Grievance: AFTER THE PLAINTIFF'S FRIENDS AND LOVE ONES MADE COMPLAINT PHONE CALL'S TO THE "GOVERNOR", THE "INSPECTOR GENERAL", THE ATTORNEY GENERAL'S OFFICES, THE PLAINTIFF FRIENDS PHONE IS NOW STOP BY PINCKNEYVILLE C.C.'S (I.A.) & WARDEN YOLANDE JOHNSON (CAO), HAVE NOW TAMPERED WITH THE PLANTIFF'S PHONE NUMBER TO THE PERSON'S OF WHOM MADE THE COMPLAINT'S TO GOV. BLAGOJEVICH & THE ILLINOIS INSPECTOR GENERAL, JAMES WRIGHT: PINCKNEYVILLE C.C. (CAO), YOLANDE JOHNSON, AND (I.A.) HAS ORDERED CONSOLIDATED PHONE COMPANY TO THIS PERSON'S No. SHUT OFF:

**PARAGRAPH ONE**

After the Plaintiff has received several attacks by the staff in this prison, named in several grievances, the Plaintiff had his family and loved

Relief Requested: 1.) Remove all blocks and "any" false acts taken by this prison officials to shut off any phone numbers of the Plaintiff immediately: 2.) Because Warden Johnson & her head of (I.A.) committed this crime, I request criminal complaint be filed

(CONTINUED ON PAGE #2:)

(CONTINUED ON PAGE #2:)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____
Offender's Signature       ID#      Date

(Continue on reverse side if necessary)

*(Handwritten right margin:)* RETALIATION Because family & Love Ones complained to Governor, IDOC cut my phone numbers to those that made the complaint

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 6, 29, 7

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See attached

Print Counselor's Name  R Lotz          Counselor's Signature  R Y          Date of Response  9, 3, 7

(Written by Counselor under May 29, 2007) (Received too late to fill dear Sept. 4, 2007) (Review completed to mail Sept. 17, 07)
Waiting on Law Library

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    _____/_____/_____
Chief Administrative Officer's Signature       Date

Distribution: Master File; Offender

STATE OF ILLINOIS
COUNTY OF PERRY                    ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

ones make calls to the Governor, Rod Blagojevich, and Mr. James Write, the IL.
Inspector General. The Plaintiff has no choice but to have family and
love ones call these offices and officials because Pinckneyville staff
will not allow his mail to go out to agency's that will assist the
Plaintiff. This is a part of the brain washing technic used by (DOC) on the
prisoner(s) whom fight legally against this corrupt system. They shut off,
and or cut all ties of those whom are sympathetic to the conditions
of prison. This has happen before.

**PARAGRAPH TWO**    HOW IN THE HELL CAN I GIVE 1-800 No. AND CANT CALL/WRITE

On May 25, 2007, the Plaintiff called his family/love ones to get
an update on his complaint, due to the angry acts of staff members
in the kitchen, and around the Plaintiff's assign passes, and housing unit.

The phone number the Plaintiff called, was interrupted by a record-
ing before it could go through. The Recording stated, [ that the number
dialed does not have a name or address. Please contact them and have
them call a 1-800-? ] The Plaintiff tried the number several times
and the same recording cut the line. The other numbers work which
proves this was deliberately done due to the complaint(s) made.

**PARAGRAPH THREE**

The (CAO), Warden Johnson, and her head of (I.A.) are respon-
sible for this action taken against the Plaintiff! Therefore, for all that
has taken place, due to conspiracy and no Equal Protection of the Laws,
these individuals so named must be punished by the Law! If they are
not, then the (CAO) must began an immediate investigation, and
bring these to justice and severely punish each and every person in-
volved.

**PARAGRAPH FOUR**

It is clear that security, has the authority to tamper with
prisoner(s) priviledges; but not to retaliate against anyone. It is no doubt
that security did inform Consolidated Phone company to stop this
phone number from being called! On top of all of this, this phone
number AND, Address, and Name, has been on the Plaintiff's
phone list for over TEN YEARS! Why all of a sudden there's no
name or address for this number. Put my damn phone numbers back
on immediately! NOW.

**CONTINUED RELIEF REQUESTED**

immediately. Also the Plaintiff believes that A/W. Wilson has a lot to
do with this and therefore request that those in charge, and whom can so
order the Consolidated company to shut off or tamper with phone No., all
must submit to a poly graph test, or be terminated! Plaintiff shall sue Consolidate.

**DECLARATION OF PERJURY**

Under the declaration of perjury 28 U.S.C. 1746, 18 U.S.C. 1621 that all state-
ment (s) are true to the best of my Knowledge, and that all is done under Conspiracy.

May 27, 2007
DATE SIGN                                        _Arnold Grimm_
                                          PLAINTIFF'S/AFFIANTS SIGNATURE

CC: Gov. Blagojevich
    Director Walker
    Warden Johnson
    Agent Maxwell, U.S. Dept.
    of Justice.

Distribution: Master File: Offender        Page 2                DOC 0046 (Rev. 3/2005)

STATE OF ILLINOIS      )
                         )

COUNTY OF PERRY      )

## AFFIDAVIT    (1 OF 4 PAGES)

I, Gerald Cunningham, being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

that on September 4, 2007, Tuesday, at approx. 10:45 am. Counselor Lutz came to my assign cell, 2-A-62, called my name and said "Here you go." Mr. Lutz slid two grievances under the door and took off; but was immediately stopped by one of the prisoner's next door, 2-A-61; which gave the Affiant time to view the grievances.

The first grievance I looked at, was on this prison criminally tampering with my "Phone Numbers" I hand to Counselor Lutz on May 29, 2007, on A-wing, 2-House.

I saw immediately the "Counselor's Response", "Date Received" was tampered with and criminally changed to June 29, 2007, with Counselor Lutz signature making himself guilty of Official Misconduct, intentionally falsifying Legal Document's committing conspiracy coverup to assure that the Grievance Office would Deny the Grievance stating "Not file in Timeframe". [This is a serious violation.]

The second grievance "Handed" to Warden Yolande Johnson while I came off of a (Religious Fast & Prayer Hunger Strike) due to Life Endangerment. Even though I handed this grievance to this warden on April 16, 2007, this warden writes received 4/18/07; AND signed it as nonemergency dated, 4/19/07." I received thru mail, April 20, 07 confir

Respectfully Submitted

_Gerald Cunningham_

Gerald Cunningham
#B59888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on
the 21st day of _Sept_ 2007

_Donna Heideman_
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp 01/20/2008

SD426

STATE OF ILLINOIS          )
                           )
COUNTY OF PERRY            )

## A F F I D A V I T          ( 1 OF 4 PAGES)

I, Gerald Cunningham , being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

mation of warden denial refusing to protect prisoner's constitu-tional rights! April 21, 07, guards began tampering with my food:

On April 23, 07, I tried to hand this same twelve page grievance from the warden to the next stage to Seg. Counselor, Mrs. Dolce, but Sgt. Owens inform her to not except and left the wing. I immediately used scratch paper and wrote warden Johnson informing her of these criminal acts. On April 24, 07, Mrs. Dolce came to the Affiant with great rage. Dolce snatched the grievance and snarled at the Affiant and left extremely angry. (Sgt. Owen assaulted me in seg.)

After several request, and seventy~three days later, I received a response from the so called head counslor, Mrs. P. Dement whom addressed "Counselor's Response" Dated; May 1, 2007. received, and signed Response May 31, 2007. I received June 6, 07, incomplete without Grievance Officer response to go to ARB! All was done on 1rst shift.

On June 6, 07, on 2nd shift, I sent the twelve page griev. back in for G/O response. This deals with Disciplinary Report so it automatically goes to G/O. "but not this one?"

After receiving no respenseon this grievance, I begun to send request slips to the warden, Counselor Lutz & G/O. Kisro. With no response, I sent letter request to Head counselor P. Dement and still no response and the Affiant see's what those named are do-

Respectfully Submitted

*Gerald Cunningham*

Gerald Cunningham
# B39388
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21 st day of Sept 2007

*Donna Heideman*
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp 01/20/2008

- 2 -

SD428

STATE OF ILLINOIS      )
                       )
COUNTY OF PERRY        )

## A F F I D A V I T     ( 1 OF 4 PAGES)

I, Gerald Cunningham, being first duly sworn upon oath depose and
state the following matters are true and correct made upon personal
knowledge and belief, and if called as a witness, I am competent to testify
thereto:

ing, which is delay the processing that "time frame" can be
used to deny, or process grievances when crimes has been committed
by Labor Union Staff/employee's.

On September 4, 2007, Counselor Lutz slid this grievance,
and the phone tampering grievance under the Affiant's assign cell,
2-A-62. (See paragraph #1 on page #1.)

On September 4, 2007, same day; Counselor Lutz put under cell
door; At 12:30 Day Room for the Upper deck, Lutz came on the
deck to give document to #61 cell. The Affiant shown Lutz the
phone grievance and ask him why did he lie and put the wrong
date he received the phone grievance, which was May 29, 2007,
but he wrote and held it till Sept. 4rth, and stated he re-
ceived June 29, 2007. Counselor Lutz went crazy with rage
and stated; "I'm not going to argue with you. Do you want these
filed or WHAT?" Affiant ask about the twelve page asking why
he is not getting G/O. response even though it's concerning Disciplinary
Report. Lutz again flared up and fling the grievances on the floor
stating the same. The Affiant request for each to be process
and Mr. Robert Lutz said; "That is all you had to say" and took
the grievance on the phone, & the twelve page and angerly

Respectfully Submitted

_Gerald Cunningham_

Gerald Cunningham
# B37928
P. O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on
the 31st day of _Sept_ 2007

_Donna Heideman_
Notary

-3-

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

71

SD428

STATE OF ILLINOIS )
)
COUNTY OF PERRY )

# AFFIDAVIT    (1 OF 4 PAGES)

I, Gerald Cunningham being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

left the wing in a rage."

The Affiant mailed copies of both grievances to the Governor's Office, and Office of Inmates Issues → manager, Terri Anderson, to prove Counselor Lutz, and Pinckneyville C.C. staff, Counselor Dolce, Counselors head; Dement, G/O. Kisro and Warden Yolande Johnson did falsify and commit Official Misconduct, with intent to commit conspiracy against the Affiant!

Gov. Blagojevich's Office, and Terri Anderson can & must act accordingly since the Affiant "has" Substanclated that those so name has indeed violated Departmental Rules, Administrative Directives, Illinois Compiled Statutes and the Constitutional Rights and laws with intent to do harm.

Therefore I, Gerald Cunningham do request his rights to Due Process, & Equal Protection of the Laws be so granted; FREE FROM POLITICS, and arrest be made immediately    SO DO I PRAY.

Counselor Lutz, if investigated will be found guilty of these offenses done to the Affiant, but also he has done so to many other prison inmates; Also the Counselors in the Pinckneyville·CC· prison are doing the same crimes

Respectfully Submitted

Gerald Cunningham
#B32888
P. O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21st day of Sept 2007

Notary

CC: Warden Johnson, Pinckneyville C.C.:
Gov. Blagojevich:
Terri Anderson, Office of Inmates Issues:
Linda Rice, EBONY Magazine:
Edward Lewis, ESSENCE Magazine:
Agent Maxwell, U.S. Dept. of Justice:

—4—

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

72

Inmate PIN Details
Site: PIN

Inmate PIN:  B 39888987     Inmate Name:  GERALD      CUNNINGHAM            Unit/Cell: R2-A -62

| Allowed # | First Name | Last Name | Relationship | Address1/ City/State/Zip | Block Code |
|---|---|---|---|---|---|
| 202/224-2152 | RICHARD | DURBIN | US SENATOR | | BW |
| 202/225-4372 | BOBBY | RUSH | CONGRESSMAN | | UW |
| 217/522-2666 | ROGER | WALKER | DIRECTOR  IDOC | | UW |
| 217/782-6830 | ROD | BLAGOJEVICH | GOVERNOR | | UW |
| 217/782-7263 | XX | XX | STATE POLICE | | UW |
| 312/225-2400 | XX | XX | REAL TIMES INC | | |
| 312/353-4952 | RICHARD | DURBIN | US SENATOR | | UW |
| 312/814-2955 | ROGER | WALKER | DIRECTOR  IDOC | | |
| 312/814-5100 | KIM | FAWCETT | ATTORNEY | 600 W JACKSON CHICAGO          , IL 60661 | R |
| 630/955-1212 | KATHLEEN | ZELLNER | ATTORNEY | 1717 N NAPER NAPERVILLE       . IL | R |
| 708/755-5021 | PATRICIA | RUSH-MARTIN | PUBLISHER | 615 S HALSTED CHICAGO          , IL | UW |
| 773/224-6500 | BOBBY | RUSH | CONGRESSMAN | | UW |
| 773/373-9400 | LOVANA LOU | JONES | IL STATE REPRE | ATIVE | UW |
| 773/995-7748 | EMIL | JONES JR | SENATOR | | UW |
| 847/244-4400 | C.L. | FAIRCHILD | PASTOR | 565 POWELL AV WAUKEGAN        , IL 60085 | BW |
| 847/662-0520 | C L. | FAIRCHILD | PASTOR | 565 POWELL AV WAUKEGAN        , IL 60085 | UW |
| 847/662-0699 | BETTY | CHRISTMAS | SISTER | 2505 METROPOLITAN AV WAUKEGAN        , IL 60085 | UW |
| 847/689-4475 | ISAIAH | CUNNINGHAM | FATHER | 2041 HERVEY AV NORTH CHICAGO   , IL 60064 | UW |
| 847/689-4759 | ISAIAH | CUNNINGHAM | FATHER | | UW |
| 847/872-7500 | ADELINE | GEO-KARIS | SENATOR | | |

Total Allowed List: 20

*blocked due to business Greater Faith Baptist Church*

## MEMORANDUM

**Date:**     Monday, September 03, 2007

**To:**      Cunningham R2A62

**From:**    Correctional Counselor R. Lutz

**RE:**      Grievance dated 05-25-2007

Issue # 1

Mail tampering has been addressed.

