Case 1:08-cv-02700 Document 2 Filed 05/08/2008 Page 1 of 1

**PRISONER CASE**



MHN
CAT###

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

08CV2700
JUDGE GETTLEMAN
MAG. JUDGE KEYS

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | GERALD CUNNINGHAM | **Defendant(s):** | ROD R. BLAGOJEVICH, et al. |
| **County of Residence:** | PERRY | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Gerald Cunningham
B-39888
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

FILED
5-8-2008
MAY X 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** *A. E. Woodham*  **Date:** 05/09/2008

Gettleman
Keys

06 C 4378