MHU

THE CIRCUIT COURT FOR THE _____ JUDICIAL COURT
_____ COUNTY, ILLINOIS

GERALD CUNNINGHAM )
　　　Petitioner )
v. )   No. 08C 2700
ROD A. BLAGOJEVICH, ROGER E. WALKER, )
LARRY TRENT, LISA MURRAY MADIGAN. )
　　　Respondent )

**FILED**
JUN 1 1 2008
6-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), Gerald Cunningham, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since Nineteen ninety-two, and am presently held in custody and residing at the Pinckneyville Correctional Center in Pinckneyville Illinois, County of Perry.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because: (Please see Elder V. Fairman Cir. Ill. Dec. 348) 1.) I only made it to the 10th grade; 2.) I am a inmate; 3.) I do not know correct procedures, and proper motions/LAWS to use to save my life from these attacks. 4.) Immanent life endanger exist if I do not receive attorney to present this case correctly.

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances). IDOC Police itself, and protect their own. All grievances are denied due to prejudice, that it's a inmates word against a staff/employee(s) word? The courts also turn a blind prejudice eye toward the inmate because he is a convicted prisoner and looked upon as a liar without given a chance.

WHEREFORE, (Petitioner/Respondent) Gerald Cunningham, respectfully requests that counsel be appointed to represent (him/her) in this matter.

Subscribed and Sworn To Before Me
This ___ Day of June 2008   Gerald Cunningham
                              (Your Signature)

NOTARY PUBLIC SEAL
Type or print name Gerald Cunningham
Register number # B 39388
Pinckneyville Correctional Center
Box 999
Pinckneyville, Illinois 62274
(Petitioner/Respondent), Pro Se

OFFICIAL SEAL
CHALENE A WHITLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/09

Form revised 11/1/01

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

GERALD CUNNINGHAM )
Plaintiff )
)
) Case No. 08C 2700
v. )
)
ROD R. BLAGOJEVICH, ) THE HONORABLE
ROGER E. WALKER, )
LARRY TRENT ) Robert W. Gettleman
LISA MURRAY MADIGAN )
) JUDGE, PRESIDING.
Defendant

PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE U.S. DISTRICT COURT    TO: U.S. ATTORNEY GENERAL
UNITED STATES COURT HOUSE                    MICHAEL B. MUKASEY
219 South Dearborn Street                    U.S. ATTORNEY GENERAL OFFICE
CHICAGO, ILLINOIS 60604                      WASHINGTON, D.C.

PLEASE TAKE NOTICE that on __June 6__, 2008, I have filed with the U.S. Mail through the __Pinckneyville__ Correctional Center the following documents, properly addressed to the parties above: __Notice of Appeal; Certificate of Appeal And Affidavit Request Restraining Order; Eight copies are enclosed to assure the Honorable Clerk would serve to all applied to:__
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: June 6, 2008

/s/ _Gerald Cunningham_
NAME: Gerald Cunningham
IDOC#: B39888

Subscribe and Sworn To Before Me
This 10th Day of June, 2008

__Pinckneyville__ Correctional Center
P.O. BOX __999__
__Pinckneyville__, IL __62274__

NOTARY PUBLIC SEAL

OFFICIAL SEAL
CHALENE A WHITLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/09

Form Revised 11/1/01