UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*MHW*

FILED
6-11 2008
JUN 11 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS
COUNTY OF PERRY

GERALD CUNNINGHAM.
Plaintiff,

VS.

ROD R. BLAGOJEVICH
ROGER E. WALKER
LARRY TRENT
LISA MURRY MADIGAN
Defendant's,

SWORN AFFIDAVIT COMPLAINT
OF HARASSMENT,
INTIMIDATION & THREATS
RESTRAINING ORDER REQUEST

Case No.: 08C 2700

May 17. 2008

On the above date, at approx. time between the hours of 4:PM, and 5:PM. The security guard, Ira S. Jack. continued his harassment attacks against the Plaintiff, Gerald Cunningham as he did a week earlier due to the Plaintiff filing complaints Affidavt and informing Ira S. Jacks superior, Lt. Hoffman on Sunday, May 11, 2008. The attacks are allowed to continue. There are no authority superiors whom will stop these criminal acts due to AFSCME union secret policies.

## INCIDENT

The Plaintiff, walking out with the line exiting A-wing for Dinner, was unprofessionally spoken to by Ira S. Jack whom was standing at the door with another guard last name, Wertz. Ira S. Jack stopped counting the prisoners leaving for dinner, and called the Plaintiff by his first name, "Gerald". Due to the Plaintiff informing Lt. Hoffman on May 11, 2008, the Plaintiff said "Do not call me

STATE OF ILLINOIS
COUNTY OF PERRY

by my first name again; fair warning!" The Plaintiff kept walking and watched Ira S. Jack facial expression change in color from pale to a red, and expression to a demonic deranged crazed look and screamed, "Gerald." The control pod guard, Mrs. Gibson saw what Ira Jack did showing shock on her facial expression. The other guard name, Wertz, of whom the Plaintiff witness him help another guard give false deceptive disciplinary report on and against his neighbor and had him put in segregation just because they can! The staff so named did witness these attacks, but will perjure themselves to protect their fellow AFSCME union employee! A polygraph can be ordered by Dir. Walker for all so named which shall prove beyond any doubt that Ira S. Jack committed these crimes!

<u>PROPER AUTHORITIES INFORMED</u>

The Plaintiff requested to see a Major, or a lieutenant Shift Commander explaining to the security guard in the South side kitchen, whom is mainly assigned to the kitchen named, Urbanks. Mr. Urbanks explained that a Lt. Carrecker was on the other side of the kitchen & that he was in charge of 4-House and Urbanks would get him so the Plaintiff could inform him of this crime. Urbanks did not inform any one at all! Leaving the kitchen, the Plaintiff sought for any

2

STATE OF ILLINOIS
COUNTY OF PERRY

help he could, knowing that this mentally ill guard would attack the Plaintiff again.

In the front of the Kitchen, the Plaintiff informed Lt. Hubbler of the entire attacks and how Lt. Hoffman had already ordered Ira Jack to not harass the Plaintiff but Ira S. Jack has continually disrespected any direct orders from his superiors, committing insubordination! Lt. Hubbler stated that he would contact Lt. Hoffman and let him handle it. The Plaintiff ask if he could be protected now and if Lt. Hubbler would call and order Ira Jack to leave the Plaintiff alone now! Lt. Hubbler stated he would.

Getting back to 4-House, it was immediately obvious that, Ira S. Jack was not ordered by Lt. Hubbler for Jack to leave the Plaintiff alone. Ira Jack pursued the Plaintiff immediately all the way to his asslan cell and remaining at the cell door saying,"Gerald, Gerald. what's wrong, cat got your tongue..I took your (17) page grievance out and let all the staff read it. We laugh and laugh at it. I even took it home and let my wife read it and she said,"Who does this guy think he is? He doesn't even finish his sentences." I told her that he's probably been locked up for a long time and has nothing better to do. And then Counselor Deen called me and told

3

STATE OF ILLINOIS
COUNTY OF PERRY

me that she didn't want my opinion and she would take care of my response considering that you write so many grievances and she denies them all. Your only a trouble maker Gerald. Oh, and I would never call you a dick, prick or anything like that. Counselor Deen told me to not worry about it and they're working on gettin rid of you. So Gerald, you wont talk? I'll be right back. We're gonna settle this tonight!" Ira Jack left, "due to something spooked him."

