# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 13, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2465
>
> Caption:
> GERALD CUNNINGHAM,
> Plaintiff - Appellant
>
> v.
>
> ROD R. BLAGOJEVICH, ROGER E. WALKER, Jr., LARRY TRENT, et al.,
>  Defendants - Appellees
>
>
> District Court No: 1:08-cv-02700
> Court Reporter Jennifer Costales
> Clerk/Agency Rep Michael Dobbins
> District Judge Robert Gettleman
>
>
> Date NOA filed in District Court: 06/11/2008

If you have any questions regarding this appeal, please call this office.

CC:

Jennifer Costales

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)