# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2700 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Gerald Cunningham (#B-39888) vs. Rod Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff has filed a notice of appeal in connection with the court's May 15, 2008, dismissal of this case on initial review. The plaintiff's motion for appointment of counsel on appeal [#8] is denied for lack of jurisdiction. The U.S. Court of Appeals for the Seventh Circuit Court, and not this court, has jurisdiction of the matter on appeal. *See* 28 U.S.C. § 1291. The plaintiff must therefore seek appointment of counsel from the Court of Appeals.

Docketing to mail notices.

mjm