

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

July 1, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Gerald Cunningham   vs.   Blagojevich

U.S.D.C. DOCKET NO. : 08cv2700

U.S.C.A. DOCKET NO. : 08-2465

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)            **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                    **One Vol. Of Loose Pleading**

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: _____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleading**
**One Vol. Of Loose Pleading**

In the cause entitled: Gerald Cunningham vs. Rod R. Blagojevich.

USDC NO.   : 08cv2700

USCA NO.   : 08-2465

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 1st day of July, 2008.

MICHAEL W. DOBBINS, CLERK

By: _A. Rone_
A. Rone, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled: *Gerald Cunningham vs. Blagojevich*

USDC No.: 08cv2700

USCA No.: 08-2465

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 5/8/08 | 1 | Complaint |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 1st day of July, 2008.

MICHAEL W. DOBBINS, CLERK

By:_____
A. Rone, Deputy Clerk

APPEAL, KEYS, PC, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02700
*Internal Use Only*

Cunningham v. Blagojevich et al
Assigned to: Honorable Robert W. Gettleman
Case in other court: 08-02465
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/15/2008
Date Terminated: 05/15/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

Gerald Cunningham         represented by   Gerald Cunningham
                                           B-39888
                                           Pinckneyville – PCC
                                           P.O. Box 999
                                           Pinckneyville, IL 62274
                                           PRO SE

V.

**Defendant**

Rod R Blagojevich

**Defendant**

Roger E Walker

**Defendant**

Larry Trent

**Defendant**

Lisa Murry Madigan

Service List                represented by   Illinois Department of Corrections
                                             100 West Randolph, Suite 4-200
                                             Chicago, IL 60601
                                             *ATTORNEY TO BE NOTICED*

                                             **Notices to Prisoner Correspondence**

                                             Email: Prison1_ILND@ilnd.uscourts.gov
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 05/08/2008 | 1 | | RECEIVED Complaint and 4 copies by Gerald Cunningham. (tlm) (Poor Quality Original-Paper Document on File) (Entered: 05/12/2008) |
| 05/08/2008 | 2 | 4 | CIVIL Cover Sheet. (tlm) (Entered: 05/12/2008) |
| 05/08/2008 | 3 | 5 | APPLICATION by Plaintiff Gerald Cunningham for leave to proceed in forma pauperis and financial affidavit. (tlm) (Entered: 05/12/2008) |
| 05/08/2008 | | | POST MARKED envelope for initiating document by Gerald Cunningham (Document not scanned) (aew, ) (Entered: 05/13/2008) |
| 05/15/2008 | 5 | 11 | MINUTE entry before the Honorable Robert W. Gettleman: The plaintiff's motion for leave to file in forma pauperis #3 is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The case is terminated. Dismissal is without prejudice to filing suit in the U.S. District Court for the Southern District of Illinois against any individual Pinckneyville correctional officers who have allegedly violated the plaintiff's constitutional rights. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions from the plaintiff's account and payments to the clerk of court in accordance with this order. The clerk is directed to mail a copy of this order to the trust fund officer at the Pinckneyville Correctional Center. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g). [For further details see text below.] Civil case terminated. Mailed notice (hp, ) (Entered: 05/16/2008) |
| 05/16/2008 | | | MAILED to the trust fund officer at the Pinckneyville Correctional Center copy of minute order dated 05/15/2008. (hp, ) (Entered: 05/16/2008) |
| 06/11/2008 | 6 | | POST MARKED envelope for notice of appeal by Gerald Cunningham (Document not scanned) (aew, ) (Entered: 06/12/2008) |
| 06/11/2008 | 7 | | NOTICE of appeal by Gerald Cunningham regarding orders 5 ifp granted; Notice. (air, ) (Entered: 06/13/2008) |
| 06/11/2008 | 8 | 14 | MOTION by Plaintiff Gerald Cunningham to appoint counsel. (air, ) (Entered: 06/13/2008) |
| 06/11/2008 | 11 | | AFFIDAVIT of Gerald Cunningham. (air, ) (Poor Quality Original – Paper Document on File.) Modified on 6/17/2008 (kjc, ). (Entered: 06/13/2008) |
| 06/13/2008 | 9 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7. Notified counsel (air, ) (Entered: 06/13/2008) |
| 06/13/2008 | 10 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 06/13/2008) |
| 06/13/2008 | 12 | | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 7; USCA Case No. 08-2465. (kjc, ) (Entered: 06/17/2008) |
| 06/13/2008 | 13 | | CIRCUIT Rule 3(b) Notice. (kjc, ) (Entered: 06/17/2008) |
| 06/19/2008 | 14 | 16 | MINUTE entry before the Honorable Robert W. Gettleman: The plaintiff has filed a notice of appeal in connection with the courts May 15, 2008, dismissal of this case on initial review. The plaintiffs motion for appointment of counsel on appeal [#8] is denied for lack of jurisdiction. The U.S. Court of Appeals for the Seventh Circuit Court, and not this court, has jurisdiction of the matter on appeal. |

| | | |
|---|---|---|
| | | See 28 U.S.C. § 1291. The plaintiff must therefore seek appointment of counsel from the Court of Appeals. Mailed notice. (kjc, ) (Entered: 06/20/2008) |

Key:
All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover