**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

July 22, 2008

**FILED**
JUL 24 2008  TC
JUL 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2465 | GERALD CUNNINGHAM, Plaintiff - Appellant |
| | v. |
| | ROD R. BLAGOJEVICH, ROGER E. WALKER, Jr., LARRY TRENT, et al., Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:08-cv-02700
Northern District of Illinois, Eastern Division
Court Reporter Jennifer Costales
Clerk/Agency Rep Michael Dobbins
District Judge Robert Gettleman

The pro se appellant has neither paid the $455.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b). The motion to appoint counsel, filed on 6/27/08, is denied as moot.

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).

A True Copy
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit