MHK

STATE OF ILLINOIS
COUNTY OF MONTGOMERY

GERALD CUNNINGHAM
#B39888

NEW ADDRESS P.O. Box 499
Hillsboro, IL. 62049

08 cv 2700

July 30, 2008

08 cv 2700    Gerald Cunningham vs. Blagojevich    Judge Gettleman

This is to inform the Court of a new address. I have been transferred to Graham Correctional Center, P.O. Box 499, Hillsboro, IL., 62049.

Please mail all correspondence to the new address. I have not received any report of proceedings as of this date, and do not know of any rulings made.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

July 30, 2008
EXECTED & MAILED ON

Respectfully Submitted
Gerald Cunningham
PLAINTIFF

RECEIVED
8-5-2008
AUG 05 2008
JUDGE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT COURT