

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

August 7, 2008

**FILED**

AUG 0 8 2008 **RC**
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:    Michael Dobbins
       UNITED STATES DISTRICT COURT
       Northern District of Illinois
       Chicago , IL 60604-0000

| | |
|---|---|
| | GERALD CUNNINGHAM,<br>Plaintiff - Appellant |
| No.: 08-2465 | v. |
| | ROD R. BLAGOJEVICH, ROGER E. WALKER, Jr., LARRY TRENT, et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:08-cv-02700    08 cv 2700
Northern District of Illinois, Eastern Division
Court Reporter Jennifer Costales
Clerk/Agency Rep Michael Dobbins
District Judge Robert Gettleman

The mandate or agency closing letter in this cause issued on 7/22/08.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:          Entire record returned consisting
                                  of

Pleadings:                                    1  *μ*

Loose pleadings:                              1  *μ*

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh
Circuit.

**Date:**                              **Received by:**

AUG 0 8 2008

form name: c7_Record_Return_toDC (form ID: 205)