Issue #2

A call can not be interrupted if it has not gone through. All numbers that you wish to call via the Consolidated Phone Company must have an address correlated to them for billing purposes.

Issue #3

Addressed in issue # 2

Issue #4

Addressed in Issue #2

Relief response:

Consolidated blocks phones for different reasons, some of them include none payment, no address associated with a phone number, Phone numbers owner requests a block are some of the reasons.

I/M's can not request criminal charges via the grievance procedure.

*[Handwritten annotations:]*

Their is absolutely no reason for my Love ones phone to be tampered with! payments on bill, Address No blocks requested by Love ones. Turn all back on immediately!!!

Warden Yolanda Johnsen has to make that call. D-R! I received from counselor Lutz, Sept. 4, 07 at cell door, 2-A-623 False date he received on counselor's response. & false statements above. Also still denied original phone list the plaintiff turn in with 911 addresses in proper order. Intentional obstruction of Justice conspiracy by Lutz R. Lutz

74

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** 9-7-07    **Date of Review:** 9-13-07    **Grievance # (optional):** 9-2107

**Committed Person:** Cunningham, Gerald

**ID#:** B39888

**Nature of Grievance:** Utility services

**Facts Reviewed:** Grievant claims PNK CC Internal Affairs and Warden Johnson ordered Consolidated Phone Company to block his friend's phone number. Grievant claims this was done because his friend contacted the Governor, the Inspector General, and the Attorney General on his behalf to voice concerns regarding the conditions in IDOC facilities. Grievant claims PNK has shut off ties to his loved ones because of this. Grievant claims he was forced to ask his friends and family to contact these officials because PNK CC refuses to send his mail to the individuals noted above. Grievant claims he attempted to phone a family member but received a recorded message staring the dialed number has no name or address. Grievant states the recording advised him to have the dialed party call Consolidated Phone Services. Grievant claims this phone number has been on his phone list for over 10 years. Grievant states he is able to contact the other individuals on his phone list; therefore this proves PNK deliberately blocked the number.

**Relief requested:** remove all phone blocks; criminal complaint filed against Warden Johnson and Internal Affairs; polygraph examination for Warden Johnson, Internal Affairs, and A/W Wilson (or terminate these staff members); lawsuit against Consolidated Phone Company

Grievant did not specify the phone number on his list he alleges was blocked by PNK administration. A review of grievant's telephone list revealed that only one number to a family member or friend is currently blocked. This Grievance Officer contacted Consolidated Phone Co. to inquire the reason for the block on this particular number. A Consolidated Phone representative advised this Officer that the number is blocked because it belongs to the Greater Faith Baptist Church which is considered a business. In order for the block to be removed, a representative from the Greater Faith Baptist Church must contact Consolidated to approve phone calls from grievant. Consolidated Phone Co. stated PNK CC did not order this block. Consolidated Phone Co. routinely blocks business phone numbers until contacted by the business owner.

Grievant's allegations that his mail is being tampered with will not be addressed here as this issue was previously addressed in grievance #2-79.

Filing criminal charges against IDOC facilities or staff members is outside the jurisdiction of this office. This issue will not be addressed here. Polygraph examinations and staff discipline are administrative decisions.

### Recommendation:

This Grievance Officer was not able to substantiate grievant's allegations of violation of his phone privileges. I recommend denial of grievance.

*[Handwritten annotations:]*
A church can have a business but is not considered a business by the governments. This is a house of worship where my pastor resides!

My pastor's name is on my phone list at that number and you are violating my 1st Amend—Right cutting it off.

A church is not a business by federal LAW! After fifteen years of this being on my phone why now? Especially after they called a complaint to Gov. My pastor's!

**T. Kisro CCII**
Print Grievance Officer's Name

*(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)*

Grievance Officer's Signature [signature: Kisro CCII]

## Chief Administrative Officer's Response

**Date Received:** 9/14/07

[X] I concur    [ ] I do not concur    [ ] Remand

**Comments:**

Chief Administrative Officer's Signature [signature]    **Date:** 9·14·07

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature [signature: Gerald Cunningham]    **B39888**    ID#

*[Handwritten:]*
I received Sept / 17 / 2007

Await call/Goes to Law Library, and has been waiting with another (ARB) deadline for (2) weeks and placing Request slips in box each week & having prisoners place in the supvr's hand.

*[Handwritten bottom:]*
Again the original is not placed in my master's file. They can remove what they want or make it all disappear! What is (ARB) needed for if they allow these acts

**Distribution:** Master File; Committed Person

Page 1

Printed on Recycled Paper

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

75

STATE OF ILLINOIS
COUNTY OF PERRY

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: July 25, 2007 | Offender: (Please Print) G. CUNNINGHAM; Plaintiff/Grievant | ID#: B39888 |
|---|---|---|

| Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center |
|---|---|

NATURE OF GRIEVANCE: UNDER THE DECLARATION OF PERJURY 28 U.S.C. 1746; 18 U.S.C. 1621; 735 ILCS 109; 730 ILCS; ILLINOIS DEPARTMENT OF CORRECTIONS; UNIED CODE OF CORRECTIONS; POST DISCIPLINE DT 5/33-3;

- ☐ Personal Property
- ☒ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☒ Staff Conduct 18 U.S.C.A.
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☒ Other (specify):
- ☒ Exhibits A thru D, & Trust Fund Transaction Sheet Attached;
- ☐ Disciplinary Report: _____ Date of Report _____  (1 OF 10 PAGES)

1.) DELIBERATE INDIF-FERENCE;
2.) OBSTRUCTION OF JUSTICE;
3.) INTENTIONAL & DE-LIBERATE THEFT;

**FILED** Pag. 272007 Thru mail

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

4.) RESTRICTION PENALI-ZATION REVIEW BOARD;
5.) REFUSAL/DELAY
6.) DENIAL;
7.) DELIBERATE FEDERAL VIOLATION;
8.) ACCESS VIO-LATIONS;

Brief Summary of Grievance: THE PLAINTIFF SENT LEGAL MAIL TO THE "DISCIPLINARY COMMISION

OF THE SUPREME COURT OF ILLINOIS" MAIL ROOM SUPERVISOR, MRS. FISHER

DELIBERATELY REFUSED TO MAIL SUPREME COURT LEGAL DOCUMENT(S)

DENYING THE PLAINTIFF ACCESS TO LEGAL ASSTANCE; THE PLAINTIFF

THEN SENT OUT THE SAME SET OF LEGAL DOCUMENT(S) TO ATTY. IN CHI-

CAGO, & SUPREME COURT IN SPRINGFIELD, BUT FISHER OVER CHARGED

POSTAGE DELIBERATELY MAKING THIS A FEDERAL CRIME/OFFENSE;

(FISHER HAS DENIED THE PLAINTIFF MAIL TO IL. STATE POLICE)

PARAGRAPH ONE

MAIL TAMPERING

     In  the  Constitution  of The  State Of Illinois, Article VI-The Judi-

ciary, Section 15. Retirement-Disciplinary; (b) A Judicial Inquiry Board is created

(CONTINUED ON OTHER SIDE)

Relief Requested: 1.)     The  Constitution  of  the  State  of  Illinois  proves that the Disciplinary

commission of The Supreme Court must be excepted as Legal Mail, due to the

facts, that the Board members are Judges, and Attorney's of the

(CONTINUED ON OTHER SIDE)

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Gerald Cunningham B-39888 | Aug. 27, 2007 |
|---|---|
| Offender's Signature | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: 9.24.07 | ☒ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Per mailroom Supervisor Fisher mail is processed according to IDOC policy & procedure. Incoming & out-going privileged & legal mail is processed according to DR 525 (Revised 9-1-01). #9 Postage Charge was due to mail being weighed as flat if should, then weighed as Parcel due to thickness or package. Counselor w/o has reviewed & returned all I/M cunningham grievances. C/s Dement is not holding any grievances so long as I/m, C/O Fletcher distribute's I/m mail according to IDOC Policy & Procedure.

| LINDA FLETCHER | Linda Fletcher | 9-25-07 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

Received from warden Sept. 7, 2007 (Sent to G/O, Sept. 10, Thru mail to warden Fisher Linda Fletcher 9-24-07) Received from Counselor on response, Sept. 25,07     Put back in force, Sept. 25, Counselor Fritts;

---

**EMERGENCY REVIEW**

| Date Received: 9-7-07 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance  ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| [signature] | 9-7-07 |
|---|---|
| Chief Administrative Officer's Signature | Date |

The "Supreme Court" shall select two "Circuit Judges" as members and the Governor shall appoint four persons who are not lawyers "and three lawyers" as "members of the Board."

Section 15. (c) The Board shall be convened permanently, with authority to "conduct investigations" receive or initiate complaints concerning a judge or Associate Judge; and file complaints with the Courts Commission.

## THE SUPREME COURT COMMISSION

(e) An independent Courts COMMISSION is created consis of one "Supreme Court Judge" selected by that court as member and one as an alternate, "two Appellate Court Judges" selected by that Court as members and "three as alternates"; "two Circuit Judges" and two citizens selected by the Governor as members and two as alternates.

PARAGRAPH TWO    THE SUPREME COURT DISCIPLINARY COMMISSION MEMBERS

By the "Constitution Of The State Of Illinois", the Disciplinary Commission, of the "Illinois Supreme Court" are (9), NINE JUDGES; (8) LAWYERS." Which makes the Disciplinary Commission of the of the Supreme Court of Illinois, LEGAL MAIL!":

PARAGRAPH THREE    VIOLATION OF DUE PROCESS LAWS & OBSTUCTION OF JUSTICE

On July 8, 2007, the Plaintiff sent mail in a .39¢ prestamp envelope, a "formal complaint" address too, the IL. State Police Department. FOUR DAYS LATER; Thur. July 12, 07, not the next day! Supvr. Fisher, Head of the mail Rm., returned the Plaintiff's IL. State Police envelope still sealed with the money voucher stamp in bold red ink, "INSUFFICENT FUNDS." On July 12, 2007, Thursday, the Plaintiff attached a new money voucher, and attached it to the same unopen stamp envelope adress to, IL. State Police, and counter on voucher how that their is no law to stop any "INDIGENT" prison inmate, Delay of mail, from mailing out legal or privilege mail to those under the State and Federal guidelines that "all" (DOC) must obey, placing envelope et al., back in the mail box. On July 19, 2007, Friday, Supv. Fisher return and again stamp Insufficent Funds refusing to mail out Legal complaint. The Plaintiff also sent a request slip to Mrs. Fisher, I quote, "For the 2nd time you have denied me to mail my "Legal" documents out the Illinois State Police, with a stamp envelope stating needing $0.19¢. Can you tell me why; even though I am "indigent" and without money. What "LAW/STATUTE" can you use to commit this offense please. This is "Legal mail" as "ARB." Dated July 18, 2007. On July 19, 2007, I received the request back with reply from Fisher stating, I quote, "Not all leg/priv. mail is mailed out at State expense. IL. State Police is one of those." Fisher has committed big Federal Offenses:

PARAGRAPH FOUR

On July 19, 2007, the Plaintiff mailed out a complaint "LawSuit" to the Disciplin-

(CONTINUED ON PAGE #3.)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

ary Commission of the Supreme Court of Illinois, with a (DOC 0296) payment form was attached for postage! A complete five days later, on July 24, 2007, the (DOC 0296) was return with envelope still sealed, but the (DOC 0296) is stamp in Large red lettering "INSUFFICIENT FUNDS", AND cost & weight of documents, and envelope for postage in blue ink, "1 Lb 13.9 oz., $4.900". (See Exhibit A.):

## PARAGRAPH FIVE

On July 25, 2007, after reading the Constitution of the State of Illinois the Plaintiff attached a new (DOC 0296) to the same unopen envelope marked LEGAL MAIL, and wrote the DR 525, and how the Illinois Supreme Court is a Court no matter what address is on envelope, as long as this Office is of the Supreme Court of Illinois. Lt. Green, (not retired) on first shift called Supvr. Fisher on first shift and took the Insufficient Funds stamp, and wrote on the back of the (DOC 0296) given response from Supvr. Fisher, of legal mail is what the Plaintiff already knew but now evidence of mail tampering is proven! Legal mail is; States Attorney's; Public Defender; Attorney General, Any Court, Any Judge". [It also should be added any U.S. Dept. of Justice, Police, State or Federal AND the Illinois Inspector General's Office → of which my mail never makes it to them thru (IDOC) mail system, especially at Pinkneyville C.C.] (See Exhibit A, (on back) for Lt. Green's hand writing of Supvr. Fisher's statement to him.) :

## PARAGRAPH SIX

The Plaintiff took the new (DOC 0296), with the same envelope and went to the control Room Pod by handing all to 96. Rutherford, and he stapled voucher to envelope on (2nd), second shift, on July 25, 2007! (See Exhibit B.):

## PARAGRAPH SEVEN

On July 26, 2007, second Shift, 96.Fletcher, the assign wing guard, at appro. 3:30 pm, calling the Plaintiff's name, "Cunningham?", and open door, and gave the same documents he sent out the night before, July 25, 2007, with the (DOC - 0296) stapled, But; "The envelope had been criminally punctured on both sides of the envelope, and RIPPED. This was intentional)! The Plaintiff immediately asked 96. Fletcher, by saying, "Did you tear my envelope open like this?" Fletcher said, "I only deliver the mail, I don't tear them open." Plaintiff, "So your saying the mail Room, Supvr. Fisher did this?" Fletcher refuse to respond and walked away, [The Plaintiff believes that Supvr. Fisher deliberately ripped open each side of the envelope, "LEGAL MAIL", to obstruct Justice, Which is a Federal violation of the Law! I'll seek indictment!