Ira Jack return in approx. five minutes, and went back to his taunting, intimidation and threat attack against the Plaintiff saying "Now Gerald, if you want respect you've got ta give respect! If you dont want me calling you Gerald or any other names, you do not use my full name on your grievances! I dont give a fuck about your grievances. I dont care at all about you or no inmate calling me to put my name on a grievances, we have them taken care of! As Counselor Deen told me, they dont care about your grievances, and how they'll throw them away so you can write all you want! But I'm tellen you this once and one time only; that if you use my full name again, we are gonna have some problems. You are gonna have some serious problems. All I have to do is deny your grievances. It's your word against ours. So Gerald. I'll see ya around." and this guard left. The Plaintiff cellie. Roger Holloway * R61176 did witness this threat. The reason that Ira S. Jack full name is used, is because of IDOC hiring practice to hire the look a like; same last name which most are rela −

4

STATE OF ILLINOIS
COUNTY OF PERRY

tives. and to cause an identity illusion effect, and due to the facts that lots of guards be out of uniform, by not having name tags, or badge numbers on to assure that they can commit crimes that ends on a identity delay in the courts, or throw a lawsuit out. The Plaintiff can not be in fault that Ira S. Jack hates his name. it's his family, his parents fault!

On Sunday, May 18, 2008, the Plaintiff spoke to Lt. Hoffman in Kitchen's South side hall. The Plaintiff explain what took place the day before and how Mr. Ira Jack's attacks has worsen. Lt. Hoffman ask the Plaintiff if he wanted to be moved to 2-House. The Plaintiff ask why would he have to be bounced around to different cells and cellie's, placing his life in danger because a guard commits insubordination disobeying a direct order by his superior. and when will he be written up and disciplined? Lt. Hoffman agreed and stated that he would take care of it. Also, Lt. Hubbler did not inform Lt. Hoffman of what Ira S. Jack has done. As stated before, Lt. Hubbler protect security guards. Leaving Lt. Hoffman, the Plaintiff was asked by Lt. Hoffman, "What cell are you in?" Plaintiff "78". The Plaintiff believes that on May 17, 2008, the day before. when Ira Jack had to run off and then return to finish his threats, that it was Lt. Hoffman came in and did a House check, and seen Ira Jack at the exact time of this crime." The sign in books will give proof." Lt. Hoffman shook his head frowning because he witnessed Ira S. Jack in the very act of a crime.

5

STATE OF ILLINOIS
COUNTY OF PERRY

## CONCLUSION

In closing, the Plaintiff must show the Honorable courts the facts that crime is contagious. If the government becomes law-breakers, it breeds contempt for the law. Just the idea itself, that a group of individuals whom has had thousands of complaints against them, with a few arrest and convictions, are allowed to Police themselves; should be frightening to all courts and it's jus-tices! The Plaintiff should be able to trust that the court would protect his or her's constitutional rights, and not turn a blind eye to protect voter's.

Current and constant corruption continue, as the Plaintiff gives testimoy to criminal activities in this court; But how can fairness be administered when the Plaintiff requested on page 3, that he would not be subject to the ruled authority of Judge Robert Gettleman, be-ing that Judge Gettleman caused the Plaintiff much harm after denying the Plaintiff any help, or investigation to be so ordered to stop all life threatening attacks by these same guards! The Plaintiff clearly request to be heard by the Honorable Judge Marie Valdez due to the possibility of prejudice to be apart of Judge Robert Gettleman's deci-sions and place the Plaintiff's life in greater danger. as before.

The continuation & current is, grievances are not being processed, and or destroyed, as I've filed against a guard, Stofferman for making up rules, and another against a Lt. Boozer for assault. Ira S. Jack gave me evidence of these statements coming from Counserlor Deen