## PARAGRAPH EIGHT

The Plaintiff immediately placed the ripped open on each side envelope to the Disciplinary Commission of the IL. Supreme Court, and placed the entire envelope in a new envelope, but changing the address to the Supreme Court in Springfield instead of Chicago. Also, the same documents, copied, Addressed to Atty. Frank Himel in Chicago IL. The Plaintiff hand both to 96. Sweatland with (DOC0296) July 26,07

(CONTINUED ON PAGE # 4.)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

**PARAGRAPH NINE          INTENTIONAL MAIL TAMPERING/THEFT FELONY**

On July 27, 2007, the next day, on second shift; %. Fletcher passed out mail as the assigned guard for 2-A. Fletcher called the Plaintiff's name and thrown under the cell door on the floor two yellow receipts, (DOC 0286). The Illinois Supreme Court Disciplinary Commission postal weight was, (Exhibit C.) 1 Lb. 14.7oz. The cost, $9.15¢! The same set of documents addressed to, Atty. Frank Himel, the (Exhibit D.) postal weight, 1 Lb. 8.2oz. The cost, $9.15¢. The prices for postage; according to Supvr. Fisher, had flown sky high, only by Supvr. Fisher putting her finger on the scale, or, and no doubt Supvr. Fisher just lied out of anger, not being able to have to control herself, having authority over another human being. (See Exhibits, C & D.):

**PARAGRAPH TEN**

The same document that Supv. Fisher stamp, Insufficient Funds, and the weight, 1 Lb. 13.9 oz, cost. $4.90¢, was ready to be mailed out, but strangely it was stopped, which brings the Plaintiff to believe and know, that by the intentions of mailing out but stopped, Supvr. Fisher was stopped by, (I.A.) whom has done the same with the Plaintiff's phone, and other mails not being allowed to come in. (<u>Grievances were filed by me personally handing directly to Counselor Lutz on May. 29, 2007 on the phone et al. But Lutz has refused to process, committing obstruction of Justice Intentionally</u>):

**CONTINUED RELIEF REQUESTED**

courts! Therefore, the Plaintiff must also insist that "ANY" State POLICE/Inspector General's Offices/Supreme Court Offices/or any Illinois politicians/or any Offices that can assist and receive "any" COMPLAINT'S against Staff/employee(s) of (IDOC), especially the boss, which is the GOVERNOR of the State, be mailed out no matter if the Committed Person/Inmate is Indigent or not! As a matter of Law, in the State of Illinois, a Courts Ruling, If a Committed Person is indigent, all medical $2.00 co-payment is ELLIMINATED, and not to be charged for any medical co-payment. The same must be done on "ALL" outside of medical as well! Mail to any politician in office, Representatives et al., whom makes laws for (DOC) to follow and to obey, can not be stopped under any circumstances under the Color of Law! To stop complaints from reaching any of these so mention, is unconstitutional, and conspiracy. Also to charge Indigent Committed Person's legal/Privilege for mail, but not medical co-payment and stop complaints due to no monies is Obstruction of Justice/Mail Tampering and a Violation of Due Process! 

(2.) In Exhibit A, Supvr. Fisher shown evidence that she was mailing those legal documents out, but for some strange reason "she" stop the process in mid air, so to speak! I, the Plaintiff believe that Fisher informed (I.A.), Lt.         , and this mail was stopped to protect all of whom allegations in these documents now in the hands of the IL. Supreme Court "if" they left

(CONTINUED RELIEF REQUESTED ON PAGE # 5.)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

this prison, even though the Plaintiff was "way ever charged deliberately by Supvr. Fisher, whom now has committed a felony and must be arrested and sent to prison of which the Plaintiff is seeking:

(3.) Exhibit A, postal weight on the (DOC 0296), 1Lb.13.9oz, $4.90¢ was a correct price for postage, Dated, July 19, 2007. When we look at Exhibit C, weight, 1 lb.14.7oz; and Exhibit D's weight, 1Lb.8.2oz, the Plaintiff is charged for both $9.15¢ each. There is no request for any extra additional postage, such as certified mail or any other such thing, which (IDOC) does not grant if the Committed Person is Indigent, always leaving the door open for mail tampering. The only reason was to deliberately over charge the Plaintiff, for the comments on each money voucher (DOC 0296) which the Plaintiff used laws and ask questions. Supvr. Fisher committed crimes and must be punished by the Law! Please do so!!

(4.) Exhibit B, (DOC 0296) form, dated July 25, 2007, pick up by 8.Rutherford of whom I hand to him directly! On July 26, 2007, 2nd shift, 8.Fletcher gave the same documents back but, someone had stuck a pencil/pen in on both sides of the "Legal Envelope" and revealed the enclosed documents". On the (DOC 0296), there was no bold red lettered stamp "Insufficient Funds" marked, this points all blame of ripping open the envelope soley done by Supvr. Fisher deliberately. These are Federal violations of Law, and automatic criminal violation brings immediate prosecution of the law, which I do request that Warden Johnson contact the Atty. Gen. Madigan, and the Direct, and the Governor, Blagojevich to file proper charges and immediate arrest which is Due Process! All was mailed to the Supreme Court Justice:

(5.) I can not hand any grievances to Conselor Lutz, whom has deliberately refused to process any of my grievances since May 29, 2007, and Head Counselor, Mrs. Dement whom is holding grievances. So from now on my grievances, small or great shall be filed as emergency's, to hopefully receive back thru the mail, but one emergency was sent, Aug.14, 2007, pick up by 8. Clark, and nothing has been done about this extremely dangerous issue, and emminent life endangerment is high on this day of August 17, 2007! Nothing has been done. On the last emergency, (I.A.) Lt. Baker lied stating he spoke to me and one has spoken to me as of this day and time. So the grievance process here is criminal and dangerous. I therefore request immediate assistance from (IDOC) Headquarters (I.A.) & the Illinois State Police, and Gov. Rod R. Blagojevich:

## DECLARATION OF PERJURY

Under the declaration of perjury 288 U.S.C. 1746; 18 U.S.C. 1621, that all statements that are made in this complaint are true and correct to best of my knowledge. I do request criminal charges to be filed against all so named:

| August 17, 2007 | | |
|---|---|---|
| DATE SIGNED | CC: Warden Johnson; Pinckneyville C.C. | PLAINTIFF/AFFIANTS SIGNATURE |
| | Director Walker IDoC C/ARB: | |
| | Gov. Blagojevich? | |
| | Agent Caldwell, U.S. Department of Justice: | |

Indigent can be paid for
to ANY Court says
Lt. Green. 1rst shift.

*this is un necessary!*
*The Supreme Court so*
*IL is any Court!*

## ILLINOIS DEPARTMENT OF CORRECTIONS
### EXHIBIT B
### Offender Authorization for Payment

Posting Document # _____

2nd time mailing
(Legal document) date July 25, 2007

Offender Name _____

ID# B39888  Housing Unit 2-A-62

Pay to _____

Address _____  NONE

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of *Postage for legal mail postage to the IL Supreme COURT!*
*declaration of perjury Affidavit w/signature on front. Signature inside. Dead line?*

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# B39 888

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

*No Red Stamp*

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

*S6 Fletcher rip or*
*July 26, 2007*
*Received back*
*again, but this time*
*rip up as to the envelope*
*and had been thrown around*
*torn on each side.*

*Departmental Rule 525 so orders*
*these documents be mailed outside*
*to it 13 "Providing direct legal repre-*
*sentation to committed person."*
*Please do not violate federal statutes!*
*contents enclosed are direct legal representation by*
*this IL Supreme Court. Hand to J. Sweatland.*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

## ILLINOIS DEPARTMENT OF CORRECTIONS
### EXHIBIT A
### Offender Authorization for Payment

Posting Document # _____  Date July 19, 2007

Offender Name Cunningham  ID# B39888  Housing Unit 2-A-62

Pay to _____

Address _____  NONE

City, State, Zip _____

*INDIGENT FUNDS*

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of *Postage for the Supreme court disciplinary. signature inside*
*and signature outside Affidavit's*

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# B39888

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and QQ cents.

Distribution: Business Office, Offender

*received July 2A*
*from Clerk*
*from Jeff Whipham*
*chief Federal*
*but Litton committee*

116  13.9 oz

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

EXHIBIT C

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____    Date _____

Offender Name _____ ID# _____ Housing Unit _____

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.  ☐  I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____    ID# _____

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender

*I received July 27 07 by % Fletcher*

DOC 0298 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

**8**

---

ILLINOIS DEPARTMENT OF CORRECTIONS

EXHIBIT D
## Offender Authorization for Payment

Posting Document # _____    Date _____

Offender Name _____ ID# _____ Housing Unit _____

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail. .  ☐  I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____    ID# _____

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender

*Printed on Recycled Paper*

DOC 0298 (Eff. 1/2006)
(Replaces DC 828)

*I received July 27, 2007 by % Fletcher*

Date: 8/9/2007
Time: 3:12pm

d_maint_tr_inmate_tr_restrictions

**Pinckneyville Correctional Center**
**Trust Fund**
View Restrictions

Page 1

**Restrictions for:  B39888    Cunningham, Gerald**

| Date | Invoice Number | Type | Description | Vendor | Amount |
|------|----------------|------|-------------|--------|--------|
| 03/02/2007 | 221715 | Disb | Legal Postage | 4321 IBF Postage | $5.15 |
| 03/30/2007 | 221950 | Disb | Legal Postage | 4321 IBF Postage | $2.79 |
| 03/30/2007 | 221950 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 03/30/2007 | 221950 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 04/04/2007 | 221975 | Disb | Library-legal | 2 DOC: 523 Fund Library | $2.60 |
| 04/04/2007 | 221976 | Disb | Library-legal | 2 DOC: 523 Fund Library | $3.25 |
| 05/02/2007 | 222144 | Disb | Legal Postage | 4321 IBF Postage | $4.05 |
| 05/25/2007 | 222419 | Disb | Legal Postage | 4321 IBF Postage | $4.60 |
| 06/08/2007 | 222537 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $5.50 |
| 06/12/2007 | 222546 | Disb | Legal Postage | 4321 IBF Postage | $1.31 |
| 06/25/2007 | 222691 | Disb | Library-legal | 2 DOC: 523 Fund Library | $4.05 |
| 07/02/2007 | 222780 | Disb | Legal Postage | 4321 IBF Postage | $1.82 |
| 07/11/2007 | 222801 | Disb | Legal Postage | 4321 IBF Postage | $0.97 |
| 07/17/2007 | 222838 | Disb | Library | 2 DOC: 523 Fund Library | $7.50 |
| 07/20/2007 | 222931 | Disb | Legal Postage | 4321 IBF Postage | $0.97 |
| 07/27/2007 | 2223008 | Disb | Legal Postage | 4321 IBF Postage | $9.15 |
| 07/27/2007 | 2223008 | Disb | Legal Postage | 4321 IBF Postage | $9.15 |
| 08/02/2007 | 223055 | Disb | Library | 2 DOC: 523 Fund Library | $4.35 |

**Total Restrictions:** $70.39
**Inmate Restricted Balance:** $70.39

Just because I'm being
charged, doesn't mean the
mail is not being destroyed
after opening        I received August 12, 2007
                                    by Jo Clark
Cunningham

10

83

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

**Date Received:** 10-5-07     **Date of Review:** 10-12-07     **Grievance #** (optional): 10-1307

**Committed Person:** Cunningham, Gerald     **ID#:** B39888

**Nature of Grievance:** Mail

**Facts Reviewed:** Grievant claims Mailroom Supervisor C. Fisher is deliberately mishandling and tampering with his mail. Grievant claims Ms. Fisher refuses to send his mail to various governmental and legal agencies. Grievant claims Ms. Fisher is deliberately overcharging him for postage.

Relief requested: send his mail to all agencies requested regardless of the availability of funds in his trust fund account; no charge for medical co-payments due to indigent status

Mailroom Supervisor C. Fisher has addressed this issue on several occasions (reference grievances #2-79 and #3-28). Ms. Fisher stated all of grievant's mail is processed in accordance with IDOC guidelines. Ms. Fisher stated neither she nor her staff tamper with or mishandle grievant's mail.

Per Business Administrator L. Flowers, grievant does not meet the definition for medical co-pay relief. He is required to pay medical co-payments.

**Recommendation:**

This Grievance Officer found no evidence to support grievant's allegations that his mail is being mishandled or tampered with. I further find that grievant is being charged medical co-payments appropriately. I recommend denial of grievance.

**T. Kisro CCII**
Print Grievance Officer's Name       Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 10-15-07     [X] I concur     [ ] I do not concur     [ ] Remand

**Comments:**

Chief Administrative Officer's Signature       Date 10/15/07

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature       ID# B39888       Date Oct / 16 / 2007

8-13607

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**    (EXHIBIT E.)

| Date: August 14, 2007 | Offender: (Please Print) G. Cunningham, Plaintiff/Grievant | ID#: B39888 |
|---|---|---|

| Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center (General) |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [X] See three page Affidavit On Grievance Tampering
- [ ] Disciplinary Report: _____

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] HIPAA

- [ ] Disability
- [ ] Other (specify)

Date of Report _____ Facility where issued

Why am I getting three reports? Why are they not placed in Masterfile?