STATE OF ILLINOIS
COUNTY OF PERRY

of which Ira Jack made in his statements while threatening the
Plaintiff. (See page 3. paragraph 3 beginning a the last line and
concluding on page 4.); But because IDOC (AFSCME, American Federal
State County Municiple Labor Union Employee(s)" voters has literally
perjured Document's to rob inmates funding, turning in report's to the
State Representatives and Senator's, through the Director of IDOC
in there. Annual and Other Reports. See (730 ILCS 5/3-5-3.) The
senate doesnt investigate allegations of staff misconduct, nor if any
reports that are turn in are true, nor have any concerns as to pris-
oners are being physically attacked by officials/guards for using
the grievance process, which is a constitutional right! By all that are
ordered, and has taken the oath of office, to uphold the law for
all people, and inmates are people also, but turn a blind eye to
abuses against prison inmates as the Plaintiff has been stating
from the beginning. But due to discrimination against the Plaintiff,
by all defendants, the staff and leading officials are continu-
ing in their retalitory measures such as; on Dec. 21, 2007, security
guard. Shirley commits sexual misconduct against the Plaintiff,
and after grievance is filed, Mr. Shirley is placed directly in contact
with the Plaintiff, and continue to harass the Plaintiff. On May 31,
2008, Mr. Shirley physically assaults the Plaintiff, pushing a cell
door hitting the Plaintiff's head several times. The alway's result
and reponse from IDOC, and all law enforcement/courts is,
"It's your word against their's." Discrimination is discrimination.

## RELIEF

1.)   The Plaintiff request the right to equal protection declaratory
court order of the Plaintiff's rights of Due Process against defen –

7

STATE OF ILLINOIS
COUNTY OF PERRY

## RELIEF (continued)

dant's; Rod Blaoojevich, Roger Walker, Larry Trent and Lisa Madigan, to uphold the law by not discriminating against the Plaintiff because he is a inmate in the DOC. Staff of IDOC so named in this Affidavit, and other complaints in files:

2.)    An Restraining Order against Ira S. Jack, Shirley and there is other staff of which do currently commits Mail tampering and Harassment. State Police of IL can take an Police report and investigate, using IDOC's Administrative Rules and Codes the demand that staff/employee(s) & officials to take a poly graph. I will:

3.)    To show the court an act of conspiracy coverup in progress. the Plaintiff received the grievance on being assaulted by a lieutenant, name Boozer whom has a record of assaulting prisoners. Counselor Mrs. Deen taken over thirty day's to come up with an clear criminal violation in denying grievance, and committing, conspiracy sending her response today, June 3, 2008. The Plaintiff is mailing a copy directly to Director Larry Trent, and all court and defendant's to assure Due Process through the Plaintiff, and through the U.S. District Court Clerk; And the Plaintiff is continued being denied change of clothing, and all of his property due to retaliation over (5) year. Defendants must order that all of the Plaintiff's property be return inperfect working condition immediately: Pursuant to 28 U.S.C. §1746, 18 U.S.C. §1621. I declare under penalty of perjury that the statements and information foregoing are true and correct.

Subscribe and Sworn To Before Me
This _____ Day of _____ 2008

_____
NOTARY    PUBLIC    SEAL

_____
Mr. Gerald Cunningham
# B39888

OFFICIAL SEAL
CHALENE A WHITLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/09

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

STATE OF ILLINOIS
COUNTY OF PERRY

| Date: March 7, 2008 | Offender: (Please Print) G. Cunningham, Plaintiff/Affiant | ID#: B39888 |
|---|---|---|

Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center

NATURE OF GRIEVANCE: UNDER THE DECLARATION OF PERJURY 28 U.S.C.§1746; 18 U.S.C.§1621;735 ILCS; ILLINOIS DEPARTMENT OF CORRECTIONS:UNIFIED CODE OF CORRECTIONS:POST DESCRIPTION: 730 ILCS §5735-3;

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify):

1.) OFFICIAL MISCONDUCT:
2.) ASSAULT BY STAFF:
3.) DELIBERATE INDIFFERENCE:
4.) CRIMINAL RECKLESSNESS:

Disciplinary Report: ___/___/___  Date of Report

FILED [stamp]

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Note: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance: LT. BOOZER COMMIT ASSAULT AGAIN ON THE PLAINTIFF, IN SOUTH KITCHEN: BOOZER ASSAULTED THE PLAINTIFF CRUSHING HIS HAND THE CHUCKHOLE DOOR IN R-5 HOUSE, IN 2000: BOOZER WAS PROTECT- IN 2000, HE WONT IN 2008: PLAINTIFF REQUEST FULL COOPERATION DIR. ROGER WALKER & THE ATTORNEY GENERAL'S, STATE & FEDERAL:

INCIDENT

PARAPH ONE

On March 6, 2008 (Thursday), Third shift, which is the morning of March 7, 2008 (Friday), breakfast, approx. 4:48 am. The Plaintiff stood in line to receive breakfast tray, and scanned his I.D.! Boozer is standing opposite of the I.D. counter and barking order's for all to scan I.D's; But

(CONTINUED ON OTHER SIDE)

Noted: 1.) As stated in Affidavit turn in, grievances are not being processed of mine this lock down, 4-A-has not spoken to any counselor! Time frame cannot be entered due to counselor's corruptions: 2.) Due to a pattern is shown and proven,

(CONTINUED ON PAGE # 2.)