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: AGAIN THE PINKNEYVILLE ASSIGNMENT OFFICE & WARDEN JOHNSON PLACE A MENTALLY DISTURBED I/M IN THE CELL WITH HIM. I/M STADDER HAS CONTINPLATED TO COMMIT SUICIDE, HIGHLY AGGRESSIVE, SPEAKS & LAUGHS TO HIMSELF, HE'S ANGRY WITH HOSTILE AFFECTS PUGNACIOUS, DARING, BLUNT AND QUIT NACISSIBLE AND IRRESPONSIBLE IMPULSIVE: HE IS DANGEROUS TO HIMSELF, AND SHALL KILL HIMSELF OR FORCE ANOTHER TO DO SO.

PARAGRAPH ONE

On August 3, 2007, the Plaintiff gets a new cellie, Johnathan Stradder. Day one stradder inform the Plaintiff that he was on Heron, speed and extacy, and hurt his parents badly and how he wanted to commit suicide. The Plaintiff spoke of God to him and he

(CONTINUED ON OTHER SIDE)

Relief Requested: (1). I/M. Stradder will eventually commit suicide and/or get seriously hurt in the cell with the wrong person. He was placed in with me to cause harm to me as many other passed inmates, here at Pinkneyville C.C. Get him some help. (2.) For my safety, leave

(CONTINUED ON PAGE # 3.)

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Herald Cunningham_ Offender's Signature    B39888 ID#    Aug, 14, 2007 Date

(Continue on reverse side if necessary)

RETALIATION BY Placing High aggressive uncompatible cellies knowingly hoping to cause harm to the Plaintiff.

---

| **Counselor's Response (if applicable)** | | |
|---|---|---|

Date Received: 8/27/7    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Forwarded To Hus admin for reply.

Print Counselor's Name    R L    Counselor's Signature    R L    Date of Response 8/27/7

(Received first time from my office Sept. 11, 2007 & copied and Mailed by me to ARB

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: 8/24/07    Is this determined to be of an emergency nature?    [X] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

MHP referral (both inmates)

Chief Administrative Officer's Signature _Welborn_    8/24/07 Date

spoke of how he's gotten back with God but he said that his mind keeps remembering all the wrong he's done and it hurts him really bad so he ask the Plaintiff to keep him from doing it and keep his mind off it. The Plaintiff did try. I'm not a psychiatrist.

PARAGRAPH TWO

As the days go on, the Plaintiff notice how Stradder would all of a sudden laugh at nothing and scratch his foot like a dog would do after using the grass for a toilet, scratching the grass to cover it. Stradder would also hit the table in a violent way after thinking of his pass. The Plaintiff said nothing! I am not a psychiatrist.

PARAGRAPH THREE

The Plaintiff was told by Stradder, that he was on some type of mind control drugs in the world to calm him, but Pinckneyville C.C. medical staff refuse to put him on anything, which makes him dangerous to himself and others as myself.

PARAGRAPH FOUR

On August 13, 2007, the Plaintiff beginning to smell due to running out of soap and all hygiene. Indigent cosmetics. Stradder has made several comments as well as the Plaintiff. The Plaintiff requested several times to wing guard Harbison to call the clothing room and allow the Plaintiff cleaning hygiene items since he's indigent. This request was made several times all of 1rst shift but nothing was done. If Mr Stradder's mind is going fast and the Plaintiff is smelling in 100° degree weather its not helpful. Harbison told the Plaintiff that he spoke to the lieutenant and they would see if they could do so. He wouldn't give name. If it was Williams there would be nothing done due to Lt. Williams is the Plaintiffs enemy. This plan to not get hygiene would hopefully cause a life and death situation on the Plaintiff, which is Lt. Williams and others plan. Stradder tells Harbison he ready to snap if he has no smoke at the same time I spoke commissary passed out.

PARAGRAPH FIVE

On August 14, 2007, Wing guard Flowers was ask for soap again and when Flowers heard the Plaintiff's name ("Cunningham"), Flowers said "Oh yea Lt. Green and I want looking for you some soap, and we couldn't find none." Plaintiff, "would you sign a statement to that, that there is no soap for indigent in this institution?" Flowers, "I didn't say in this institution I said in this house!" Plaintiff, "would you get me some so. It's 110° degrees outside and I need some hygiene." Flowers, "I can't get you any." Plaintiff, "the clothing room has them, may I get some, will you call please?" Flowers, "Nah- I can't get you no soap." Plaintiff, "would you sign a statement to that?" Flowers, "Noah." Plaintiff, "thank you sir." Stradder shows major anger during the day, Stradder begins laughing to himself more often. And began making the "Ain't", "Nah" sounds at himself. On second shift at dinner Stradder begans to get violent verbally pushing wrong buttons of the Plaintiff, but the Plaintiff sees clearly that Stradder is sick and needs serious help. Someone better do it quickly- The Plaintiff can clearly see a pattern of the Placement office/(I.A.)/wardens et al., of

doing their best to put somewhat, any kind of mentally ill, unstable mind individual or highly aggressive violent person in the cell with him to get him ~~killed~~. The Plaintiff is getting real tired ~~of this~~. Their are some very peaceful inmates in prison that won't harm no one and not bothering no one. ± I/M. Donald Taylor, Jesse Cummings just to name a few. But the actions to continue to place my life in any kind of danger, and show a pattern, is attempt murder. ±

## CONTINUED RELIEF REQUESTED

all cellies out and allow me to cell alone. That's the only way to stop all threats against my life as planned by your staff Warden Johnson. I will request for a cellie as God sees fit! Stop putting my life in danger!

## DECLARATION OF PERJURY

under the declaration of perjury 28 U.S.C. 1746. 18 ill. U.S.C. 1621, that all of my statements of my cellie needing help for to not commit suicide, and has aggression level are true to the best of my knowledge. I/M. Straddler is a danger to himself and others. Straddler is in need of whatever drugs he was on and is highly aggressive, and has an extreme nervous problem. He needs drug treatment very badly.


August 14, 2007
DATE SIGN/MAILED

_(signature)_
~~PLAINTIFF~~ AFFIANT'S SIGNATURE

CC: Director Walker / IDOC / ARB.:
    Atty. Steven Jay Rozan:

STATE OF ILLINOIS )
)
COUNTY OF PERRY )

## AFFIDAVIT    ( 1 OF 3 PAGES)

I, Gerald Cunningham , being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

that due to Counselor R. Lutz is continuing reprisal toward me since he's been caught red handed in his criminal act of obstruction of justice, Counselor R. Lutz continue in falsifying Legal documents.

On an emergency grievance, due to a second mentally ill cellies, informing them that I am not a psychiatrist, and to stop placing high aggression level inmates / gang members/ suicidal prisoners in the cell with me as I/M. Walls, & I/M. Stradder proven! Stradder is probably in seg. or in hospital beat up by now, whom spoke of suicide to me:

Counselor Lutz added a false acting Memorandum to this grievance stating that at a Level #2 prison, they dont give inmates cells alone. This is a lie! 2-A-66, has been without a cellie for six-days and counting: My current cellie has lung disease.

Counselor Lutz put me in to see Mental Health. This was done criminally, and as a reprisal. Counselor Lutz stated to me previously on how intelligent I was due to my knowledge of Administrative Directives, and the calmness about the way I handle all the demonic satanic acts of himself, and his fellow employees of IDOC. I saw a Mrs. Stevens, whom lied and stated she did not know why my name was placed on her desk to see me. "That better not happen again." Counselor Lutz must see a psychiatrist, and a preacher before he goes to hell

Respectfully Submitted

_Gerald Cunningham_
Mr. Gerald Cunningham
# B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21st day of Sept 2007

_Donna Heidemann_
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

-1-

SD428

STATE OF ILLINOIS        )
                         )
COUNTY OF PERRY          )

# AFFIDAVIT    (1 OF 3 PAGES)

I, Gerald Cunningham ___, being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

for the crimes he's committed against the Laws, and God! Mrs. Stevens declared me perfectly sane! Lutz has no power to put I/M's to MHP?
   Counselor Lutz states that Hygene supplies are passed out every ninety-days." Another "LIE" Mr. Lutz will stand before Jesus, thee Christ, and be condemn to hell's fire! Hygene is given once per month! (2) bars of soap can not last (90)-days!:
   It is the job of Wing officers to call and check/inform clothing room (especially on LOCK DOWN) that a inmate whom is Indegent, that he needs soap or all Hygene Items; (especially in temperatures ranging up to 110° degrees in the cell on Lock Down! (See Administrative Directives):
   Counselor Lutz states that Ive had five cellies, as if I had all five removed. Ive had four cellies in 2-A-62, and the current No.#5. Winston, has a lung disease, and has request for a nonsmoking cell several times but denied. This is what this prison does!
   Cellies in 2-A-62; I/M. Walls, #B48723, from May 23,07, to June 23,07 when he snap and went insane. (2nd) I/M. Franklin. June 26,07, to July 12,07 moved to B-38, Administative move for Schools (3rd) I/M. Lipscumb, July 12,07 to July 30,07, taken to seg. because Sgt. Fletcher. 2nd shift lied on him; (4th) I/M. Stradder (See grievance attached) (5th) & current cellie. Charles Winston, Lung disease and denied nonsmoking cell. Winston moved in, August 21, 2007. The lung sickness is

Respectfully Submitted

*[signature]*

Mr. Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and sworn to before me on the 21ˢᵗ day of ____Sept____ 200 7

*[signature]*
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

-2-

89

SD426

<u>SWORN AFFIDAVIT</u>           ( 1 OF 3 PAGES)

bronchitis and is on/in his medical files. He has put in for a nonsmoking cell, but has been denied since coming to Pinckneyville C.C.! He has in his medical files that he passed out at Menard C.C. due to these attacks, and put in for nonsmoking cell when he came here in Receiving! Pinckneyville C.C. staff/employee's are responsible for many of Inmates medical illnesses, assaults, Inmate on Inmate, due to evaluations and purposely placing certain prisoner's with certain prisoner's to cause a fight and get one, or both injured. All is done to be able to stress to the Governor how much the staff are in so much danger, and underpaid, when they are the ones whom are causing the incidents. (See 730 ILCS 5/3-5-3. Annual and other Reports, under Section 5-650 of Departments of State Government Law (20 ILCS 5/5-650):) "Warden Johnson ok'd Lutz suggestion to have HMP evaluate me. Anyone who allows injustice, needs evaluation."

Racist decession's are made as for cell moves, Counselor Lutz states that because this prison is a Level 2 disciplinary prison, they can not allow a SAFE enviorment productive Institution, to allow I/M's to cell with whom they'll have no problem with foreseen, but moves are made to assure that problems & or murder do occure! This is done throughout (IDOC), and place prisoner's lives in danger, which is why I've ask to be celled by myself due to Administrative staff and it's entirly are extremely angry, abusive and my life remain under reprisal life endangerment by all of their decissions toward me.

As stated, Racist decission are made on cell moves, and ment to cause harm thru aggressively high angry aggression level inmates in with nonaggressive violent inmates as in my situation by this Administration. On September 5, 2007, on third shift, a white caucasian inmate was celled by himself until 9/5/07. An African American was placed in that cell a short time before, and on this night the caucasion called for a lieutenant, and he was moved immediately to another cell and another wing. He was in 2-A-68.

In January 7, 2007, by the Lt. Mr. Sanders on third shift after a seriously mentally deranged caucasion, refused to place me in a new cell afte being threaten by I/M. Agin, whom was sent to this prison for fighting his cellies. I was not moved to another cell in population, as the white caucasion in the above paragraph I was tossed in segregation because I refuse to physically fight. I was not sent to this prison for any disciplinary revenge, I was sent her for the sole reason of revenge/retaliation/abuse, and all and more has been done. This was done by Warden Roger Zimmerman et al., of Western C.C., whom also criminally changed my security level from 3, to 2? (Grievance filed but no (ARB) response as of today's date.) I request this cell to be only celled with myself and leave me alone, & Give me all of my property in perfect working condition, NOW!.

CC: Warden Johnson, Pinckneyville C.C.
   Gov. Blagojevich;
   Terri Anderson, Office of Inmates Issues;
   Linda Rice, EBONY Magazine;
   Edward Lewis, ESSENCE Magazine;
   Agent Maxwell, U.S. Dept of Justice;

Respectfully Submitted

*Gerald Cunningham*

Mr. Gerald Cunningham
# B39888
P.O. Box 999
Pinckneyville, IL 62274

Subscribed and Sworn to before me on the 31st day of _Sept_ 2007

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

-3-

## MEMORANDUM

**Date:**     Monday, September 03, 2007

**To:**     Cunningham R2A62

**From:**     Correctional Counselor R. Lutz

**RE:**     Grievance dated 08-28-2007

1st for informational purposes both I/Ms have been referred to MHP for evaluation.

Issue # 1

As a level 2 disciplinary institution we can not indulge any I/M's requests of them choosing who they want to be celled with. Nor can we allow I/Ms to be celled alone as I/M Cunningham requests in this grievance.

Issue #2

Both I/M's have been referred for MHP evaluation

Issue #3

Addressed in issue # 2

Issue #4

Indigent packs are passed out once every 90 days. C/O Harbison does not control this, nor would Lt. Williams.