Apply if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
I received back _____ later and has been lies. I placed in box April 30, 08. Another Lutz development, liar. Thank's for more evidance! Bad timing. Really bad timing!

Offender's Signature _Cunningham_  Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

5/1/08

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Per Lt Boozer, he did not place his hands on Cunningham, and Cunningham has no witnesses. All I/m's are _____ to scan their ID cards when they go thru the serving line. ____ told by Lt to scan ID, it was because she had not ___ is subject to search, as is any other I/m, and I/m cannot order Lt ____ works 7-3 and ___ is not at work at same time.

Print Counselor's Name _KDencoa_   Counselor's Signature _KDencoa_   Date of Response 5/30/08

Entered in R-4) (Received Counselor response June 3, 2008)
impossible
appened.  For ____ to have spoken to Lt Sanders after alleged

---

**EMERGENCY REVIEW**

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___   Date ___/___/___

Page 1   DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

STATE OF ILLINOIS
COUNTY OF PERRY

not paying attention to what's going on in front of him:

PARAGRAPH TWO

After the Plaintiff scanned his I.D. he reached to get his tray, but instead, the Plaintiff was grabbed and manhandled and jerked back by Lt. Boozer. The Plaintiff ordered Boozer to never place his hands on the Plaintiff ever again. Angerly, Boozer yells, "Your gonna get a new home." The Plaintiff explain to Mr. Boozer that will not matter if he put his hands on the Plaintiff ever again! This was another assault:

PARAGRAPH THREE        LT. SANDERS ON THIRD SHIFT SAME DAY

On the sidewalk outside, leaving the building, the Plaintiff did seek assistance and informed Lt. Sanders that Boozer had placed an unauthorized assault on the Plaintiff and to see the shift comman-der. Lt. Sanders said, "Boozer puts his hands on everybody." The Plaintiff never seen anyone of authority; they hide from seeing inmates:

PARAGRAPH FOUR        LT. GREEN O

On March Friday 7, 2008, Third Shift morning of, March Saturday 8, 2008, the Plaintiff spoke to Lt. Green and informed him of the Boozer assault. Lt. Boozer had in fact assaulted the Plaintiff physical and mentally. Lt. Green was inform that no Major, Warden nor any authority had seen the Plaintiff as of this date. Lt. Green stated that he would speak to Boozer on Tuesday, of when they'll both be present. Mr. Boozer must be terminated:

PARAGRAPH FIVE        THE LAW AND FELLOW EMPLOYEE WITNESSES

The Plaintiff was not hostile, provoking, nor had he been a physical threat to other prisoners, nor to absolutely any staff/employee at any time during this event; nor any other, nor any other person in this life! Therefore, there was absolutely no reason for this security guard to touch, feel, place his hands on the Plaintiff under any circumstances whatsoever by the Laws, and the Constitution. The Plaintiff informed Lt. Sanders "immediately," and the response of Lt. Sanders is more than enough to convict Lt. Boozer along with "surveillance camera's". Lt. Sanders said, "Boozer puts his hands on everybody." Lt. Green also did speak to Boozer, due to the Plaintiff saw Boozer distance himself from him. Not good enough:

CONTINUED RELIEF REQUESTED

by his own fellow staff/employee(s), Mr. Boozer, a lieutenant employed by IDOC has violated and broken the law again, and now, requested by the Plaintiff that those of authority obey the Laws, and bring charges up against Boozer and remove him immediately from his job without pay until the outcome of court/prosecution:
3.)  Plaintiff request that witnesses, Lt. Sanders, and Lt. Green testify against Lt. Boozer to began process, along with surveillance camer's reviewed and held as evidence! Plaintiff request an extremely large Compunsatory & Exemplary damages:
Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct: April 30, 2008        Herald Cunningham
        EXECUTED ON & FILED          cc: Gov. Rod Blagojevich;        PLAINTIFF/AFFIANT
                                     Daniel Austin, Pinch. C.C. Warden; (U.S. Federal Court:
                                     Roger Walker, IDOC et al.;
                                     Larry Trent, Dir. of IL State Police;
                                     Lisa Madigan, IL Attorney General;
                                     Merchant; Pinch. C.C. Warden;