Issue #5

Addressed in issue #4 (C/O Flowers does not control hygiene packs either)    Also I/M Cunningham has been directed in the past how to handle being in fear of his cellie.

* I/M Cunningham has had 5 cellies since moving into R2A62 on 5-23-07.

On September 5, 2007
※ 3rd Shift, Lieutenant moved a white inmate out of cell #68 due to the white inmate could not get along. The white inmate was not taken to seg., but was moved to another wing and cell. Cell was one man till Sept. 11, May 23,07 to June 23,07 work crew
The only cellies I've had is (Walls, # 848723; Franklin June 26,07 move to B-wing for school by Administration 2-B-32 on July 12,07; On July 12,07 Lipscumb was moved in and Fletcher lifed on him & sent him to seg. on 2nd Shift July 30,2007 — July 31,07, I/M. Johnathan Stradder, a serious drug problem and mental, as Walls! He is mete to 3-House Aug. 21,07. Last & current, I/M. Winstal With Lung problem
and this person refused to put him in a non smoking cell. G6 has been open six days

Under the Declaration of perjury 288 U.S.C-1746:128 u.S C.1621.
All information is true and correct Counselor Lutz tries to make it look like I, Gerald Cumming ham has given problems but it's the sick minded up ill persons they put with me. Lutz is a Liar, and is out for revenge due to he will lose his job be this.
Gerald Caun

## Grievance Officer's Report

**Date Received:** 8-24-07   **Date of Review:** 9-4-07   **Grievance # (optional):** 8-13607

**Committed Person:** Cunningham, Gerald   **ID#:** B39888

**Nature of Grievance:** Protective Issues

**Facts Reviewed:** The CAO has determined this grievance to be of an emergency nature; therefore it is being processed as such.

Grievant claims on 8-3-07, the PNK CC assignment office placed a mentally disturbed inmate in the cell with him. Grievant claims a pattern has developed whereby the Placement Office, Internal Affairs and Administration conspire to place mentally unstable inmates in the cell with him to kill him. Grievant claims his new cellie, Johnathan Stadder speaks of suicide, is highly aggressive, violent, etc. Grievant claims on 8-13-07 he (grievant) began to smell badly due to running out of soap and other hygiene products. Grievant states inmate Stradder made several comments about this. Grievant states he asked C/O Harbison to contact the Clothing Room for hygiene items. Grievant states C/O Harbison advised him that he would ask the lieutenant assigned to R2. Grievant claims R2 Lt. Williams is his enemy and will do nothing for him. Grievant claims lack of hygiene items is a life and death situation and is the plan of Lt. Williams and other staff members. Grievant claims on 8-14-07, he asked C/O Flowers for soap. Grievant claims C/O Flowers advised him that there was no soap for indigent inmates in the housing unit. Grievant claims C/O Flowers refused to contact the Clothing Room and ask for soap.

Relief requested: get inmate Stradder some help; to be allowed to cell alone for his own safety

At the direction of the CAO, both grievant and inmate Stradder were referred to mental health staff for an evaluation. Per Social Work Administrator B. Austin, both inmates will be evaluated by mental health staff as soon as possible.

OTS reflects that inmate Stradder was moved out of cell R2A62 on 8-21-07. As grievant is no longer celled with him, this issue should be considered moot.

Security staff is not responsible for providing indigent inmates with hygiene items. Indigent inmates are provided with a hygiene bag once every 30 days. The hygiene bags are issued by Clothing Room staff. Per Clothing Room Supervisor P. Rensing, grievant was issued a hygiene bag on 8-22-07. Ms. Rensing stated due to the extreme heat, grievant was issued 1 extra bar of soap, making his total issuance 3 large bars of soap, 2 deodorants, 2 tubes of toothpaste, and 1 short handled toothbrush. Grievant will receive his next issuance on 9-19-07 provided he remains in housing unit R2.

**Recommendation:**

This officer failed to find sufficient evidence to substantiate grievant's allegations of his life being endangered. I find that grievant is being provided with hygiene items per institutional policy. I recommend grievance be denied.

**T. Kisro CCII**
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 9/7/07        ☑ concur   ☐ I do not concur   ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                    9-7-07   Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature        B39888        I received Sept 11 2007
                                    ID#             Date

Inmate's cntt & still denied:

TOO: Personal Property: Head Supervisor:     DATE: July 2nd, 2007

FROM: Cunningham: I.D. No.:# B39888

(Exhibit F)
RETALIATION
Denied all Property.

REASON: I have been patiently waiting for my property for months, and with request slips and lieutenant(s) promises, I am still put on the ignore list for reprisal reasons only. Ive also presented evidence to Warden Johnson as well, but no response to any of my request slips sent thru the mail!

I recently obtain evidence that the same identical issues did exist, and was corrected by So. Keller, and this Institution paid for repairs to I/M. Howard Staff's television okied by head supervisor of Personal Property et. al. I have been continually lied to by all; Harassed by all, and my situation is the same as Mr. Staff! I respectfully request that all of my property issues be resolved as I left transferred to Western fully repaired and "perfectly working electronics!

Under Illinois Compiled Statutes, as of 2006, Site 730 ILCS 5/3-4-3, (Property of and belonging to resident/Inmates can not be destroyed, nor forced to send home).

Please be advised that a copy of this document has been mailed to the Illinois Atty. Gen. Madigan, and the U.S. Atty. Gen. Gonzales.

Sincerely
Gerald Cunningham
Gerald Cunningham
April 30, 2008

P.S.
I am indigent and request a used fan I can keep due to staff uses I/M's fans whom are gone home!

Thank you very much-

The Plaintiff wrote a grievance for a inmate, Richardson. Jarrett Richardson dealing with his TV being shut down of belief of staff fault. Because Mr. Richardson does not file grievances, and allow this prison to hold him here over eight years, this prison paid for his TV to be repaired due to how I wrote his grievance up. Kisro granted all, and denied me.
Cunningham

93

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Date _April 20, 2007_

Offender Name _Cunningham_    ID# _B39888_    Housing Unit _5-D-12_

Pay to _____

Address _____~~NONE~~_____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage only if needed to Dir. Walker & Dep Dir. Garnett_

☒ I hereby authorize payment of postage for the attached mail. .    ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____    ID# _B39888_

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Not Needed

Distribution:  Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

I received April 23, 2007
SO Barbolett

94

Mr. Gerald Cunningham
#B39288
P.O. Box 999
Pinckneyville, IL. 62274-0999

April 20, 2007

RECEIVED
APR 14 2007
OFFICE OF
INMATE ISSUES

RETALIATION
& HIT
Living Without
Proper change of
clothing, no razors change
Borrow clothes, Razors,
catching guys going
home, and under
clothes, shoes et al.,
due to retaliation

DIRECTOR ROGER WALKER
DEPUTY DIRECTOR JASON GARNETT
1301 Concordia Court
Springfield, IL. 62794

Dear Sirs:

I am currently in segregation for a 308 & 404! I am denied my property & Boxes of, fourteen years because of Warden Zimmerman, of Western C.C. whom did not appreciate Dep. Dir. Ron Meeks whom ordered for my property to be repaired, and to transfer me to Shawnee C.C.! Instead; Zimmerman changed my security level too a (2), and knowingly, willingly, sent me to Pinckneyville C.C. where I was beaten, and a contract Hit placed on my life. It's all began by same guards, & nurses are pulled into this life endangerment game with my life. The (CAO), Warden Yolande Johnson has emergency grievance but nothing is changed.

Lt. Townley calls me a baby raper and telling all inmates in seg. I had no choice but to go on a hunger strike Fast & Prayer, and did hand Warden Johnson an emergency grievance requesting criminal charges be file but she as all refuse to except that this is an emergency because its staff whom is committing the crimes! Lt. Jordan has made an

95

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____     Date __March 14, 2008__

Offender Name __Cunningham_____     ID# __B39888__   Housing Unit __4-A-78__

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of __Postage for the IL. State Police, Dir Larry Trent. Declaration of perjury__
__with Affiant's signature on front of envelope, and signature inside.__

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____Cunningham_____     ID# __B39888__

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

I received March 12, 08
wing guard Hart 2nd shift
Cunningham

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

96

-NK COPY-

Mr. Gerald Cunningham
# B39888
P. O. Box 999
Pinckneyville, IL 62274

March 14, 2008

DIRECTOR LARRY TRENT
OF THE
ILLINOIS STATE POLICE
125 E. Monroe
Springfield, IL 62794-9461

Dear Honorable Sir:

   After reading an up to date current 2008, job discription of State Police Troopers, I was amazed and disappointed, and unable to understand why you, and your office of authority would demonstrate prejudice toward any group of people and intentionally violate the United State Constitution.

   Director Trent, by showing irrational intolerance hostility toward prison inmates of IDOC, causing detriment to our persons by the hands of staff/employee(s), and violate our legal rights of equal protection of the laws, where can we go for the laws to be upheld on our behalf? I believe your office is our sorce of protection when State officials violate the laws!

   I've read under the definition of the Illinois State Police, so states the following, "Provides troopers to patrol the state's highway's, enforce the Illinois Vehicle Code and "CRIMINAL LAWS",

P.S.
Mail tampering is being administered as we are communicating by this complaint. March 14, 2008.
Gerald Cunningham

97

and support counter-terrorism." Mr. Director, unless Im mistaken, your directives of enforcing criminal laws for all of the people in the State of Illinois! That includes the residence of the Illinois Department of Corrections. Crimes are not suppose to be committed by any staff/employee of IDOC, whom are license by the State of Illinois, and has taken oaths to not break the law; but do so with ease! They know that such office as yours, will turn a blind eye!

I have mailed your office complaints of crimes that did so take place against me, and you and your office sent them to the warden and I.A., whom are the reason why I filed complaints with your office in the first place! Your office was suppose to followup with a police report! By your office, and you Director not obeying Due Process, you gave IDOC an open door to retaliate, and they did! You and the IL. State Police placed my life in danger, and intentionally violated the law! I, Gerald Cunningham want to know why!

## CLOSING

1.) I request an interview with you Director Trent, that I may be allowed to present documentation /evidence of crimes committed by staff/employees of IDOC!

2.) I request my Due Process rights be process and criminal report be processed as well on all evidence submitted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is ture and correct!

March 14, 2008     AFFIANT FURTHER SAYETH
EXECUTED ON & MAILED          NAUGHT!

Gerald Cunningham
PLAINTIFF/AFFIANTS SIGNATURE
Mr. Gerald Cunningham
*B39888
P.O. Box 999
Pinckneyville, IL 62274
(618)357-9722

CC: U.S. Atty General, Michael B. Mukasey:
U.S. Dept. of Justice, Agent N. Maxwell:
ATTORNEY'S AT LAW et al:
Gerald Cunningham:

98

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: April 7, 2008

Name (print): Cunningham    I.D. No.: B34922    Housing Unit: 4-A-78

Please pay to: _____

Address: _____

City: _____ Zip: _____

The sum of _____ NONE _____ dollars and _____ cents

and charge to my account, for ____ Postage for the State ____
____ Police Investigation, Specify with attached City ____
____ Postage on postent envelope and signature inside Pre- ____
____ stamp envelope ____

☐ APPROVED
☐ NOT APPROVED

Inmate Signature

_____    B34922
Assistant Warden/Superintendent/Designee    D. No.

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

DC 828 (09/91)
Felony crime committed

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of
postage for the attached mail

_____
Inmate Signature

ID No. B34922

### FOR TRUST FUND USE ONLY

Trust Fund Balance         $ _____
Less amount of payment     $ _____
Current balance after payment  $ _____

Check No. _____ Date _____
                        Business Office

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff) _____ Date

Received by: _____ (Youth) _____ Date

Received by ____'s signature
April 9th 2008
Cunningham

IL  426-0207

STATE OF ILLINOS
COUNTY OF PERRY

Mr. Gerald Cunningham
#B39888
P. O. Box999
Pinckneyville, IL 62274

April 7, 2008

ILLINOIS STATE POLICE
Larry Trent, Director
125 East Monroe
P.O. Box 19461
Springfield, IL 62794-9461

## SECOND FORMAL COMPLAINT

On March 14, 2008, I mailed this office of Law a formal complaint against this office for allowing IDOC staff to commit crimes against prisoners; and requested an interview with an State Police Officer that I may present evidence against Pinckneyville C.C. staff/employee(s) which includes Warden Martin, Wilson and head of I A, Lt. Bradley. But Director Trent refuse to protect my constitutional Due Process rights and laws making this entire office culpable! ( See CHAVEZ V. ILLINOIS STATE POLICE, 251 F3d 612 (7th Cir. 2001).

## COMPLAINT

1.) Over a year now, Pinckneyville C.C. has kept me from my property without legal rights! And has continued to deny me for retalitory pleasure of abuse! They must be forced to give me all of my property with all of my electronics in perfect work-

1

STATE OF ILLINOIS
COUNTY OF PEERY

ing condition!

2.)    Counselors,Mrs Deen; Mr. Lutz, Mrs.T Kisro, has deliberately destroyed my grievances, and are delaying process by holding them untill the time frame set by IDOC, with intent committing conspiracy coverup! I request to file formal charges.

3 )    I am under attack from a security guard,Ira S. Jack for filing a grievance against him for committing perjury, writing and intentionally falsifying disciplinary report against me, and making up rules.

4.)    Lt. Townley placed my life in danger several times and the entire Pinckneyville C.C. Administration allowed not only Lt.Townley to commit this crime, but others, staff members committed the same at the same time and grievances was denied!

5.)    Mail tampering is continued by the mail room supervisor, Mrs. Fisher, and other staff /employee(s). I have the evidence to prove all and must hand to this office when I speak face to face to a IL. State Police Officer and hand them evidence.

## RELIEF REQUESTED

I request to speak with a trooper to file   with this department.       AFFIANT FURTHER SAYETH NAUGHT!

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury that the foregoing is true and correct.

April 7, 2008

EXECUTED ON & MAILED

*Gerald Cunningham*

PLAINTIFF /AFFIANT
Mr. Gerald Cunningham
#B-39888
P.O. Box 999
Pinckneyville, IL 62274
Phone: (618) 357-9722

2

101

STATE OF ILLINOIS  )
  )
COUNTY OF  PERRY  )

## **A F F I D A V I T**    ( 1rst filed )

I,   Gerald Cunningham   being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

that on the reasons that I have no control, I am unable to send evidence / documents because I am Indigent. I am not allowed to write my Senator's / Congressman's et al, and the Attorney Registration And Disciplinary Commission of the Supreme Court of Illinois are not allowed by IDOC.

There fore I request that I maybe interviewed / or writ to bring forth Legal documents of criminal activities allowed by Attorney General Lisa Madigan that has placed my life in constant imminent danger! So Do I Pray!

Respectfully Submitted

_Gerald Cunningham_

Mr. Gerald Cunningham
#B39888
P.O. Box 999
Pinckneyville, IL. 62274

Subscribed and sworn to before me on the 18th day of _Oct_ 2009

_Donna Heidemann_
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

102



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago 60601-6219
Phone: 312/565-2600 or 800/826-8625    Fax: 312/565-2320

Hilton Offices, Suite 201, 700 East Adams Street, Springfield, IL 62701-1625
Phone: 217/522-6838 or 800/252-8048    Fax: 217/522-2417

## REQUEST FOR AN INVESTIGATION OF A LAWYER

## " FREE FROM POLITICS "

LEASE PRINT OR TYPE:

__Gerald Cunningham, I.D. B39888__
Your name

__P.O. Box 999__
Street address                                                   Apt. #

__Pinckneyville__          __Illinois__              __62274__
City                      State                    Zip

(     )                    (     )
Home phone number         Business phone number

__Lisa Madigan__
Name of lawyer you are complaining about

__Illinois Attorney General__
Name of law firm

__100  W.  Randolph__                         __12th Fl.__
Street address                                Suite number

__Chicago__      __Illinois__    __60601__    __(312) 814 - 3000__
City            State          Zip          Phone number

Did you employ the lawyer?

☒ Yes

If yes, when was the lawyer hired? __Inquired her Emminent assistant on life endanger-__
__ment. She's in charge over Laws/staff/& crimes against all.__

How much did you pay the lawyer? __NONE! She's the IL Atty. Gen. and must__
__protect all. I am apart of all. Madigan help place my__
__life in danger. Past, present & current. Madigan was__
__the only relief for prison I/M's to obey the law.__

☒ No

If no, what is your connection to the lawyer? __She's the States Atty. Gen. I ask for pro-__
__tection! She refused several times with no__
__investigation, but protect IDOC staff.__

If your complaint relates to a lawsuit, please give the following

- Name of court (for example: Circuit Court of Cook County):_____

- Name of case:_____

- Case number:_____

- continued on reverse side -

STATE OF ILLINOIS          )
                           )
COUNTY OF PERRY            )

## AFFIDAVIT

I, Gerald Cunningham _____ being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

I declare that the evidence against General Madigan is clear and must be investigated by checking all legal documents, et al. of General Madigan, and all evidence shall affirm of her intentional violations of misconduct of the Constitution, the oath of office, and the oath upon receiving attorney license. The Disciplinary Commission of the Supreme Court of Illinois, has the authoritative power to pull all files of General Madigan, phone records and recordings to confirm the allegations are true made against her to prove political "deals" were made and my allegations of official misconduct against myself, prison inmates, and the People of the State of Illinois, intentionally denying Constitutional rights of Due Process, Equal Protection rights; but she has protected staff/employees of IDOC, Director Walker, Gov. Rod Blagojevich and other politicians such as Michael Madigan. I am denied all of my property, Electronics, Journals, Legal documents due to retaliation of IDOC, due to a fuse going out or whatever at Lawrence C.C., and transferred to Western C.C., with Personal Property forms proving and showing all property was in perfect condition leaving Lawrence C.C.; But because of racial incidents and documents sent to Nothern District Court, to Judge Robert Gettleman, I am at Pinckneyville C.C. where my life was placed in danger in 2000, and even now as I write due to Director Walker, Gov. Blagojevich, and Gen. Madigan. All so named knows that, to keep me from all property, protects

(See reverse side, Due to weight of mail!)

Respectfully Submitted,

_Gerald Cunn_____

Subscribed and sworn to before me on
the 8th day of ___Nov___ 2007

_Donna Heidemann_____
Notary

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 11/20/2008

104

each one from complaints and evidence from getting to it's proper authorities such as this Legal Commission Board.

I can not mail any mail out to any politician, police Dept., and the now newest made up rule is, I can not write attorney's, due to me not being allowed, by IDOC, Pinckneyville CC's **staff** Labor Union employees to receive letters, money orders et cetera from family and love ones, and has not received any correspondence in over ten months! All because they call Gov. Blagojevich's office and complained about the continual mistreatment of and against me and it has'nt stopped as of this day. The phone numbers of those which made the calls to the governor, are now not allowed to go thru. IDOC has placed a recording on "those" numbers that states that "IDOC does not have a name or address to those numbers". These phone numbers has been on my phone list fifteen years, but now, "after" Gov. Blagojevich, and calls to the General Madigan's office, these phone numbers are prohibited!

These are retalitory measures taken against me and violates the Constitutional rights of State and Federal. The continual practice of placing my life in danger, placing gang related inmates all of and with serious mental condition full of rage, suicidal inmates, or just plain extremely high aggression levels Knowing harm could come to me, as I am currently dealing with a newly reform drug shooter whom is suffering from schizophrenia causing a continual show of anger and hostile and quick impulsive irresponsibilities, revengeful, dominating, pugnacious, ruthless way's which all do places my life in danger and Pinckneyville CC's staff Knows exactly what they are doing and want me dead. This is their plan. I have made several request to leave me in the cell alone, but due to their plans to take my life one way or another, they (IDOC) won't stop due to all of the true statements and allegations I've made are dangerous if they are exposed.

I request thay this Commission would investigate evidence in the grievances filed in the Administrative Review Board of IDOC, and my Master files, and allow me to show you proof that is in my properties by you ordering IDOC to give me all of my property in perfect condition without harm and expeditiously! Also that all be expiated now.

Pursuant to 28 U.S.C. §1746, I declare that under penalty of perjury that the forgoing is true and correct. Executed on November 8, 2007.

_Herald Cummings_

each one from complaints and evidence from getting to it's proper authorities such as this Legal Commission Board.

I can not mail any mail out to any politician, police Dept., and the now newest made up rule is, I can not write attorney's, due to me not being allowed, by IDOC, Pinckneyville CC's staff Labor Union employees to receive letters, money orders et cetera from family and love ones, and has not received any correspondence in over ten months! All because they call Gov. Blagojevich's office and complained about the continual mistreatment of and against me and it has'nt stopped as of this day. The phone numbers of those which made the calls to the governor, are now not allowed to go thru. IDOC has placed a recording on "those" numbers that states that, "IDOC does not have a name or address to those numbers". These phone numbers has been on my phone list fifteen years, but now, "after" Gov. Blagojevich, and calls to the General Madigan's office, these phone numbers are prohibited!

These are retalitory measures taken against me and violates the Constitutional rights of State and Federal. The continual practice of placing my life in danger, placing gang related inmates all of and with serious mental condition full of rage, suicidal inmates, or just plain extremely high aggression levels knowing harm could come to me, as I am currently dealing with a newly reform drug shooter whom is suffering from schizophrenia causing a continual show of anger and hostile and quick impulsive irresponsibilities, revengeful, dominating, pugnacious, ruthless ways which all do places my life in danger and Pinckneyville CC's staff knows exactly what they are doing and want me dead. This is their plan. I have made several request to leave me in the cell alone, but due to their plans to take my life one way or another, they (IDOC) won't stop due to all of the true statements and allegations I've made are dangerous if they are exposed.

I request thay this Commission would investigate evidence in the grievances filed in the Administrative Review Board of IDOC, and my Master files, and allow me to show you proof that is in my properties by you ordering IDOC to give me all of my property in perfect condition without harm and expeditiously! Also that all be expiated now.

Pursuant to 28 U.S.C. §1746, I declare that under penalty of perjury that the forgoing is true and correct. Executed on November 8, 2007.

Herald Cummings

105

# ILLINOIS BAR ASSOCIATION
## COMPLAINT

)
)
)
**LISA MADIGAN,**  )
**DEFENDANT**  )
)
)
**GERALD CUNNINGHAM,**  )
**COMPLAINTANT/ PLAINTIFF**  )
)

## AFFIDAVIT COMPLAINT
## VIOLATION'S

Under the declaration of perjury 28 U.S.C. 1746: 18 U.S.C.A. 1621.

CONSTITION OF THE STATE OF ILLINOIS, ARTICLE I – BILL of Rights; Sections 2.; 3.; 4.; 5.; 6.; 10; 11; 12.; 16.; 18.; 20.; 23. CONSTITUTIONAL RIGHTS, AMENDMENTS, U.S.(I).,(IV).; (V), (VI).; (VII).,(VIII).,(IX).; (XIV) Section 1.; ILLINOIS; 730 ILCS: 735 ILCS, 5/33-3; CIVIL CODE & PROCEDURES, SUPREME COURT RULES/IL.: 28 U.S.C.A. 1372 (c); Fed. RULES cr-Proc. Rules 6 (e), 18 U.S.C.A. 183 U.S.C.A. 245; 28 8 U.S.C.A. 372 (c)1: 1-109 OF CODE OF CIVIL PROCEDURE: NOTARY PUBLIC:

## FORMAL COMPLAINT

During the past six-years, the Plaintiff/Complaintant, has been physically/mentally unnecessary inflicted abused by staff/employee(s) of IDOC. Due to his allegations he's included in the courts on the case that he is unlawfully convicted! The Plaintiff has attempted to file legal civil complaints in the Northern District Court, under presiding official, the Honorable Judge, Robert Gettleman! Judge Gettleman's decision to deny all claims against the State of Illinois of Emminent Life Endangerment, to protect the Honorable Gov. Blagojevich, Attorney General Lisa Madigan, Director, Roger Walker of the Illinois Department of Corrections, et al,/Labor Union employee(s). ( See Exhibit A.)

The Plaintiff has contacted Atty. Gen. Madigan, past and present, to only receive a reply stating, "I refuse to investigate any crimes committed by staff/employee(s) against prison inmates." This is prejudice, Bias, Racist and under Illinois Compiled Statutes, Official Misconduct. Atty. Gen. Madigan Knowing, willingly and willfully has placed the Plaintiff's life in danger, allow Director Walker's assassin's to continue they're attacks and planned "Hit" on the Plaintiff due to evidence presented to the Court(s), Politicians, and Law Enforcement Community! Revenge tactics has been the results! There has been no response on (exhibit presented. They are destroying evidence Madigan wants destroyed?

The Plaintiff is currently denied all of his property, is only allowed <u>one</u> Blue shirt and pants, boxers, socks, Plaintiff must barrow razor, soap face towel, and currently unable to shower due to sending Atty. Madigan, (Exhibit, B & C mailed July 1, 2007. I am unable to supply copies of certain pass document(s), due to the (CAO) Warden Yolande Johnson, Warden Martin, and Warden Wilson et al., refuse to protect the Plaintiff or give all his property in perfect condition.

Due to Atty. Gen. Madigan's refusal to protect my life, and many other prison inmates as well, death/murder is inevitable by (IDOC) staff/employee(s)! The Plaintiff(s) mail is tampered with to those, the prison's (I.A.) feel that help would be given, and postage is charged to the Plaintiff's account, but not received by the correspondent. (See Exhibits A, thru–L.)

The Plaintiff believes, due to the (Exhibits, M thru R.) that Atty. Gen. Madigan has faithfully so ordered the Illinois

Department of Corrections to continue their attack against the Plaintiff, all without just cause. The Plaintiff, due to mail tampering by the staff/employee(s) of each Institution, was not able to present all evidence to the court(s) to prove his innocence. Correctional staff has stopped the Plaintiff's mail from leaving out, and coming in, to and from distinguish possible relief of those whom might assist. The Plaintiff is denied all of his property because of reprisal, and to tamper with his document(s), Journal, and evidence proving the Plaintiff's allegation's of government, IDOC, and Mrs. Madigan's assisting in all corruption committing official misconduct.

## RELIEF REQUESTED AND CONCLUSION

I, Gerald Cunningham, has provided the enclosed exhibits from "A - EE". These grievance document(s) are processed at Pinckneyville C.C., but a Counselor, Mr. Lutz, and his colleagues refuse to process the majority, and throw away most! I copy all document(s)! I've requested Equal Protection of the Law from the Illinois Attorney General, Lisa Madigan because of the Illinois statutes, and was denied, and I am in Emminent Life Endangerment because of Lisa Madigan neglect and abuse of authority! I request Attorney Madigan be removed from office, by her attorney license "be revoked immediately", and if I am murdered by any, and or all possible ways by staff or inmate, may charges of the same rest and charged against Mrs. Madigan, et al!

## SWORN DECLARATION OF PERJURY AFFIDAVIT

I declare under penalty of perjury that all statements made in this document is true and correct to the best of my Knowledge. The Life Endangerment latest incidents didn't occur until exhibit "A" was filed.

AFFIANT/PLAINTIFF

NOTARY PUBLIC
SUBSCRIBED AND SWORN TO BEFORE ME
this 19th day of July 2007

NOTARY PUBLIC

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp. 01/20/2008

108

Mr. Gerald Cunningham
B39888
P.O. Box 999
Pinckneyville,IL 62274

( Exhibit C.)

State Of Illinois
Attorney General
Lisa Madigan
100 W. Randolph
Chicago, IL 60601

Dear Attorney General Madigan:

I am writing this formal complaint regarding staff official misconduct.
My constitutional rights to equal protection of the Law. I am asking for your
immidiate assistance before this Administration kills me; and it will be murder!

Enclosed ( if they let this out), you should find a eight page emergency grievance:2.
A twelve page emergency grievance: 3. A notory nine page Affidavit; all mailed to
Gov. Blagojevich, Dir. Walker, et al. I again request your legal representation that
formal charges be filled. Thank you and God bless.

Sincerly,

Gerald Cunningham

cc.

The United states Atttorney General
Alberto Gonzales:



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

(Response)

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Gerald Cunningham
B39888
P. O. Box 999
Pinckneyville, IL 62274

Chicago
October 29, 2007

Re:    Lisa Murray Madigan
       in relation to
       Gerald Cunningham
       No.    07 CI 4883

Dear Mr. Cunningham:

We have received your recent communication regarding Illinois Attorney General Lisa Madigan.

Initially, be advised that the duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against lawyers. When we have enough evidence of misconduct by an attorney, we may try to cause the lawyer to be disbarred or suspended from the practice of law. This process may take years to be concluded. We have no authority to remove any elected official from office.

From the information you have provided, there is not a sufficient basis for this agency to investigate or pursue charges of professional misconduct against General Madigan. As an elected official, General Madigan has broad discretion with respect to decisions regarding the initiation and pursuit of investigations and legal actions under her office's jurisdiction. This Commission does not review or direct the discretionary decisions of elected officials who may also be attorneys absent some clear indication of fraud or other impropriety. Any attempt by this office to substitute our judgment for that of an elected official would be inconsistent with the democratic principles underlying the electoral process.

We understand that you disagree with the Attorney General's decision not to act on your complaints. For the reasons stated above, however, this Commission is unable to take any action in the matter.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAJNLIB_#277039_v1

I received
Oct. 31, 2007. Not
given as legal mail. Did not
have to sign for. % Clark
just slid under cell door.

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION

of the

SUPREME COURT OF ILLINOIS

( Request to be heard. No response )

Re: Lisa Murray Madigan,
Attorney General Of The State Of Illinois
Vs.

Gerald Cunningham,
Plaintiff

Case No.: 07 C14883

## OFFICIAL MISCONDUCT
### REQUEST
DISBARMENT AND RIGHT TO PRACTICE LAW IN ILLINOIS

## FREE FROM POLITICS OF STATE !

The Plaintiff's allegations, received by this Honorable Supreme Court of Illinois Commission, from the home of witnesses, of whom he can't reveal at this time because of the, molicious acts of the Illinois Department of Corrections, "Labor Union" staff/employees attacks against the Plaintiff by continual "mail tampering"; denying all of his property/Legal/ Electronics/ Court documents et al., ceasing all of the Plaintiff's rights of Due Process; And to coverup the Political crimes committed in the Illinois Department of Corrections/ Courts/ Justices, and the Illinois Attorney General, General Lisa Murray Madigan! The Plaintiff must find other way's to send his mail out! Grievances are filed alway's, but all are criminally denied.

The Plaintiff has clearly shown violations of laws of the State of Illinois, by the Labor Union employees to the Attorney General; but denied the

1

Plaintiff protection of the Laws to provide coverup conspiracy for Labor Union voters, which automatically calls for disbarment of Lisa Murray Madigan.

Equal protection clause forbids state to treat one group, including group of prison inmates, arbitrarily worse than another.(See ANDERSON V. RO-MERO, 72 F3d 518 (7th Cir. 1995) Threshold requirement of equal protection claim is showing that government discriminated among groups.(See EAGLESTON V. GUIDO, 41 F3d 865 (2nd Cir. 1994.) Equal protection analysis is substantially identical under the Fifth and Fourteenth Amendments. (See FRATERNAL ORDER OF POLICE V. US, 152 F3d 998 (D.C. Cir. 1998.) Purpose of Whistleblower Protection Act (WPA) is to encourage disclosure of wrong doing to "persons" who maybe in a position to act to remedy it.(See CARR V. SOCIAL SEC. ADMIN. 185 F3d 1318 (Fed. Cir. 1999.) The Plaintiff is a Whistleblower of the massive corruptions going on in IDOC of all sorts, which includes murders by staff coerces, and by there hands; Also very many violations of the "RUTAN" LAW. All are overlooked by Lisa Murray Madigan, General Attorney of the State of Illinois. Any crime, that IDOC Labor Union staff claims a prison inmate committed even though all is untrue; But will refuse to investigate any crimes committed by staff/employees against inmates is prejudice and Official Misconduct of law! Inmates are prosecuted.

The basis for this agency to investigate and to pursue charges of professional misconduct is by the law of, 720 ILCS  5/33-3, as to remove the license of which General Madigan is able to practice and hold the elected seat of Illinois Attorney General, which this agency approved; And

has the authoritative power to remove! To not do so is prejudice, and conspiracy.

This office / agency, has the power to disbar / revoke the attorney license, and file criminal charges against General Madigan; taking her license, which will automatically cause her demise as Attorney General of the State of Illinois. [Evidence documents can be found in Gen. Madigan's files, and in the Plaintiff's property he's been denied over one-year.]

If General Madigan showing prejudice, and is bias toward any person in the State of Illinois, (which includes prison inmates); By allowing any to be committed against the Plaintiff of, "mafia style hits" to be placed on his life by staff / employees of IDOC to commit murder ; theft / robbery ; Price gorging , or any serious crimes which includes, Political Politics to conspiracy to protect public officials, staff/employees of any branch of Government, and Knowingly, and protecting many IDOC employees whom are clearly and openly violator's of the "RUTAN LAW" has committed Official Misconduct! General Madigan is guilty.

General Madigan has placed the defendant's life in danger by allowing prison guards and officials to abuse their authority placing danger on the Plaintiff's life by General Madigan's prejudice decision informing Labor Union IDOC staff that she refuse to investigate any crimes committed by staff/employees against inmates. To protect criminal acts done by any certain group, or part of government, constitute violations of the Laws, and official Misconduct! The General has placed the Plaintiff life in danger.

## CONCLUSION

Whatever the moral laws, that is made by man, none of us neither

any nation can be allowed to commit the least act of injustice against the most unthought of individual, or person without being forced to pay full penalty for committing the act!

Resistance to tyrants is obedience to God. A society that will trade a little liberty for a little order will deserve neither and loose both!

The tyrant acts of IDOC, are due to the tyrants whom are in charge! They break the laws set to protect all in America, but took an oath to God to uphold and protect the Constitution of the United States, but they at the same time protect themselves from the penalty of breaking the laws! How can this be done? Very simple; it's done thru votes! The Labor Union has the thousands of votes, and therefore promises are made by the corrupt Labor Union, and those politicians that wins the seat of authority becomes corrupt themselves and have needs to be protected themselves! As cancer begans in one area of the body, then takes over the entire body and kills the life by the thought of cancer therein; so is corrupt politics.

The political leaders believe that they can deny civil liberty to others and keep it only for themselves. When the courts appointed authorities of government allow evidence of false statements to be entered, plot and make one person of three; 2-whites, and one black, decide to make the black, a token black, and a political scape goat; deny him counsel and falsify interrogation statement at election time, destroy's the very hope of righteousness in the Bill of Rights, shielding it with evil, and the American citizen can look for no hope in the laws of this country! An oppressed people are authorized whenever they can to rise and break their fetters and chains. It's manumission time!

DISBAR General Madigan immediately!

Subscribed and Sworn to
Before me on this Day
of 3ʳᵈ , month Nov
2007.

Donna Heidaman
Notary Public

_Gerald Cunningham_
Plaintiff / Petitioner / Affiant
Gerald Cunningham
# B39888
P.O. Box 999
Pinckneyville, IL 62274

"OFFICIAL SEAL"
Donna Heidemann
Notary Public, State of Illinois
My Commission Exp: 07/20/2008

114

# MEMORANDUM

**DATE:** 11-27-07

**TO:** Cunningham B39888

**FROM:** T. Kisro, Grievance Officer

**SUBJECT:** Grievance

The attached is being returned for the reason(s) listed below:

_____ Needs counselor response prior to Grievance Officer review.

_____ Use proper grievance form

_____ Unable to determine nature of grievance. Please provide additional and specific information

_____ Provide date(s) of disciplinary reports(s) and where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other IDOC facilities, decisions made by the Transfer Coordinator's Office, decisions made by the IDOC Director)

_____ Not submitted in the timeframe outlined in DR504. Issue will not be addressed further.

_____ Issue has been previously addressed. No justification for further consideration. Please reference grievance #

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

*[handwritten annotations:]*

R2A62

SMOKING RULE UNCONSTITUTIONAL

ARB Refuse to respond. All statements herein was predicted before it happen! All is being done - Staff Police themselves - They never stopped using/bringing these products on grounds. The law has nothing to do with Nursing Homes or IDOC residents!

*[handwritten at bottom:]*

I received November 27, 2007 by 2nd shift So Clark-

*[signature]*

115

(Please Print)

Present Facility: Pinckneyville Correctional Center

Issue occurred: Pinckneyville Correctional Center

**NATURE OF GRIEVANCE:** UNDER THE DECLARATION OF FEBRUARY 23rd § 3 & § 9171651(1) & § § 16217.735 ILCS:
730 ILCS; ILLINOIS DEPARTMENT OF CORRECTIONS UNIFIED CODE OF CORRECTIONS (1065) UNDER ADMINISTRATION 730  ILCS 5/3 -35-3:

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☒ Other (specify): **PROHIBITION IS PROHIBITED:**

FILED
Nov. 20, 2007
Hard to cope

1.) PROHIBITION IS PROHIBITED:
2.) UNCONSTITUTIONAL LAW & WARDEN'S BULLETIN:
3.) HARASSMENT:
4.) FAVORITISM FOR STAFF BY IDOC ADMINISTRATION

☒ Warden's Bulletin 07-42 Is Attached:
☐ Disciplinary Report:

**(1 OF 5 PAGES)**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**IN ORDER TO OUTLAW A SUBSTANCE IT MUST BE ILLEGAL BY THE U.S. GOV. TO SELL IN AMERICA; AS MARIJUANA AND NARCOTIC USERS!**

Brief Summary of Grievance:

THE PUBLIC ACT 095-0017 "SMOKE FREE ILLINOIS ACT" VIOLATES THE U.S. CONSTITUTION, AMEND.'S, 1st, 4th, 5th, 9th, & THE 14th Sec. 1: ALSO THE ILLINOIS CONSTITUTION BILL OF RIGHTS, SEC. 1, 2, 6, 7; MAKING THIS STATES EDGE CLOSER TO A POLITICALL COMMUNISTIC RUNNED STATE: PUBLIC ACT 095-0017 SPEAKS ONLY OF INMATES AND SPECIAL TREATMENT FOR LABOR UNION STAFF: TOBACCO IS LEGAL IN THE USA:

"SMOKING NOW, SMOKING GUNS LATER! ONE STEP CLOSER TO" THE NEW WORLD ORDER!

**PARAGRAPH ONE**

Rules has been "created", and a liberty was established that prison inmates are allowed to smoke cigarette were they are residence in IDOC by State Govern-

(CONTINUED ON OTHER SIDE)

Relief Requested: 1.) Due to the facts presented of the Public Act 095-0017; And the Warden's Bulletin 07-42 being "seriously flawed", and violates prison inmate rights and constitution laws; the Plaintiff has established the grounds to a "Declaratory Injunc-

(CONTINUED RELIEF ON PAGE #5.)

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

"Im challenging Staff allowed to smoke and I.M's not Read the grievance. No Memo has been issued to staff ONLY IM's!

Offender's Signature _____ Date _____

Nov. 15, 2007 (Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 11/21/07   ☒ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Public Act 095-0017, the Smoke Free Illinois Act becomes law effective January 1, 2008

LINDA FRITTS CC II   _signature_ CC II   11/21/07
Print Counselor's Name   Counselor's Signature   Date of Response

(Turn in Nov. 21, 07, was not allowed twice counselor on 20th turn in Mail.)(Received Nov. 21, 07, in mail)(Sent back to Grav. Nov. 26, 07.)

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   Date

(Received from G/O. Nov. 21, 2007. Sent to Dir. Walker ARB

ment Acts/Laws made already in place! ( In **MEACHUM V. FANO**, 427 US 215, 49 LEd 2d, 96 Sct 2532 (1976) ," The court has the right to determine wether an inmate is being deprived of a "State Created Right" or "Liberty Interest" granted him by a rule, statute, or regulation promulgated by the government,")

The State of Illinois politicians Public Act O45-0017 does not effect the those whom resides in their living/homes. Prison inmate population has had and must continue their continued right to smoke if they decide that they want to providing that the "Housing Code" regulations has been met and approved, "which already has been met and approved meeting all standards, codes of the Housing Authorities? Prison inmates are residence in IDOC for years, some are lifers! To remove "anything" that has already been granted and approved, becomes now a government" **DUE PROCESS RIGHT**", and no new laws can be made to eliminate. (In **ROCHIN V. CALIFORNIA**, 342 US 165, 96 LEd 183, 72 Sct 205 (1952) AND, **OVERSA V. US**, 99 F3d 1200 (1rst Cir. 1996) ," substantive due process refers to certain actions that "the government may not engage in, no matter how procedural safeguards it employs.")

**PARAGRAPH TWO     07-42, WARDEN'S BULLETIN DOES NOT BAN STAFF**

The warden's bulletin does not ban the Labor Union staff/employees from smoking. They are not residence, but they will be allowed to smoke on the prison grounds. This is a violational Constitution discriminative act! The Plaintiff has spoken to several Labor Union staff/employees, asking them if they have received a MEMO, or order that they will not be allowed to smoke or chew? [they're has been no order/memo issued to staff as of the filing date]:

**PARAGRAPH THREE     THE GOVERMENT CAN NOT CAUSE VIOLENCE**

The warden, the majority of the medical staff, 48% of security guards etcetera smoke and chew tobacco! Aggression levels will rise tremendously by both staff/employees, and prison inmates, placing a higher scale of violence by staff, already the continual harassment is increased, and violence shall be the outcome of this unstudied new law of Public Act 095-0017, Also death and murders will be inevitable caused by law makers and Dir. Walker! Both staff and inmates deaths will be caused especially between bad cellies forced to live together no matter what! With these acts already being committed in the prison systems in other States, Gov. Blagojevich and all Senator's/Representatives whom voted for this act, must be also held accountable! These examples are News coverage and facts." Any staff/employees assaults on **inmates, or** inmates provoked to protect themselves due to staff causing there aggression level to blowup and they snap, **Gov. Blagojevich, Director Walker, Senators/Representatives** of this State," **be charged**" with the assaults/fights/crimes to be committed; and **murder** of any in IDOC

---

**CONTINUED RELIEF REQUESTED**

tive "immediate cease and disist of Public Act 095-0017, And, Warden's Bulletin

STATE OF
ILLINOIS
COUNTY OF PERRY

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (continued)

Case 1:08-cv-02700   Document 05/08/2008   Page 114 of 122

## CONTINUED RELIEF REQUESTED

07-42, which is clearly defective and violates prisoner's constitutional and statutory rights as residence, upon which Public Act 095-0017 does not regard safetyguards and acts of Due Process Rights for inmates, but willfully, knowingly passed dangerous legislation written in bad faith vexatiously, wantonly, or for oppressive reasons, that all institutions continue in buying tobacco products for inmate commissarys.

## PRISON POLICIES & RULES

2.) Departmental Rules 504, "Smoking is authorized in the cells, except in designated non-smoking cells, dayrooms, the recreation yard, posted authorized smoking areas only." State created rights are in place and are granted by rules, statute, and regulations promulgated by this government! Public Act 095-0017, and Warden's Bulletin's Violates Due Process Rights of prison inmates. (See **MEACHUM V. FANO**, 427 US 215, 49 LEd 2d, 96 Sct 2532 (1976); **ROCHIN V. CALIFORNIA**, 342 US 165, 96 LEd 183, 72 Sct 205 (1952) & **AVERSA V. US**, 99 F3d 1200 (1rst Cir. 1996):

## DIRECTOR'S RESPONSIBILITIES

3.) Under Laws, 0 ILCS 5/3-3 §3-5-3. under Section 5-650 of the Departments of State Government Law (20 ILCS 5/5-650, current Director, Roger Walker by law must report all conditions of IDOC., in section(b), Dir. Walker also holds the full responsibilities of the violence wether caused by staff, or inmates to the Governor, and in the Annual Report to the Governor and General Assembly, to address such amendments to the laws of State which in his judgement are necessary, and are not necessary in order to best advance the purposes of the State to not make laws that would jeopardize security, nor add violence, nor to violate any right, created by State Government nor any otherwise cause any unstabled enviorment, protecting staff and prison inmates! Dir. Walker has failed in all being only a political scapegoat for Gov. Blagojevich. Dir. Walker never, ever visit's any of the prisons and literally walks the grounds of the facilities and address prison inmates and hear the truth of staff misconduct. Dir. Roger Walker does waste tax-payers dollars, flying in the State owned helicopter, and showing off, riding unknown friends to the prisons, and spending at the most ten-minutes, and he and his party is back off into the wild blue yonder without addressing any IDOC director's responsibility! It's all political and criminal! Director Walker only visit each prison and sign a document stating he's been their and off and running, never addressing any issues or life endangerment situations. Anyone can do his job!

## CRIMINAL CHARGES BE FILED FOR CAUSING HARM
### RELIEF REQUESTED

4.) If guards/staff/employees win in court that they will be allowed to smoke anywhere on grounds while working their hours at IDOC facilities at any time, ALL inmate residents be allowed as well! If inmates can't smoke, no staff can be allowed to smoke on grounds while in uniform:

(CONTINUED ON OTHER PAGE

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: | Offender: (Please Print) | | ID#: |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☐ Medical Treatment

- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____      _____
　　　　　　　　　　　　　　Date of Report　　　　　　　　　Facility where issued

　　　　Note:　　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

　　　**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　　**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　　**Chief Administrative Officer,** only if **EMERGENCY** grievance.
　　　**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Relief Requested:** _____

_____

_____

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____　　　　　　_____　　_____/_____/_____
　　　Offender's Signature　　　　　　　　　　　　　　　ID#　　　　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____　　　　　　_____　　_____/_____/_____
　　Print Counselor's Name　　　　　　　　　　Counselor's Signature　　　　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　_____/_____/_____
　　Chief Administrative Officer's Signature　　　　　　　Date

Printed on Recycled Paper

## DECLARATION OF PERJURY

Exprience, with the evidence shown and proven in history, unto the present, that even under the best forms of government, those entrusted with power have, in time, and in past times, slow operation; but now speedy, even from day one, perverted into tyranny, and money hungry thugs!

This Public Ate 095-0017, Smoke Free Illinois is only the beginning to many other items that this government will began to take away from the people. Gas fumes are more dangerous, so all of the politicians stop using cars/helicopter!

The prison inmates does has the right to to tobacco so stated in other Public Act Laws made, along with Housing Authority Laws & code stand-ards! By this violations, criminal and others, committed against prison inmates by the poirtical parties at hand, of "Price Gorging", milipulating I/M's fundings and much more, by removing tobacco products shall cause prices to illegally rise so that IDOC, and the Pcirtical IDOC elected of-ficials to rise to rob prisoners of money's they dont have as it is but are suppose to receive due to Federal Laws! Prison inmates only receive Gate money to the amount of $10.00; And if they have any money's on there books, Pinckneyville C.C. and other Illinois prisons, refuse to pay for bus/train tickets which is Law! Both robbery and theft taking Federal fundings from prison inmates, is a crime, but IDOC and the Public Officials/Politicians are robbing the Federal govern-ment and prison inmates, forcing them to go out and commit more crimes to return and bless Illinois State Government to receive a-nother thirty-thousand dollars that inmates dont receive nor see three percent of; Nor use one percent of! All money's that are sup-pose to go to prisoner's, go to staff, Director's, Warden's and of course Government pollticians pockets!

Alcohol has killed more lives than smoking/chewing tobacco, or use of tobacco products! Spousal abuse, cirrhosis and hepatitis of the liver, car accidents, Weapons-some knives, some guns murders, car deaths, assaults, Bar assaults, Rape, Gambling, Gang Violence, Gang Rape; Job loses, Birth defect, homicides and suicides are all caused by alcohol but these politicians are not calling for the stop of selling alcohol in America because the politicians use it as well! Where is the line going to be drawn upon the invasion of the People? The People are the politician bosses and pays their salaries! Its time for the politicians be forced to understand this in the fullsome extreme! Inmates have a right to buy tobacco products, as well as the People of the State of Illinois has a right to do so in bars and resturant in smoking areas! An oppresed people are authorized when ever they can to rise and break the fetters and chains! the politicians are the Peoples fetters and the chains. Leave inmates smoking products alone!

It is well understood and Known that due to tobacco products removal

(CONTINUED ON PAGE #5.)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: | Offender: (Please Print) | | ID#: |
|---|---|---|---|
| **Present Facility:** | | **Facility where grievance issue occurred:** | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: _____/_____/_____    _____
   Date of Report    Facility where issued

**Note:**    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

_____

_____

☐    Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Offender's Signature    ID#    Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

_____    _____    ___/___/___
Print Counselor's Name    Counselor's Signature    Date of Response

---

### EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____    ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

that the commissary Dept. will raise prices on other products to criminally rob inmates of more money's that they cant afford as it is now with no State Pay of $10.00, due to being taxed illegally as to no inmate gets a full State Pay! Price gorging will be the results of tobacco products being removed! The IL. Atty. Gen., Lisa Murray Madigan will not stop this crime because the politicians, which includes her father and the governor pockets being filled as the Bush criminals has done with the oil crisis, that was not, but was planned when his father was president! All was executed and planned well.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Most information is from News media reports of up to date prison issues, and concern of the dramatic changes in the aggression levels, and violence that has risen after removing tobacco products from prison inmates. I declare that I have spoken to several white shirts, lieutenants, and they have confirmed that no smoking ban issue has been issued to staff at this prison, nor any staff of IDOC. The State of Illinois has already removed tobacco products from some prisons before the ban begans which is, Jan. 1, 08. staff still smoke! Unfair treatment is allowing staff to smoke & chew, and not inmates. Stop staff at the same time! All of the foregoing is true and correct!

Executed on November 13, 2007

| November 16, 2007 | Harold Cunningham |
|---|---|
| DATE SIGNED & EXECUTED | PLAINTIFF/AFFIANTS SIGNATURE |

CC: Warden Austin (CAO) Pinckneyville CC. et. al:
Director Roger Walker, Head of IDOC:
Gov. Rod Blagojevich:
Atty. Suisse Bancrop:
Atty. Frank Hirnel:
Atty. Steven Rozan:
Sen. Emil Jones Jr., IL. Senate President:
Federal Courts:
Illinois Supreme Court:
News Media:
Atty. William Cunningham:

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## OFFENDER'S GRIEVANCE

| Date: | Offender:<br>(Please Print) | ID#: |
|---|---|---|

| Present Facility: | Facility where grievance<br>Issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____   _____
                Date of Report             Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

_____

_____

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   ____/____/____
Offender's Signature           ID#          Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

Date
Received: ____/____/____

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____   _____   ____/____/____
Print Counselor's Name      Counselor's Signature     Date of Response

---

### EMERGENCY REVIEW

Date
Received: ____/____/____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ____/____/____
Chief Administrative Officer's Signature    Date

Printed on Recycled Paper

| PINCKNEYVILLE CORRECTIONAL CENTER | Warden's Bulletin 07-42 |  |
|---|---|---|
| SUBJECT: | SMOKE FREE ILLINOIS ACT – COMPLETE BAN ON TOBACCO PRODUCTS FOR OFFENDERS | |

DATE:        October 24, 2007

TO:          All Offenders

FROM:        Daniel L. Austin EW
             Daniel L. Austin
             Warden


On July 23, 2007, Public Act 095-0017, the Smoke Free Illinois Act became law effective January 1, 2008.

Effective January 1, 2008, all tobacco products will be considered contraband for offenders and Department Rule 504 will be enforced regarding possession of tobacco or tobacco related items. Therefore, offenders will not be able to purchase and/or possess tobacco products.

All facilities shall begin implementation of a step-down process beginning November 1, 2007, whereas commissaries across the state will limit offender's tobacco (cigarettes, cigars, smokeless tobacco and loose leaf tobacco) purchases to begin the process. The following schedule shall be implemented and adhered to in order to effect the revisions generated by the new law.

- Effective November 1, 2007, offender's commissary tobacco purchases will be limited to the equivalent of 5 packs of cigarettes, 5 packs of cigars, 5 cans of smokeless tobacco OR one 6 oz. container/package of loose leaf tobacco.

- Effective December 1, 2007, offender's commissary tobacco purchases will be limited to the equivalent of 3 packs of cigarettes, 3 packs of cigars, 3 cans of smokeless tobacco. No container/package of loose leaf tobacco will be sold to offenders. Subsequently this will be the offenders last purchase of tobacco products allowed.

| **PINCKNEYVILLE CORRECTIONAL CENTER** | **Warden's Bulletin 07-42** |  |
|---|---|---|
| **SUBJECT:** | **SMOKE FREE ILLINOIS ACT – COMPLETE BAN ON TOBACCO PRODUCTS FOR OFFENDERS** | |

- Effective January 1, 2008 offenders will no longer be able to purchase tobacco related products.

Offenders upon request will be provided with smoking cessation materials and information to enhance the transition to a tobacco-free environment.

cc:    Roll Call X7
      Bulletin Board
      Housing Unit Bulletin Boards
      TV Channel
      file

8

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 07-42** | |
| --- | --- | --- |
| SUBJECT: | SMOKE FREE ILLINOIS ACT – COMPLETE BAN ON TOBACCO PRODUCTS FOR OFFENDERS | |

- Effective January 1, 2008 offenders will no longer be able to purchase tobacco related products.

Offenders upon request will be provided with smoking cessation materials and information to enhance the transition to a tobacco-free environment.

cc:    Roll Call X7
       Bulletin Board
       Housing Unit Bulletin Boards
       TV Channel
       file